```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
WILLIAM E. BAZZELLE, SR., *individually and*                 :
*on behalf of all others similarly situated*,                :
                                                             :
                                    Plaintiffs,              :
                                                             :         1:23-cv-5146-GHW
                       -v-                                   :
                                                             :              ORDER
NOVOCURE INVESTOR GROUP, *et al.*,                           :
                                                             :
                                    Defendants.              :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/19/2023

GREGORY H. WOODS, United States District Judge:

On August 18, 2023, members of the putative class in this case filed motions to serve as lead plaintiffs and for approval of their respective choices of counsel (the "Motions"). *See* Dkt. Nos. 17, 22, 25, 30, 34. Any oppositions to the Motions are due no later than August 25, 2023. Replies, if any, are due no later than September 1, 2023.

SO ORDERED.

Dated: August 19, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge