USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2023

**Lieff Cabraser Heimann& Bernstein**

Attorneys at Law

# MEMORANDUM ENDORSED

August 18, 2023

Daniel P. Chiplock
Partner
dchiplock@lchb.com

**VIA ECF**

Hon. Gregory H. Woods
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

> RE:   *Bazzelle, Sr.  v. NovoCure Limited, et al.*,
>          No. 1:23-cv-05146-GHW

Dear Judge Woods:

My firm was recently authorized by our clients, Mark Freyermuth and Gary Brundidge (collectively, the "NovoCure Investor Group"), to file a motion for appointment as lead plaintiff and approval of selection of lead counsel in the above-referenced action, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA").  The PSLRA requires that all such motions be filed no later than 60 days from the publication of the first notice advising investors of the pendency of securities class litigation.  15 U.S.C. § 78u-4 (a)(3)(A)(i)(II).  In this case, the deadline to file a lead plaintiff motion is today, August 18, 2023.  We could not determine the identity of other lead plaintiff movants, if any, in advance of the motions being filed.  In light of this statutory filing deadline, I respectfully request leave from complying with the Court's Individual Practices requiring a joint letter from all parties regarding the proposed order filed on behalf of the NovoCure Investor Group relating to its motion for appointment as lead plaintiff and approval of selection of lead counsel filed earlier today.

Very truly yours,

Daniel P. Chiplock

The Court thanks Mr. Chiplock for his letter.  Motions for appointment of lead counsel do not require a joint letter pursuant to Rule 1(F) of the Court's Individual Rules of Practice in Civil Cases.

SO ORDERED.

Dated:  August 19, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge