```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
WILLIAM E. BAZZELLE, SR., Individually : Civil Action No. 1:23-cv-05146-GHW
and on Behalf of All Others Similarly Situated, :
: <u>CLASS ACTION</u>
Plaintiff, :
: ORDER GRANTING MOTION FOR
vs. : APPOINTMENT AS LEAD PLAINTIFF
: AND APPROVAL OF LEAD
NOVOCURE LIMITED, WILLIAM DOYLE, : PLAINTIFF'S SELECTION OF LEAD
and ASAF DANZIGER, : COUNSEL
:
Defendants. :
:
---------------------------------------------------------------x

Having considered Clendon T. Rice's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. The file in Case No. 1:23-cv-05146-GHW shall constitute the master file for the action. All securities class actions involving common legal and factual questions on behalf of purchasers of NovoCure Limited securities subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court, without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.

3. Mr. Rice is appointed Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4. Mr. Rice's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

    (a) the briefing and argument of any and all motions;

    (b) the conduct of any and all discovery proceedings including depositions;

    (c) settlement negotiations;

    (d) the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

    (e) the preparation and filing of all pleadings; and

(f) the supervision of all other matters concerning the prosecution or resolution of the action.

IT IS SO ORDERED.

DATED: August 29, 2023

_____
THE HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE