```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
WILLIAM E. BAZZELLE, SR., *individually and on behalf of* :
*all others similarly situated*,                                         :
                                                                         :    1:23-cv-5146-GHW
                                              Plaintiffs,                :
                                                                         :
                      -against-                                          :    ORDER
                                                                         :
NOVOCURE LIMITED, *et al.*,                                              :
                                                                         :
                                              Defendants.                :
------------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

  As discussed during the conference held on February 7, 2024, the deadline for Defendants to file and serve their motion to dismiss is March 4, 2024. Plaintiffs' opposition is due within eight weeks after service of Defendants' motion; Defendants' reply, if any, is due within four weeks after service of Plaintiffs' opposition. The opening brief is limited to forty-five pages, as is the opposition. The reply, if any, is limited to twenty-five pages.

  SO ORDERED.

Dated: February 7, 2024
New York, New York

              _____
              GREGORY H. WOODS
              United States District Judge