**Defendants' Appendix A**

| Source | AC | Challenged Statement[1] | Applicable Argument(s) |
|---|---|---|---|
| Ex. 1: Novocure Announces Pivotal LUNAR Study in Non-Small Cell Lung Cancer Met Primary Overall Survival Endpoint (Jan. 5, 2023) | ¶ 73 | Novocure (NASDAQ: NVCR) today announced **the LUNAR study met its primary endpoint, demonstrating a statistically significant and clinically meaningful improvement in overall survival over standard therapies alone**. The LUNAR study is a pivotal, open-label, randomized study evaluating the safety and efficacy of Tumor Treating Fields (TTFields) together with standard therapies for stage 4 non-small cell lung cancer (NSCLC) following progression while on or after treatment with platinum-based therapy.<br><br>**The LUNAR study also showed a statistically significant and clinically meaningful improvement in overall survival when patients were treated with TTFields and immune checkpoint inhibitors (ICI), as compared to those treated with immune checkpoint inhibitors alone, and a positive trend in overall survival when patients were treated with TTFields and docetaxel versus docetaxel alone.  Patient enrollment was well balanced between the ICI and docetaxel cohorts of the experimental and control arms, and control arms performed in line with prior studies**. TTFields therapy was well tolerated by patients enrolled in the experimental arm of the study. . . .<br><br>Novocure plans to release the full results of the LUNAR study at a future medical conference.  Novocure expects to file a Premarket Approval application with the U.S. Food and Drug Administration (FDA) in the second half of 2023. Novocure also expects to file for a CE Mark in the European Union concurrently with the FDA submission. | The challenges to the report and characterization of LUNAR's topline results fail because Plaintiff (1) relies on a non-existent duty to disclose complete results (Br. § I.A), (2) impermissibly attacks trial design (Br. § I.B), and (3) attacks opinions but cannot satisfy any of *Omnicare*'s prongs (Br. § I.C). |
| Ex. 1 | ¶ 74 | "**We are pleased with the positive readout of the LUNAR study**. Prior to LUNAR, the last phase 3 trial to lead to significant improvement in overall survival in late-stage, platinum-resistant non-small cell lung cancer was six years ago, underlining the difficulty in treating this disease," said William Doyle, Novocure's Executive Chairman. "**We are also pleased by the profound performance of the TTFields together with immunotherapy, which has the potential to meaningfully extend patient survival beyond what was previously possible**. I would like to thank our patients and investigators for their courage and | The challenges to the report and characterization of LUNAR's topline results fail because Plaintiff (1) relies on a non-existent duty to disclose complete results (Br. § I.A), (2) impermissibly attacks trial design (Br. § I.B), and |

[1] In this column, language in the Amended Complaint is in bold.  Language that is part of the source document but not in the Amended Complaint is not in bold. Emphasis from the Amended Complaint is not reproduced in this table.  The exhibits cited in the "Source" column are attached to the Declaration of Francesca Brody.  Abbreviations and capitalized terms in this table are defined in Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Amended Complaint ("Br.").

