**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WILLIAM E. BAZZELLE, SR., individually
and on behalf of all others similarly situated,

                                    Plaintiff,

        vs.

NOVOCURE LIMITED, WILLIAM DOYLE,
ASAF DANZIGER and ASHLEY CORDOVA,

                                    Defendants.

No. 1:23-cv-05146-GHW

**DECLARATION OF FRANCESCA BRODY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

        I, Francesca Brody, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

        1.      I am admitted to practice in the State of New York and a member of the law firm Sidley Austin LLP, counsel for Defendants NovoCure Limited ("NovoCure"), William Doyle, Asaf Danziger, and Ashley Cordova (collectively, "Defendants") in this action. I submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint.

        2.      A true and correct copy of a press release issued by NovoCure, dated January 5, 2023, available at https://www.novocure.com/novocure-announces-pivotal-lunar-study-in-non-small-cell-lung-cancer-met-primary-overall-survival-endpoint/, is attached hereto as Exhibit 1.

        3.      A true and correct copy of a press release issued by NovoCure, dated January 9, 2023, available at https://www.novocure.com/novocure-announces-preliminary-full-year-and-fourth-quarter-2022-net-revenues-and-provides-company-update/, is attached hereto as Exhibit 2.

        4.      A true and correct copy of a transcript of the presentation by NovoCure Limited, dated January 10, 2023, available through S&P Global Market Intelligence, is attached hereto as Exhibit 3.

1

5.      A true and correct copy of a press release issued by NovoCure, dated February 23, 2023, and filed with the SEC pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, is attached hereto as Exhibit 4.

6.      A true and correct copy of the 2022 Form 10-K of NovoCure, dated February 23, 2023, and filed with the SEC pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, is attached hereto as Exhibit 5. Exhibits to the 2022 Form 10-K are omitted.

7.      A true and correct copy of a transcript of the earnings call held by NovoCure, dated February 23, 2023, available through S&P Global Market Intelligence, is attached hereto as Exhibit 6.

8.      A true and correct copy of a press release issued by NovoCure, dated April 26, 2023, available at https://www.novocure.com/novocure-announces-presentation-of-results-of-the-lunar-phase-3-clinical-trial-in-non-small-cell-lung-cancer-at-2023-american-society-of-clinical-oncology-asco-annual-meeting/, is attached hereto as Exhibit 7.

9.      A true and correct copy of the Q1 2023 Form 10-Q of NovoCure, dated May 4, 2023, and filed with the SEC pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, is attached hereto as Exhibit 8.

10.     A true and correct copy of a transcript of the earnings call held by NovoCure, dated May 4, 2023, available through S&P Global Market Intelligence, is attached hereto as Exhibit 9.

11.     A true and correct copy of the Form 8-K, dated June 6, 2023, and filed with the SEC pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, is attached hereto as Exhibit 10.

12.     A true and correct copy of an analyst report issued by J.P.Morgan, dated June 6, 2023, is attached hereto as Exhibit 11.

13.     A true and correct copy of a PowerPoint presentation by Dr. Ticiana Leal *et al.*, given at the 2023 ASCO Annual Meeting, available at https://meetings.asco.org/abstracts-presentations/219192 (access requires registration), is attached hereto as Exhibit 12.

14.     A true and correct copy of the ClinicalTrials.gov entry for the study titled *Effect of Tumor Treating Fields (TTFields) (150 kHz) Concurrent With Standard of Care Therapies for Treatment of Stage 4 Non-small Cell Lung Cancer (NSCLC) Following Platinum Failure (LUNAR)*, ClinicalTrials.gov ID number NCT02973789, "Study Details" view, available at https://www.clinicaltrials.gov/study/NCT02973789, is attached hereto as Exhibit 13.

15.     A true and correct copy of an analyst report issued by J.P.Morgan, dated March 17, 2023, is attached hereto as Exhibit 14.

16.     A true and correct copy of an analyst report issued by J.P.Morgan, dated May 31, 2023, is attached hereto as Exhibit 15.

17.     A true and correct copy of an analyst report issued by Evercore ISI, dated January 17, 2023, is attached hereto as Exhibit 16.

18.     A true and correct copy of an excerpt of the prescribing information for KEYTRUDA® (pembrolizumab) for injection, for intravenous use, available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/125514s066lbl.pdf, is attached hereto as Exhibit 17.

19.     A true and correct copy of an excerpt of the prescribing information for OPDIVO (nivolumab) injection, for intravenous use, available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/125554s112lbl.pdf, is attached hereto as Exhibit 18.

20.     A true and correct copy of an excerpt of the prescribing information for TECENTRIQ® (atezolizumab) injection, for intravenous use, available at

https://www.accessdata.fda.gov/drugsatfda_docs/label/2021/761034s042lbl.pdf, is attached hereto at Exhibit 19.

21. A true and correct copy of a Statement of Changes in Beneficial Ownership (SEC Form 4), dated March 2, 2023, for Ashley Cordova filed with the SEC pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940, is attached hereto as Exhibit 20.

22. A true and correct copy of a Statement of Changes in Beneficial Ownership (SEC Form 4), dated March 6, 2023, for Ashley Cordova filed with the SEC pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940, is attached hereto as Exhibit 21.

23. A true and correct copy of a Statement of Changes in Beneficial Ownership (SEC Form 4), dated March 7, 2023, for Ashley Cordova filed with the SEC pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940, is attached hereto as Exhibit 22.

24. A true and correct copy of a Statement of Changes in Beneficial Ownership (SEC Form 4), dated August 3, 2022, for William F. Doyle filed with the SEC pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940, is attached hereto as Exhibit 23.

25. A true and correct copy of a Proxy Statement (Schedule 14A) of NovoCure, dated April 24, 2023, and filed with the SEC pursuant to Section 14(a) of the Securities Exchange Act of 1934, is attached hereto as Exhibit 24.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2024 in New York, New York.

/s/ *Francesca E. Brody*
Francesca E. Brody

5