# Exhibit 10

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934**

June 6, 2023
Date of Report (date of earliest event reported)

# NovoCure Limited

**(Exact name of registrant as specified in its charter)**

| **Jersey** | **001-37565** | **98-1057807** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| **No. 4 The Forum, Grenville Street    St. Helier    Jersey** | **JE2 4UF** |
|---|---|
| (Address of Principal Executive Offices) | (Zip Code) |

**+44 (0) 15 3475 6700**
Registrant's telephone number, including area code

(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Ordinary Shares, no par value | NVCR | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

☐

**Item 7.01 Regulation FD Disclosure**

On June 6, 2023, NovoCure Limited (the "Company" or "Novocure") hosted an investor event that included a presentation and discussion of the results from the phase 3 LUNAR clinical trial evaluating the use of Tumor Treating Fields (TTFields) therapy together with standard therapies for the treatment of non-small cell lung cancer (NSCLC) that were presented at the 2023 American Society of Clinical Oncology (ASCO) Annual Meeting. Exhibit 99.1 attached hereto and incorporated by reference are the data provided at the investor event. This data will be available on the investor relations page of www.novocure.com.

The information contained in this Item 7.01 of this Current Report shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 8.01 Other Events**

At the June 6, 2023 investor event referenced in Item 7.01, Novocure included the information attached as Exhibit 99.2 and incorporated by reference herein.

**Item 9.01 Financial Statements and Exhibits**

*(d) Exhibits*

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Investor Event presentation June 6, 2023 |
| 99.2 | Additional Information |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**NovoCure Limited**
(Registrant)

Date: June 6, 2023

By: /s/ Ashley Cordova
Name: Ashley Cordova
Title: Chief Financial Officer







novocure®

# ASCO LUNAR phase 3 trial results



**Dr. Ticiana Leal, M.D.**
LEAD AUTHOR

Director, Thoracic Medical Oncology
*Winship Cancer Institute, Emory University*

Associate Professor, Department of Hematology & Oncology
*Winship Cancer Institute, Emory University*



**Dr. Corey J. Langer, M.D.**
SENIOR AUTHOR

Director of Thoracic Oncology
*Abramson Cancer Center*

Professor of Medicine
*Perelman School of Medicine, University of Pennsylvania*

patientforward™

© 2023 Novocure GmbH   5

# Tumor Treating Fields (TTFields) Therapy with Standard of Care (SOC) in Metastatic Non-Small Cell Lung Cancer (mNSCLC) After Platinum-based Therapies: Randomized, Phase 3 LUNAR Study

Ticiana Leal[1], Rupesh Kotecha[2], Rodryg Ramlau[3], Li Zhang[4], Janusz Milanowski[5], Manuel Cobo[6], Jaromir Roubec[7], Lubos Petruzelka[8], Libor Havel[9], Sujith Kalmadi[10], Jeffrey Ward[11], Zoran Andric[12], Thierry Berghmans[13], David E. Gerber[14], Goetz Kloecker[15], Rajiv Panikkar[16], Joachim Aerts[17], Angelo Delmonte[18], Miklos Pless[19], Richard Greil[20], Christian Rolfo[21], Wallace Akerley[22], Michael Eaton[23], Mussawar Iqbal[24], and Corey Langer[25]; on behalf of the LUNAR study investigators