**Defendants' Appendix A**

| Source | AC | Challenged Statement[1] | Applicable Argument(s) |
|---|---|---|---|
| | | dedication in completing LUNAR. And, I would like to thank Novocure's employees for their unrelenting commitment to patients and their perseverance in propelling Novocure to this major milestone." | (3) attacks opinions but cannot satisfy any of *Omnicare*'s prongs (Br. § I.C). |
| Ex. 2: Novocure Announces Preliminary Full Year and Fourth Quarter 2022 Net Revenues and Provides Company Update (Jan. 9, 2023) | ¶ 76 | Novocure (NASDAQ: NVCR) today reported preliminary unaudited financial results and operational updates for the quarter and full year ended December 31, 2022. . . . <br><br>In January 2023, Novocure announced the topline results of the pivotal LUNAR study in non-small cell lung cancer. **The LUNAR study met its primary endpoint, demonstrating a statistically significant and clinically meaningful improvement in overall survival. The LUNAR study showed a statistically significant and clinically meaningful improvement in overall survival when patients were treated with TTFields and immune checkpoint inhibitors (ICI), as compared to those treated with immune checkpoint inhibitors alone, and a positive trend in overall survival when patients were treated with TTFields and docetaxel versus docetaxel alone**. TTFields therapy was well tolerated by patients enrolled in the experimental arm of the study. | The challenges to the report and characterization of LUNAR's topline results fail because Plaintiff (1) relies on a non-existent duty to disclose complete results (Br. § I.A), (2) impermissibly attacks trial design (Br. § I.B), and (3) attacks opinions but cannot satisfy any of *Omnicare*'s prongs (Br. § I.C). |
| Ex. 2 | ¶ 78 | "2022 was a year of meaningful milestones and consistent execution towards our mission of extending survival in some of the most aggressive forms of cancer,' said William Doyle, Novocure's Executive Chairman. "**The successful LUNAR study marks the beginning of a transformational period where we anticipate final data from multiple pivotal trials. We are eager to reach these clinical milestones and energized by the prospect of treating tens of thousands of patients who could benefit from Tumor Treating Fields**." <br><br>FORWARD-LOOKING STATEMENTS <br>In addition to historical facts or statements of current condition, this press release may contain forward-looking statements. Forward-looking statements provide Novocure's current expectations or forecasts of future events. These may include statements regarding anticipated scientific progress on its research programs, clinical study progress, development of potential products, interpretation of clinical results, prospects for regulatory approval, manufacturing development and capabilities, market prospects for its products, coverage, collections from third-party payers and other statements regarding matters that are not historical facts. | The challenges to these statements about TTFields' expected prospects fail because the challenged statements are non-actionable expressions of corporate optimism (puffery), opinions not alleged to be false, and protected forward-looking statements (Br. § I.D). |

**Defendants' Appendix A**

| Source | AC | Challenged Statement[1] | Applicable Argument(s) |
|---|---|---|---|
| | | You may identify some of these forward-looking statements by the use of words in the statements such as "anticipate," "estimate," "expect," "project," "intend," "plan," "believe" or other words and terms of similar meaning. Novocure's performance and financial results could differ materially from those reflected in these forward-looking statements due to general financial, economic, environmental, regulatory and political conditions as well as issues arising from the COVID-19 pandemic and other more specific risks and uncertainties facing Novocure such as those set forth in its Annual Report on Form 10-K filed on February 24, 2022, and subsequent filings with the U.S. Securities and Exchange Commission. Given these risks and uncertainties, any or all of these forward-looking statements may prove to be incorrect. Therefore, you should not rely on any such factors or forward-looking statements. Furthermore, Novocure does not intend to update publicly any forward-looking statement, except as required by law. Any forward-looking statements herein speak only as of the date hereof. The Private Securities Litigation Reform Act of 1995 permits this discussion. | |
| Ex. 3, NovoCure Limited Company Conference Presentation (Jan. 10, 2023) | ¶ 80 | <u>Doyle</u>: Tumor Treating Fields can be a backbone therapy, can be used to improve immunotherapy, chemotherapy and radiation. And we're investigating opportunities, again, to help patients with all of these combinations. . . . <br><br>Of course, we're investigating the use in new indications, but we're also expanding the labels of our existing indications going from second line, first line as we did in GBM. And we're continuing to explore, as I alluded to earlier, the combinations, what are the most powerful uses of Tumor Treating Fields. . . . <br><br>So LUNAR was our study in second-line non-small cell lung cancer. So we recruited in LUNAR patients who had failed platinum therapy and based on physician choice, they were either treated with Tumor Treating Fields plus immune checkpoint inhibitor or Tumor Treating Fields plus docetaxel. These are the standard second-line therapies in different parts of the world and depending on what came before in each patient. <br><br>**I couldn't be more pleased to reiterate that this trial met its primary endpoint of overall survival and also produced a clinically meaningful conclusion. As is always the case, the full data set will be made available at the soonest prestigious cancer conference upcoming later this year. But more than just the top line, we also announced the results of the powered secondary endpoints looking at the 2 cohorts. And the result for the patients who were** | The challenges to the report and characterization of LUNAR's topline results fail because Plaintiff (1) relies on a non-existent duty to disclose complete results (Br. § I.A), (2) impermissibly attacks trial design (Br. § I.B), and (3) attacks opinions but cannot satisfy any of *Omnicare*'s prongs (Br. § I.C). |