[1]Winship Cancer Institute at Emory University, Atlanta, GA, USA; [2]Miami Cancer Institute, Baptist Health South Florida, Miami, FL, USA; [3]Rodryg Ramlau, Poznan University of Medical Sciences, Poznan, Poland; [4]Sun Yat-sen University Cancer Center (SYSUCC), Guangzhou, China; [5]Medical University of Lublin, Lublin, Poland; [6]Medical Oncology Intercenter Unit, Regional and Virgen de la Victoria University Hospitals, IBIMA, Málaga, Spain; [7]Nemocnice AGEL Ostrava-Vítkovice, Ostrava, Czech Republic; [8]General University Hospital in Prague, Prague, Czech Republic; [9]Thomayer Hospital, Prague, Czech Republic; [10]Ironwood Cancer & Research Centers, Chandler, AZ, USA; [11]Washington University School of Medicine, St. Louis, MO, USA; [12]Clinical Hospital Centre Bezanijska Kosa, Belgrade, Serbia; [13]Jules Bordet Institute, Hôpitaux Universitaires de Bruxelles, Université Libre de Bruxelles, Brussels, Belgium; [14]Harold C. Simmons Comprehensive Cancer Center, UT Texas Southwestern Medical Center, Dallas, TX, USA; [15]University of Louisville, Louisville, KY, USA; [16]Geisinger Cancer Institute, Danville, PA, USA; [17]Erasmus University Medical Center, Erasmus MC Cancer Institute, Rotterdam, The Netherlands; [18]IRCCS Istituto Romagnolo per lo Studio dei Tumori "Dino Amadori" (IRST), Meldola, Italy, Meldola, Italy; [19]Kantonsspital Winterthur, Winterthur, Switzerland; [20]Salzburg Cancer Research Institute-Center for Clinical Cancer and Immunology Trials (SCRI-CCCIT); Paracelsus Medical University Salzburg; Cancer Cluster, Salzburg, Austria; [21]Center for Thoracic Oncology, Tisch Cancer Institute at Icahn School of Medicine, Mount Sinai, New York, NY, USA; [22]Huntsman Cancer Institute, University of Utah, Salt Lake City, UT, USA; [23]St Francis Hospital, Indianapolis, IN, USA; [24]College of Medicine, University of Saskatchewan, Saskatoon, Canada; [25]Abramson Cancer Center, Perelman School of Medicine, University of Pennsylvania, PA, USA

© 2023 Novocure GmbH   6

## Background

- Metastatic NSCLC remains largely incurable

- Platinum-based chemotherapy with immune checkpoint inhibitors (ICIs) are standard first line therapy for metastatic NSCLC lacking actionable driver mutations[1–3]

- Unfortunately, most patients develop disease progression[4–7] and 5-year survival is only 9%[8]

- Treatment options that extend survival beyond progression are limited

- Current approaches in the second line include chemotherapy regimens, mainly docetaxel (DTX) with or without ramucirumab, or ICI (if eligible)[2]

- Phase 3 studies demonstrated that ICIs (OS of 10–14 months) are superior to DTX (OS of 8–9 months) for NSCLC progressing on platinum therapy[9–11]

- Unmet need remains high for new, well-tolerated and effective options for second-line treatment and beyond

DTX, docetaxel; ICI, immune checkpoint inhibitor; NSCLC, non-small cell lung cancer; OS, overall survival.
1. Hendriks LE et al. Ann Oncol. 2023;34(4):358–376; 2. National Comprehensive Cancer Network. Version 3. 2022; 3. Owen DH et al. J Clin Oncol. 2023;41(5):e1–e9;
4. de Castro G et al. J Clin Oncol. 2023;41(11):1986–1991; 5. Reck M et al. J Clin Oncol. 2021;39(21):2339–2349; 6. Brahmer JR et al. J Clin Oncol. 2023;41(6):1200–1212;
7. Herbst RS et al. N Engl J Med. 2020;383(14):1328–1339; 8. www.cancer.net/cancer-types/lung-cancer-non-small-cell/statistics; 9. Herbst RS et al. J Thorac Oncol. 2021;16(10):1718–1732.
10. Borghaei H et al. J Clin Oncol. 2021;39(7):723–733. 11. Rittmeyer A et al. Lancet. 2017;389(10066):255–265.