**Defendants' Appendix A**

| Source | AC | Challenged Statement[1] | Applicable Argument(s) |
|---|---|---|---|
| | | **treated with Tumor Treating Fields and docetaxel was a positive trend. A clinically meaningful outcome, but it didn't reach statistical significance in the subgroup. But in the Tumor Treating Fields plus immunotherapy arm, we achieved what we said in the press release was a profound result.** | |
| | | And that goes back to what we're seeing, not only now in a Phase III randomized study in non-small cell lung cancer, but what we're seeing in GBM. When we combine pembrolizumab, KEYTRUDA with Tumor Treating Fields, KEYTRUDA has had no effect in GBM as a single agent, but when combined with Tumor Treating Fields, we see the best result. We're going to be talking a lot more about this. | |
| | | We think we know why, but we also think that this points toward the treatment of all solid tumors in the future. So more to come on LUNAR. We get asked a lot about, okay, so what's the cadence from here. | |
| | | As I mentioned, the full data set will come in a conference later this year. . . . | |
| Ex. 3 | ¶ 82 | Doyle:  I'll be making forward-looking statements. You can find the details on our website. . . . | The challenges to these statements about TTFields' expected prospects fail because the challenged statements are non-actionable expressions of corporate optimism (puffery), opinions not alleged to be false, and protected forward-looking statements (Br. § I.D). |
| | | Novocure was founded in 2000 with a very simple mission. Our intention was to develop the Tumor Treating Fields platform to help patients with some of the most difficult-to-treat cancers. In the year since the founding, we've made tremendous progress. And the number on this page, of which I'm most proud is the fact that we've now treated over 26,000 patients with GBM. And that number grows every day. In addition to that, we've created now an infrastructure that allows us to go even further and that's the exciting news today that while we have helped these 26,000 patients, **we are now standing on the threshold of the opportunity to treat many, many, many more patients by extending the reach of our platform**. . . . | |
| | | Of course, what's exciting and the way I started this presentation is that we're on the threshold of transformation. So in that big Gantt chart, we have 4 Phase III trials that are going to read out over the next 18 to 24 months. I'll talk about LUNAR in a second. We announced the successful completion of LUNAR on Thursday, but LUNAR is going to be followed in 6 months by INNOVATE in ovarian cancer, then followed by Metis in brain metastases in – from non-small cell lung cancer, followed by PANOVA in pancreatic cancer. So we have a | |

**Defendants' Appendix A**

| Source | AC | Challenged Statement[1] | Applicable Argument(s) |
|---|---|---|---|
| | | cadence, if we are talking to investors, so I'll use the word of catalysts every 6 months for the next 2 years. And these catalysts are not only important for all of us investors, but this creates a virtuous cycle. . . . At the same time, we've already started the regulatory work. . . .<br><br>I mentioned that we have the opportunity to continue to innovate, to continue to improve the therapy. . . . [I]n December, we commercially launched our next-generation array. We have not yet announced the name for this array. So we're calling it the new array at the moment. But -- and I'm happy to do a show and tell about this. This array is lighter, it's more flexible, it's more comfortable. And this is on real patients now. . . .<br><br>So that's the presentation this morning. I want to thank you for your interest. . . . Our societies met this year, the Society of Neuro-Oncology, the Society of Radiation Oncologists, we were able to get together to share new data. And we're – we couldn't be happier. **We couldn't be more excited that the promise to bring Tumor Treating Fields into new indications is here**. So thank you. | |
| Ex. 3 | ¶ 84 | Analyst: So it's my understanding, the LUNAR study was started before PD-1 status at baseline was I guess, a thing. Is that correct? And if it's so, did you guys measure PD-1 status at baseline?<br><br>Doyle:  So the answer to your questions, and I know why you asked this, right? There was a short note yesterday about PD-1 status. **So the first thing I'll remind you, this is a trial in the second line, not the first line. And PD-1 status has not shown any relevance in second line.**<br><br>**Secondly, I will tell you that when we – and I didn't mention this in the presentation.  But there was nothing unusual about the control group. So when you report top line data, it's very encouraging to hear that the trial was successful in the top line. But then you have to ask what about the controls. Was there anything funky about the controls. So these arms were well balanced and the controls behaved as expected, in line with prior studies. So there was nothing funky here. So this is a well-powered, randomized study where we showed a profound benefit. And the full data, including PD-1 status will be presented later. But I think that's a red herring."**<br><br>Analyst:  So were all the patients measured in terms of PD-1 status[?]<br><br>Doyle:  As I said, we will provide all that data at an upcoming conference. | The challenges to these characterizations of the LUNAR trial design, oncology, and performance of the control group do not state a claim because Plaintiff (1) relies on a non-existent duty to disclose complete results (Br. § I.A), (2) impermissibly attacks trial design (Br. § I.B), and (3) attacks opinions but cannot satisfy any of *Omnicare*'s prongs (Br. § I.C). |