© 2023 Novocure GmbH   8





# TTFields Therapy

- Noninvasive anticancer treatment modality

---

- Delivered locoregionally to the chest by a wearable medical device and 2 pairs of arrays (adhesive bandages with biocompatible insulated ceramic discs covered by hydrogel)[1]

---

- Delivered to the patient's home with 24/7 phone support by a device technician; continuous use (~18 h/day)

---

- FDA-approved* for glioblastoma and malignant pleural mesothelioma[2–4]

---

- Pilot study demonstrated safety and feasibility of TTFields therapy with pemetrexed in advanced NSCLC[5]

**TTFields Device**



**Array Placement**



*TTFields for glioblastoma was approved via the Premarket Approval (PMA) pathway. TTFields for malignant pleural mesothelioma was approved via the Humanitarian Device Exemption (HDE) pathway.
NSCLC, non-small cell lung cancer; TTFields, Tumor Treating Fields. Image shows an actor. Used with permission from Novocure GmbH.
1. Novocure. NovoTTF™-100L system: instructions for use for unresectable pleural malignant mesothelioma; 2. Stupp R et al. Eur J Cancer. 2012;48(14):2192–2202;
3. Stupp R et al. JAMA. 2017;318(23):2306–2316; 4. Ceresoli GL et al. Lancet Oncol. 2019;20(12):1702–1709; 5. Pless M et al. Lung Cancer. 2013;81(3):445–450.

© 2023 Novocure GmbH    11



## LUNAR Study Endpoints and Statistical Analysis

| Primary | Key Secondary | Other Secondary |
|---------|---------------|-----------------|
| • OS with TTFields + SOC vs SOC alone | • OS in ICI-treated subgroup<br>• OS in docetaxel-treated subgroup | • PFS<br>• ORR<br>• PFS/OS by histology<br>• QoL (EORTC QLQ C30/LC13)<br>• Safety |

### Statistical Analysis

- Targeted hazard ratio <0.75 using 2-sided proportional hazards testing (α=0.05) with 80% power, stratified by SOC treatment and histology

- Key secondary endpoints were tested hierarchically if the primary endpoint was met

- March 2021 planned interim analysis: DMC recommended a reduced patient accrual (534–276 patients) and follow-up (18–12 months) would be sufficient to evaluate endpoints while retaining statistical power

DMC, Data Monitoring Committee; ICI, immune checkpoint inhibitor; ORR, overall response rate; OS, overall survival, PFS, progression-free survival; QoL, quality of life; SOC, standard of care; TTFields, Tumor Treating Fields.

© 2023 Novocure GmbH   13

## Baseline Demographics and Characteristics

Baseline demographics were similar across all subgroups

| | TTFields + SOC (n=137) | SOC (n=139) | TTFields + ICI (n=66) | ICI (n=68) | TTFields + DTX (n=71) | DTX (n=71) |
|---|---|---|---|---|---|---|
| Age, yr - median (range) | 63 (36–85) | 65 (22–86) | 64 (36–85) | 65 (23–86) | 63 (43–81) | 65 (22–81) |
| Sex, male | 66% | 63% | 67% | 66% | 66% | 59% |
| Race | | | | | | |
| White | 81% | 80% | 82% | 78% | 80% | 82% |
| Asian | 12% | 9% | 11% | 7% | 13% | 10% |
| Black or African American | 2% | 2% | 2% | 3% | 3% | 1% |
| Other/unknown | 5% | 8% | 6% | 12% | 4% | 7% |
| Region | | | | | | |
| North America | 30% | 31% | 21% | 25% | 38% | 37% |
| W. Europe and Israel | 31% | 30% | 38% | 35% | 24% | 24% |
| Eastern Europe | 30% | 31% | 32% | 32% | 28% | 30% |
| East Asia | 10% | 9% | 9% | 7% | 10% | 10% |
| ECOG PS* | | | | | | |
| 0 | 28% | 29% | 30% | 32% | 25% | 25% |
| 1 | 68% | 68% | 67% | 68% | 69% | 69% |
| 2 | 4% | 3% | 3% | 0 | 6% | 6% |
| Smoking history[†] | | | | | | |
| Current or former | 85% | 83% | 85% | 82% | 85% | 84% |
| Never | 15% | 17% | 15% | 18% | 14% | 16% |

Percentages rounded to nearest integer; totals may not equal 100%
*2 patients had ECOG PS defined at the first follow up visit in the TTFields + ICI group. [†]Missing data from 1 patient in the TTFields + DTX group.
DTX, docetaxel; ECOG PS, Eastern Cooperative Oncology Group performance status; ICI, immune checkpoint inhibitor; SOC, standard of care; TTFields, Tumor Treating Fields.