**Defendants' Appendix A**

| Source | AC | Challenged Statement[1] | Applicable Argument(s) |
|---|---|---|---|
| Ex. 4:  Novocure Reports Fourth Quarter and Full Year 2022 Financial Results and Provides Company Update (Feb. 23, 2023) | ¶ 88 | **Pivotal LUNAR study in non-small cell lung cancer met primary overall survival endpoint and a key secondary overall survival endpoint** . . . <br><br>**In January 2023, we announced the top-line results for our pivotal LUNAR study in NSCLC. The LUNAR study met its primary endpoint, demonstrating a statistically significant and clinically meaningful improvement in overall survival over standard therapies (either immune checkpoint inhibitors or docetaxel) alone. The LUNAR study also showed a statistically significant and clinically meaningful improvement in overall survival when patients were treated with TTFields and immune checkpoint inhibitors ("ICI"), as compared to those treated with ICI alone, and a positive trend in overall survival when patients were treated with TTFields and docetaxel versus docetaxel alone**. . . ."<br><br>ANTICIPATED CLINICAL MILESTONES:<br><br>Data from the pivotal LUNAR study in non-small cell lung cancer (1H [first half] 2023) . . . . | The challenges to the report and characterization of LUNAR's topline results fail because Plaintiff (1) relies on a non-existent duty to disclose complete results (Br. § I.A), (2) impermissibly attacks trial design (Br. § I.B), and (3) attacks opinions but cannot satisfy any of *Omnicare*'s prongs (Br. § I.C). |
| Ex. 4 | ¶ 90 | "2022 was a year of solid execution for Novocure," said William Doyle, Novocure's Executive Chairman. "In 2022, we generated over half a billion dollars in net revenues, expanded our international footprint, introduced our next generation arrays and announced results from multiple, successful pilot studies; and we have excellent momentum to start 2023. We announced that our pivotal LUNAR study met its primary overall survival endpoint and we have now completed enrollment in our pivotal PANOVA-3 study in pancreatic cancer and are just two patients away from completing enrollment in our pivotal METIS study in brain metastases from non-small cell lung cancer. Our teams are executing well and their achievements are building the foundations for the future of Novocure. We are looking forward to an eventful 2023."<br><br>"In my time at Novocure, I have never felt more engaged or excited," said Asaf Danziger, Novocure's Chief Executive Officer. "**The positive top-line readout from the pivotal LUNAR study marked the beginning of a transformational 24 months for Novocure. LUNAR is the first of four pivotal studies we expect to read out in the next two years which could dramatically increase the number of patients eligible for Tumor Treating Fields**." | The challenges to these statements about TTFields' expected prospects fail because the challenged statements are non-actionable expressions of corporate optimism (puffery), opinions not alleged to be false, and protected forward-looking statements (Br. § I.D). |