## Baseline Disease Characteristics

| | TTFields + SOC (n=137) | SOC (n=139) | TTFields + ICI (n=66) | ICI (n=68) | TTFields + DTX (n=71) | DTX (n=71) |
|---|---|---|---|---|---|---|
| Histology | | | | | | |
| Non-squamous/squamous | 58%/42% | 55%/45% | 56%/44% | 54%/46% | 59%/41% | 56%/44% |
| PD-L1 | | | | | | |
| <1% | 17% | 17% | 18% | 24% | 16% | 10% |
| 1–49% | 27% | 29% | 26% | 27% | 28% | 31% |
| ≥50% | 7% | 13% | 8% | 12% | 7% | 14% |
| Unknown* | 49% | 42% | 49% | 38% | 49% | 45% |
| Prior lines of systemic therapy** | | | | | | |
| 1 | 89% | 89% | 97% | 94% | 82% | 85% |
| 2+ | 11% | 10% | 3% | 4% | 18% | 15% |
| Prior ICI | 31% | 31% | 2% | 3% | 58% | 58% |
| Best response to any prior therapy | | | | | | |
| Complete response | 6% | 4% | 6% | 4% | 6% | 3% |
| Partial response | 23% | 26% | 29% | 19% | 18% | 32% |
| Stable disease | 34% | 32% | 38% | 31% | 31% | 32% |
| Progressive disease | 21% | 26% | 15% | 29% | 27% | 23% |
| Unknown | 15% | 13% | 12% | 16% | 18% | 10% |
| Liver metastasis[†] | 15% | 16% | 14% | 12% | 17% | 20% |
| CNS metastasis[‡] | 0 | 1% | 0 | 0 | 0 | 3% |

*Percentages rounded to nearest integer; totals may not equal 100%*
*PD-L1 status reporting was optional and was available for 83% of patients in the United States; **Missing data for 1 patient in the ICI group. [†]One patient had liver and CNS metastasis. [‡]Patients with CNS metastases were excluded under the original study design; later amended to allow stable CNS metastases.
CNS, central nervous system; DTX, docetaxel; ICI, immune checkpoint inhibitor; PD-L1, Programmed Cell Death Ligand 1; SOC, standard of care; TTFields, Tumor Treating Fields.



Overall Survival in the ITT Population

| | TTFields + SOC (n=137) | SOC (n=139) |
|---|---|---|
| Median OS (95% CI), months | 13.2 (10.3–15.5) | 9.9 (8.1–11.5) |
| 1-year survival (95% CI) | 53% (44–61) | 42% (34–50) |
| 3-year survival (95% CI) | 18% (11–27) | 7% (2–15) |

HR (95% CI): 0.74 (0.56–0.98)
P=0.035

No. at Risk:

| | 0 | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 | 54 |
|---|---|---|---|---|---|---|---|---|---|---|
| TTFields + SOC | 137 | 100 | 62 | 36 | 22 | 16 | 11 | 9 | 5 | 3 |
| SOC | 139 | 96 | 54 | 32 | 16 | 7 | 3 | 0 | 0 | 0 |

CI, confidence interval; HR, hazard ratio; ITT, intent-to-treat; OS, overall survival; SOC, standard of care; TTFields, Tumor Treating Fields.