**Defendants' Appendix A**

| Source | AC | Challenged Statement[1] | Applicable Argument(s) |
|---|---|---|---|
| | | . . .<br><br>FORWARD-LOOKING STATEMENTS<br><br>In addition to historical facts or statements of current condition, this press release may contain forward-looking statements. Forward-looking statements provide Novocure's current expectations or forecasts of future events. These may include statements regarding anticipated scientific progress on its research programs, clinical study progress, development of potential products, interpretation of clinical results, prospects for regulatory approval, manufacturing development and capabilities, market prospects for its products, coverage, collections from third-party payers and other statements regarding matters that are not historical facts. You may identify some of these forward-looking statements by the use of words in the statements such as "anticipate," "estimate," "expect," "project," "intend," "plan," "believe" or other words and terms of similar meaning. Novocure's performance and financial results could differ materially from those reflected in these forward-looking statements due to general financial, economic, environmental, regulatory and political conditions as well as issues arising from the COVID-19 pandemic and other more specific risks and uncertainties facing Novocure such as those set forth in its Annual Report on Form 10-K filed on February 23, 2023, and subsequent f[i]lings with the U.S. Securities and Exchange Commission. Given these risks and uncertainties, any or all of these forward-looking statements may prove to be incorrect. Therefore, you should not rely on any such factors or forward-looking statements. Furthermore, Novocure does not intend to update publicly any forward-looking statement, except as required by law. Any forward-looking statements herein speak only as of the date hereof. The Private Securities Litigation Reform Act of 1995 permits this discussion. | |
| Ex. 5: NovoCure's 2022 SEC Form 10-K (filed Feb. 23, 2023), at pages 8–9 | ¶ 92 | In 2017, we enrolled the first patient in our LUNAR study ("LUNAR"), a pivotal study testing the effectiveness of TTFields in combination with immune checkpoint inhibitors or docetaxel versus immune checkpoint inhibitors or docetaxel alone for patients with stage 4 NSCLC who progressed during or after platinum-based therapy. . . . **We believe our protocol incorporates the evolving standard of care for second-line treatment of NSCLC. TTFields is intended principally for use in combination with other standard-of-care treatments, and LUNAR was designed to generate data that contemplates multiple outcomes, all of which we believe will be clinically meaningful**. . . . | The challenges to these characterizations of the LUNAR trial design, oncology, and performance of the control group do not state a claim because Plaintiff (1) relies on a non-existent duty to disclose complete results (Br. § I.A), (2) impermissibly attacks trial |

**Defendants' Appendix A**

| Source | AC | Challenged Statement[1] | Applicable Argument(s) |
|---|---|---|---|
| | | | design (Br. § I.B), and (3) attacks opinions but cannot satisfy any of *Omnicare*'s prongs (Br. § I.C). |
| | | **In January 2023, we announced the LUNAR study met its primary endpoint, demonstrating a statistically significant and clinically meaningful improvement in overall survival for patients treated with TTFields and standard therapies compared to those treated with standard therapies alone. The LUNAR study also showed a statistically significant and clinically meaningful improvement in overall survival when patients were treated with TTFields and immune checkpoint inhibitors, as compared to those treated with immune checkpoint inhibitor alone, and a positive trend in overall survival when patients were treated with TTFields and docetaxel versus docetaxel alone. Patient enrollment was well balanced between the immune checkpoint inhibitor and docetaxel cohorts of the experimental and control arms, and the control arms performed in line with prior studies.** TTFields therapy was well tolerated by patients enrolled in the experimental arm of the study. The publication of full data from the LUNAR study is anticipated in 2023. | The challenges to the report and characterization of LUNAR's topline results fail because Plaintiff (1) relies on a non-existent duty to disclose complete results (Br. § I.A), (2) impermissibly attacks trial design (Br. § I.B), and (3) attacks opinions but cannot satisfy any of *Omnicare*'s prongs (Br. § I.C). |
| Ex. 6: NovoCure's Q4 2022 Earnings Call Transcript (Feb. 23, 2023) | ¶ 94 | Doyle: . . .  I would like to close today with a discussion of the positive top line results from our pivotal LUNAR study. As a reminder, LUNAR was designed to evaluate the use of TTFields together with either immune checkpoint inhibitors or docetaxel for the treatment of Stage 4 non-small cell lung cancer following first-line progression with a regimen, including platinum-based chemotherapy. **In January, we announced LUNAR met its primary endpoint, demonstrating a statistically significant and clinically meaningful extension in overall survival for patients treated with TTFields together with standard therapies. Further, we saw a statistically significant and clinically meaningful extension in overall survival for patients treated with TTFields and immune checkpoint inhibitors versus immune checkpoint inhibitors alone, and a positive trend in overall survival for patients treated with TTFields and docetaxel versus docetaxel alone. We believe these data represent a crucial finding for patients diagnosed with Stage 4 non-small cell lung cancer. In the U.S., 46,000 non-small cell lung** | The challenges to the report and characterization of LUNAR's topline results fail because Plaintiff (1) relies on a non-existent duty to disclose complete results (Br. § I.A), (2) impermissibly attacks trial design (Br. § I.B), and (3) attacks opinions but cannot satisfy any of *Omnicare*'s prongs (Br. § I.C). |