Median (range) follow-up: 10.0 (0.03–58.7) months

© 2023 Novocure GmbH   16



## Overall Survival in ICI-Treated Patients

|  | TTFields + ICI (n=66) | ICI (n=68) |
|---|---|---|
| Median OS (95% CI), months | 18.5 (10.6–30.3) | 10.8 (8.2–18.4) |
| 1-year survival (95% CI) | 60% (47–71) | 46% (33–57) |
| 3-year survival (95% CI) | 27% (15–42) | 9% (3–21) |

HR (95% CI): 0.63 (0.41–0.96)
P=0.03

No. at Risk:

|  | 0 | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 | 54 |
|---|---|---|---|---|---|---|---|---|---|---|
| TTFields + ICI | 66 | 50 | 35 | 24 | 16 | 12 | 8 | 6 | 2 | 1 |
| ICI | 68 | 49 | 29 | 21 | 11 | 6 | 3 | 0 | 0 | 0 |

CI, confidence interval; HR, hazard ratio; ICI, immune checkpoint inhibitor; OS, overall survival; TTFields, Tumor Treating Fields.

© 2023 Novocure GmbH   17







## Progression-free Survival in the ITT Population

| | TTFields + SOC (n=137) | SOC (n=139) |
|---|---|---|
| Median PFS (95% CI), months | 4.8 (4.1–5.7) | 4.1 (3.1–4.6) |

HR (95% CI): 0.85 (0.67–1.11)
P=0.23

No. at risk:

| | | | | |
|---|---|---|---|---|
| TTFields + SOC | 137 | 44 | 17 | 9 |
| SOC | 139 | 40 | 21 | 9 |

PFS was defined as the time from date of randomization until date of disease progression, or death by any cause.
CI, confidence interval; HR, hazard ratio; ITT, intent-to-treat; PFS, progression-free survival; SOC, standard of care; TTFields, Tumor Treating Fields.

© 2023 Novocure GmbH    20

## Response Rates in the ITT Population

| | TTFields + SOC (n=137) | SOC (n=139) |
|---|---|---|
| Patients with a follow-up scan | n=122 | n=127 |
| ORR, % (95% CI) | 20% (14–28) | 17% (11–25) |
| Difference in ORR, % (95% CI) | 3% (-8.5–15.0) P=0.5 | |
| Best overall response, % | | |
| Complete response | 3% | 1% |
| Partial response | 18% | 17% |
| Stable disease | 49% | 47% |
| Progressive disease | 18% | 26% |
| Not evaluable | 2% | 1% |

- All 5 complete responses occurred in patients receiving an ICI
  - 4 with TTFields therapy
  - 1 with ICI alone
- Analysis of patterns of progression (infield* vs outfield) is ongoing

*Infield=thorax and upper abdomen
CI, confidence interval; ICI, immune checkpoint inhibitor; ITT, intent-to-treat; ORR, overall response rate; SOC, standard of care; TTFields, Tumor Treating Fields.

© 2023 Novocure GmbH   21

## Safety and Tolerability

| | TTFields + SOC (n=133) | | SOC (n=134) | |
|---|---|---|---|---|
| | All grades | Grade ≥3 | All grades | Grade ≥3 |
| Any AE* | 97% | 59% | 91% | 56% |
| Most frequent AEs | | | | |
| Dermatitis | 43% | 2% | 2% | 0% |
| Fatigue | 28% | 4% | 37% | 8% |
| Musculoskeletal pain | 36% | 3% | 27% | 4% |
| Dyspnea | 20% | 7% | 25% | 3% |
| Anemia | 23% | 8% | 22% | 8% |
| Diarrhea | 19% | 2% | 19% | 0% |
| Cough | 18% | 0% | 19% | 1% |
| Nausea | 19% | 0% | 16% | 1% |
| Leukopenia | 17% | 14% | 18% | 14% |
| Pneumonia | 15% | 11% | 17% | 11% |
| Alopecia | 10% | 0% | 17% | 1% |
| Respiratory tract infection | 15% | 3% | 16% | 0% |
| Localized edema | 15% | 1% | 16% | 2% |
| Any serious AE | 53% | | 38% | |
| Any AE leading to discontinuation | 36% | | 20% | |
| Any AE leading to death | 10% | | 8% | |

*Any AE; not necessarily related to treatment.
AE, adverse event; SOC, standard of care; HRQoL. Health-related quality of life; TTFields, Tumor Treating Fields.