**Defendants' Appendix A**

| Source | AC | Challenged Statement[1] | Applicable Argument(s) |
|---|---|---|---|
| | | cancer patients seek treatment in the second-line each year as do thousands more around the world. | |
| | | Since pembrolizumab was approved in the setting in 2016, there has been little progress in extending survival for these patients. **We believe the LUNAR data have the potential to transform the treatment paradigm for these patients, and more generally point to the future of solid tumor therapy.** | |
| | | Our team continues to analyze the data in preparation for a full presentation and publication, and we look forward to sharing the data with physicians, patients and investors later this year. . . . | |
| Ex. 6 | ¶ 95 | <u>Danziger</u>:  Thank you, Bill.  **I would like to echo Bill's excitement about the positive top line readout of the LUNAR study. LUNAR is a key achievement for NovoCure. LUNAR is our first pivotal study completed with immunotherapies and our first pivotal study treating solid tumors outside of the brain**. It is also the first of 4 pivotal studies, which we expect to read out in the coming 2 years, which, if successful, will transform our company. | The challenges to the report and characterization of LUNAR's topline results fail because Plaintiff (1) relies on a non-existent duty to disclose complete results (Br. § I.A), (2) impermissibly attacks trial design (Br. § I.B), and (3) attacks opinions but cannot satisfy any of *Omnicare*'s prongs (Br. § I.C). |
| Ex. 6 | ¶ 97 | <u>Analyst</u>: . . . [O]ne of the questions we were thinking about, and congratulations on the LUNAR data, is that – how do you think the KOLs when they think – when they actually see the data presentation will actually apply the data to their patients? Specifically, do you think they will limit the use of Optune in patients who progressed on platinum or expanded to patients who are also treated with checkpoint inhibitors in the first-line? . . . <br><br> <u>Doyle</u>:  [F]irst of all, thank you very much for your congratulations for the LUNAR top line. As Asaf mentioned, during the prepared remarks, we couldn't be more excited and energized. And everyone in the company is sort of heads down preparing whether they're in the regulatory group or whether they're in the commercial group for the release of the data and all the steps that are required to bring that therapy to patients. <br><br> With respect to your specific question, the trial was designed to treat patients after | The challenges to the report and characterization of LUNAR's topline results fail because Plaintiff (1) relies on a non-existent duty to disclose complete results (Br. § I.A), (2) impermissibly attacks trial design (Br. § I.B), and (3) attacks opinions but cannot satisfy any of *Omnicare*'s prongs (Br. § I.C). |

**Defendants' Appendix A**

| Source | AC | Challenged Statement[1] | Applicable Argument(s) |
|---|---|---|---|
| | | platinum failure. And we expect that to be the label. And I will say the first label. | |

But as you alluded to, **the data, as we said, are profound when TTFields are combined with checkpoint inhibitors**. And we think that does point in the direction of future clinical research to really bring that combination to patients in a variety of cancers, in a variety of lines. And we're already planning the next clinical trials in non-small cell lung cancer.

So non-small cell lung cancer is not what we call a one trial and done indication. It's a very large indication, and we would expect to continue to explore the combination of TTFields and immunotherapies and other lines and in other combinations, so that doctors can prescribe it to all patients.

. . .