- Majority of patients (94%) had ≥1 AE

- Comparable incidence of grade ≥3 AEs between arms

- No difference in rate of pneumonitis or other immune-related AEs

- No notable differences in HRQoL when TTFields therapy was added to SOC (detailed analysis ongoing)

© 2023 Novocure GmbH   22

## TTFields Adverse Device Effects (ADEs)

| Preferred term | TTFields + ICI (n=67) | TTFields + DTX (n=66) |
|---|---|---|
| Any ADE* | 73.1% | 69.7% |
| ADEs grade ≥3 | 4.5% | 7.6% |
| Dermatitis | 1.5% | 3.0% |
| Pruritus | 0 | 1.5% |
| Skin ulcer | 0 | 1.5% |
| Pain | 1.5% | 0% |
| Skin infection | 0 | 1.5% |
| Bronchopleural fistula | 1.5% | 0% |
| Serious ADEs | 1.5% | 4.5% |
| Dermatitis | 0 | 3.0% |
| Skin ulcer | 0 | 1.5% |
| Skin infection | 0 | 1.5% |
| Bronchopleural fistula | 1.5% | 0 |
| ADEs leading to device discontinuation | 11.9% | 16.7% |
| Dermatitis | 6.0% | 7.6% |
| Skin ulcer | 3.0% | 3.0% |
| Rash | 0 | 3.0% |
| Pain | 1.5% | 1.5% |
| Maculopapular rash | 0 | 1.5% |
| Skin infection | 0 | 1.5% |
| Bronchopleural fistula | 1.5% | 0 |
| ADEs leading to death | 0 | 0 |

*Adverse event deemed related to device use.
DTX, docetaxel; ICI, immune checkpoint inhibitor; ADE, adverse device effect; TTFields, Tumor Treating Fields.

- Median device usage was 15 weeks with ICI; 13 weeks with DTX

- Most device-related effects were grade 1–2 dermatitis

- Dermatitis resolved in 87% of cases; median duration was 3 weeks

- No grade 4 toxicities and no deaths were attributable to TTFields therapy

© 2023 Novocure GmbH   23

## Conclusions

- Pivotal, phase 3 LUNAR study met its primary endpoint

- TTFields therapy with SOC provided a statistically significant and clinically meaningful 3-month improvement in median OS vs SOC (HR: 0.74, P=0.035) with no added systemic toxicities

    - Statistically significant ~8-month increase in median OS (from 10.8 to 18.5 months) was demonstrated with TTFields therapy and an ICI (HR: 0.63, P=0.030)

    - There was a 2.4-month difference in median OS (from 8.7 to 11.1) for TTFields therapy and docetaxel vs docetaxel alone (HR: 0.81, P=0.28)

- TTFields therapy should be considered part of SOC for metastatic NSCLC following progression on or after platinum-based therapy

- Additional studies evaluating TTFields therapy with current SOC for first-line metastatic and locally advanced NSCLC are underway

- TTFields therapy is a potentially paradigm shifting new treatment modality

HR, hazard ratio; ICI, immune checkpoint inhibitor; NSCLC, non-small cell lung cancer; OS, overall survival; SOC, standard of care; TTFields; Tumor Treating Fields.

© 2023 Novocure GmbH   24

# Acknowledgements

## Special thank you to all participating patients, their families, and clinical research teams for your commitment and contributions