Analyst: . . . [I]n today's press release, you mentioned that LUNAR met a key secondary endpoint on overall survival. So you confirmed that the study hit on in IO [immuno-oncology] arm and it miss [*sic*] on docetaxel that was a positive trend. So does that mean the third end point on overall survival in terms of TTFields plus docetaxel against IO alone. That endpoint was missed.

Doyle: Again, I think there's nothing new other than what was announced in the press release. And again, let me just say how excited we are about this. So we hit in the primary endpoint, which was all patients treated with Tumor Treating Fields plus standard therapy compared to all patients treated with either docetaxel or immune checkpoint inhibitors combined, and we had a statistically significant and clinically meaningful improvement in that total group.

And then as you stated **in** the second line, **the powered secondary end points,** excuse me, **we saw statistically significant and profound improvement in the patients treated with immune checkpoint inhibitors plus TTFields compared to immune checkpoint inhibitors alone** and a positive trend, but not statistical significance and the patients treated with Tumor Treating Fields plus docetaxel compared to docetaxel.

Analyst: Okay. So you're not – just to be clear, you're not commenting specifically on the third, second – and secondary end point having to do with overall survival, you're not commenting on that, whether that hit?

Doyle: That will come later this year.

**Defendants' Appendix A**

| Source | AC | Challenged Statement[1] | Applicable Argument(s) |
|---|---|---|---|
| Ex. 6 | ¶ 99 | Analyst: . . . Just a couple on LUNAR, please. **Can you talk about your confidence level that the active and control arms in the study are balanced in terms of patient characteristics and first-line therapy?**<br><br>Doyle: **Sure. So – to remind everyone, this is a randomized study. And we've said that the control groups behaved as expected and that the arms were well balanced in terms of numbers. And we look forward to sharing all the details with you, as I said, later in the summer.**<br><br>**But all the indications, as we announced in the press release show balance. And as I said, I'll just say it again, appropriate and expected results in the control arm.** | The challenges to these characterizations of the LUNAR trial design, oncology, and performance of the control group do not state a claim because Plaintiff (1) relies on a non-existent duty to disclose complete results (Br. § I.A), (2) impermissibly attacks trial design (Br. § I.B), and (3) attacks opinions but cannot satisfy any of *Omnicare*'s prongs (Br. § I.C). |
| Ex. 7: Novocure Announces Presentation of Results of the LUNAR Phase 3 Clinical Trial in Non-Small Cell Lung Cancer at 2023 American Society of Clinical Oncology (ASCO) Annual Meeting (Apr. 26, 2023) | ¶ 102 | "Novocure is pioneering an innovative therapeutic modality for the treatment of solid tumors targeting the electrical properties of cancer cells," said William Doyle, Novocure's Executive Chairman. "LUNAR is the first randomized, phase 3 clinical trial to evaluate the application of TTFields outside of the brain and the first phase 3 clinical trial to evaluate the use of TTFields with immunotherapy. LUNAR enrolled a patient population with metastatic disease that has not seen significant improvement in outcomes since 2016. **We are eager to share our groundbreaking data at the 2023 ASCO Annual Meeting** and look forward to the opportunity to extend the survival of many more patients with aggressive cancers in the years to come."<br><br>Earlier this year, Novocure announced **the LUNAR clinical trial met its primary endpoint, demonstrating a statistically significant and clinically meaningful improvement in overall survival when TTFields therapy was added to standard pharmacological therapies compared to standard pharmacological therapies alone**. | The challenges to the report and characterization of LUNAR's topline results fail because Plaintiff (1) relies on a non-existent duty to disclose complete results (Br. § I.A), (2) impermissibly attacks trial design (Br. § I.B), and (3) attacks opinions but cannot satisfy any of *Omnicare*'s prongs (Br. § I.C). |
| Ex. 8: NovoCure's SEC Form 10-Q for Q1 2023 (filed May 4, 2023), at | ¶ 104 | **In January 2023, we announced top line results from our pivotal LUNAR study evaluating the use of TTFields in the treatment of non-small cell lung cancer ("NSCLC") together with standard therapies. Patients treated with TTFields and standard therapies demonstrated a statistically significant and clinically meaningful improvement in overall survival over standard** | The challenges to the report and characterization of LUNAR's topline results fail because Plaintiff (1) relies on a non-existent duty to disclose |