### Thank you to all participating sites around the world:

Austria: Medical University Salzburg; Belgium: Institut Jules Bordet, Hospital AZ Sint Maarten; Canada: McGill University Health Centre, Universitaire de Sherbrooke (CIUSSS de l'Estrie - CHUS), Allan Blair Cancer Centre; Czech Republic: Thomayer Hospital, General University Hospital in Prague, Vitkovice Hospital; China: Beijing Cancer Hospital, Sun Yat-sen University Cancer Center (SYSUCC), Affiliated Cancer Hospital and Institute of Guangzhou Medical University, Henan Provincial People's Hospital, Henan Cancer Hospital, PKUCare Luzhong Hospital, Zhejiang Cancer Hospital, Sir Run Run Shaw Hospital, Zhejiang University School of Medicine; France: Institut Bergonié, Institut de Cancérologie du Gard, Hôpital Saint-Louis; Hong Kong: Queen Mary Hospital; Hungary: Tolna County Hospital, Jasz-Nagykun-Szolnok County Hospital; Italy: IRCCS – Istituto Scientifico Romagnolo per lo Studio e la Cura dei Tumori (IRST), Ospedale S.Maria delle Croci; Netherlands: St Jansdal Ziekenhuis, Erasmus MC; Poland: Non-Invasive Medicine Center, Center of Modern Therapy, Medical University of Lublin, University Hospital in Poznań; Serbia: Clinical Hospital Center, Bezanijska Kosa, Clinical Center Kragujevac; Spain: Hospital Quirón Teknon, Hospital Universitario Arnau de Vilanova, Hospital Universitario Gregorio Marañón, Hospital Universitario 12 de Octubre, Hospital Regional Universitario Carlos Haya, Hospital Universitari i Politécnic La Fe; Switzerland: KS Winterthur; United States: Central Alabama Research, Ironwood Cancer & Research Centers, St. Joseph Hospital and Medical Center, Beverly Hills Cancer Center, Compassionate Cancer Care, California Cancer Associates for Research and Excellence, Inc (cCARE), St. Joseph Heritage Healthcare, Long Beach Memorial Medical Center, Sutter Medical Group, Mercy Cancer Center, Emad Ibrahim, MD, Inc, The Oncology Institute of Hope & Innovation, McKee Medical Center, Associated Neurologists of Southern Connecticut, MedStar Washington Hospital Center, GenesisCare, Miami Cancer Institute, Mount Sinai Comprehensive Cancer Center, AdventHealth Neuro Oncology, UF Health Cancer Center at Orlando Health, South Florida Oncology & Hematology Consultants LLC, The University of Kansas Cancer Center, University of Louisville, Norton Cancer Institute, University of Illinois Hospital, Illinois CancerCare PC, Southern Illinois University School of Medicine, Franciscan Health Indianapolis, University Medical Center, Tulane Cancer Center, CHRISTUS Highland Cancer Treatment Center, Tufts Medical Center, Beth Israel Deaconess Medical Center, Central Maine Medical Center, University of Maryland, St. Joseph Mercy Hospital, Karmanos Cancer Institute, Clinical Oncology Associates, Memorial Healthcare, Regions Cancer Care Center, Saint Luke's Hospital, Washington University School of Medicine, Oncology Specialists of Charlotte, WG "Bill" Hefner VA Medical Center, Piedmont Radiation Oncology PA, Nebraska Medical Center, Oncology Hematology West, PC dba Nebraska Cancer Specialists, CHI Health Creighton University Medical Center - Bergan Mercy, New Jersey Hematology Oncology Associates, Presbyterian Cancer Care at Kaseman, OptumCare Cancer Center, Renown Regional Medical Center, Northern Westchester Hospital, New York Presbyterian/Queens Center for Research and Education, Stony Brook Cancer Center, Summa Health System, Toledo Clinic Cancer Center, Vita Medical Associates, PC, Geisinger Medical Center, University of Tennessee/Erlanger Oncology and Hematology, Texas Oncology – Amarillo, Texas Oncology – Arlington North, Christus Spohn Cancer Center, VA North Texas Health Care System, Texas Oncology – Baylor Charles A Sammons Cancer Center, UT Southwestern Medical Center, Oncology Consultants, PA, Texas Oncology – McKinney, Texas Oncology – Paris, Texas Oncology – Plano West, Texas Oncology – Waco, McClinton Cancer Center, University of Utah, Overlake Hospital Medical Center, University of Wisconsin