**Defendants' Appendix A**

| Source | AC | Challenged Statement[1] | Applicable Argument(s) |
|---|---|---|---|
| page 15 | | **therapies alone. The LUNAR study also showed a statistically significant and clinically meaningful improvement in overall survival when patients were treated with TTFields and immune checkpoint inhibitors, as compared to those treated with immune checkpoint inhibitors alone, and a positive trend in overall survival when patients were treated with TTFields and docetaxel versus docetaxel alone. Full results from the LUNAR study will be presented at the American Society of Clinical Oncology annual meeting in June.** | complete results (Br. § I.A), (2) impermissibly attacks trial design (Br. § I.B), and (3) attacks opinions but cannot satisfy any of *Omnicare*'s prongs (Br. § I.C). |
| Ex. 9: NovoCure's Q1 2023 Earnings Call Transcript (May 4, 2023) | ¶ 106 | Doyle:  . . . Next month at the American Society of Clinical Oncology Annual Meeting in Chicago, we will present the results of our Phase III pivotal LUNAR trial in non-small cell lung cancer.  Our ASCO presentation will mark the beginning of NovoCure's next chapter with the intention to help tens of thousands of additional patients diagnosed with deadly cancers in the coming years.<br><br>. . .<br><br>Earlier this year, we announced the top line results of the Phase III pivotal LUNAR clinical trial evaluating TTFields together with standard of care therapies in stage 4 non-small cell lung cancer. **LUNAR met its primary endpoint, providing the first advance in Stage 4 refractory non-small cell lung cancer in more than 7 years.**<br><br>**LUNAR demonstrated a profound benefit when TTFields therapy was combined with immunotherapy meeting powered secondary endpoints evaluating overall survival of patients treated with TTFields and a checkpoint inhibitor versus a checkpoint inhibitor alone. LUNAR also demonstrated a positive trend in overall survival for patients treated with TTFields and docetaxel versus docetaxel alone.**<br><br>We are pleased to share that the LUNAR data will be presented next month at the ASCO Annual Meeting in Chicago. On Tuesday, June 6, lead investigator, Dr. Ticiana Leal of Emory University will present the LUNAR trial findings during the metastatic non-small cell lung cancer session. . . .<br><br>LUNAR is the first of multiple Phase III pivotal trials set to read out over the next 1.5 years, each focused on a population with high unmet need. . . . | The challenges to the report and characterization of LUNAR's topline results fail because Plaintiff (1) relies on a non-existent duty to disclose complete results (Br. § I.A), (2) impermissibly attacks trial design (Br. § I.B), and (3) attacks opinions but cannot satisfy any of *Omnicare*'s prongs (Br. § I.C). |
| Ex. 9 | ¶ 108 | Analyst:  **And then a question on the LUNAR presentation. Some of the questions are been [*sic*] unknown or early the PD-L1 status, clearly, whether you have data on PD-L1 status for a large percentage of the patients, whether** | The challenges to these characterizations of the LUNAR trial design, oncology, and |

**Defendants' Appendix A**

| Source | AC | Challenged Statement[1] | Applicable Argument(s) |
|---|---|---|---|
| | | **there was an imbalance, do you expect that the presentation will address these questions such that there won't be ambiguity about the results for the IO groups following [ASCO].**[2]<br><br>Doyle:  Yes. This is Bill. So we were very pleased to announce that we will have an oral presentation during the metastatic lung cancer session at ASCO. **So first and foremost, we're looking forward to seeing everybody in June. Following the presentation, we will also have an investor meeting that will include KOLs, investigators as well as NovoCure personnel. And we would expect to address all the issues with respect to balance and PD-L1 status at that time.** | performance of the control group do not state a claim because Plaintiff (1) relies on a non-existent duty to disclose complete results (Br. § I.A), (2) impermissibly attacks trial design (Br. § I.B), and (3) attacks opinions but cannot satisfy any of *Omnicare*'s prongs (Br. § I.C). |

---

[2] The complaint misquotes this question in certain immaterial respects.