### This study was sponsored by Novocure

Statistical analysis performed by Gitit Lavy-Shahaf, PhD (Novocure)

Editorial assistance from Chelsea Higgins, PhD (Novocure), Rose Goodchild, PhD and Melissa Purves, CMPP, PhD (Prime); Editorial support funded by Novocure

© 2023 Novocure GmbH    25



© 2023 Novocure GmbH   26













**Cover Page - Document and Entity Information Document**

| Document and Entity Information Document | XBRL Details | | | Balance Type | Period Type | 1 Months Ended |
|---|---|---|---|---|---|---|
| | XBRL Tag Name | XBRL Prefix | Data Type | | | Jun. 30, 2023 |
| Cover [Abstract] | dei_CoverAbstract | dei_ | xbrli:stringItemType | na | duration | |
| Document Type | dei_DocumentType | dei_ | dei:submissionTypeItemType | na | duration | 8-K |
| Document Period End Date | dei_DocumentPeriodEndDate | dei_ | xbrli:dateItemType | na | duration | Jun. 06, 2023 |
| Entity Registrant Name | dei_EntityRegistrantName | dei_ | xbrli:normalizedStringItemType | na | duration | NovoCure Limited |
| Entity Central Index Key | dei_EntityCentralIndexKey | dei_ | dei:centralIndexKeyItemType | na | duration | 0001645113 |
| Amendment Flag | dei_AmendmentFlag | dei_ | xbrli:booleanItemType | na | duration | false |
| Entity Incorporation, State or Country Code | dei_EntityIncorporationStateCountryCode | dei_ | dei:edgarStateCountryItemType | na | duration | Y9 |
| Entity File Number | dei_EntityFileNumber | dei_ | dei:fileNumberItemType | na | duration | 001-37565 |
| Entity Tax Identification Number | dei_EntityTaxIdentificationNumber | dei_ | dei:employerIdItemType | na | duration | 98-1057807 |
| Entity Address, Address Line One | dei_EntityAddressAddressLine1 | dei_ | xbrli:normalizedStringItemType | na | duration | No. 4 The Forum, Grenville Street |
| Entity Address, City or Town | dei_EntityAddressCityOrTown | dei_ | xbrli:normalizedStringItemType | na | duration | St. Helier |
| Entity Address, Country | dei_EntityAddressCountry | dei_ | dei:countryCodeItemType | na | duration | JE |
| Entity Address, Postal Zip Code | dei_EntityAddressPostalZipCode | dei_ | xbrli:normalizedStringItemType | na | duration | JE2 4UF |
| City Area Code | dei_CityAreaCode | dei_ | xbrli:normalizedStringItemType | na | duration | 44 (0) 15 |
| Local Phone Number | dei_LocalPhoneNumber | dei_ | xbrli:normalizedStringItemType | na | duration | 3475 6700 |
| Written Communications | dei_WrittenCommunications | dei_ | xbrli:booleanItemType | na | duration | false |
| Soliciting Material | dei_SolicitingMaterial | dei_ | xbrli:booleanItemType | na | duration | false |
| Pre-commencement Tender Offer | dei_PreCommencementTenderOffer | dei_ | xbrli:booleanItemType | na | duration | false |
| Pre-commencement Issuer Tender Offer | dei_PreCommencementIssuerTenderOffer | dei_ | xbrli:booleanItemType | na | duration | false |
| Title of 12(b) Security | dei_Security12bTitle | dei_ | dei:securityTitleItemType | na | duration | Ordinary Shares, no par value |
| Trading Symbol | dei_TradingSymbol | dei_ | dei:tradingSymbolItemType | na | duration | NVCR |
| Security Exchange Name | dei_SecurityExchangeName | dei_ | dei:edgarExchangeCodeItemType | na | duration | NASDAQ |
| Entity Emerging Growth Company | dei_EntityEmergingGrowthCompany | dei_ | xbrli:booleanItemType | na | duration | false |