# **Exhibit 12**

Case 1:23-cv-05146-GHW    Document XXX-X  Filed XX/XX/XX    Page 1 of 23



# Tumor Treating Fields (TTFields) Therapy with Standard of Care (SOC) in Metastatic Non-Small Cell Lung Cancer (mNSCLC) After Platinum-based Therapies: Randomized, Phase 3 LUNAR Study

<u>Ticiana Leal</u>[1], Rupesh Kotecha[2], Rodryg Ramlau[3], Li Zhang[4], Janusz Milanowski[5], Manuel Cobo[6], Jaromir Roubec[7], Lubos Petruzelka[8], Libor Havel[9], Sujith Kalmadi[10], Jeffrey Ward[11], Zoran Andric[12], Thierry Berghmans[13], David E. Gerber[14], Goetz Kloecker[15], Rajiv Panikkar[16], Joachim Aerts[17], Angelo Delmonte[18], Miklos Pless[19], Richard Greil[20], Christian Rolfo[21], Wallace Akerley[22], Michael Eaton[23], Mussawar Iqbal[24], and Corey Langer[25]; *on behalf of the LUNAR study investigators*

[1]Winship Cancer Institute at Emory University, Atlanta, GA, USA; [2]Miami Cancer Institute, Baptist Health South Florida, Miami, FL, USA; [3]Rodryg Ramlau, Poznan University of Medical Sciences, Poznan, Poland; [4]Sun Yat-sen University Cancer Center (SYSUCC), Guangzhou, China; [5]Medical University of Lublin, Lublin, Poland; [6]Medical Oncology Intercenter Unit, Regional and Virgen de la Victoria University Hospitals, IBIMA, Málaga, Spain; [7]Nemocnice AGEL Ostrava-Vítkovice, Ostrava, Czech Republic; [8]General University Hospital in Prague, Prague, Czech Republic; [9]Thomayer Hospital, Prague, Czech Republic; [10]Ironwood Cancer & Research Centers, Chandler, AZ, USA; [11]Washington University School of Medicine, St. Louis, MO, USA; [12]Clinical Hospital Centre Bezanijska Kosa, Belgrade, Serbia; [13]Jules Bordet Institute, Hôpitaux Universitaires de Bruxelles, Université Libre de Bruxelles, Brussels, Belgium; [14]Harold C. Simmons Comprehensive Cancer Center, UT Texas Southwestern Medical Center, Dallas, TX, USA; [15]University of Louisville, Louisville, KY, USA; [16]Geisinger Cancer Institute, Danville, PA, USA; [17]Erasmus University Medical Center, Erasmus MC Cancer Institute, Rotterdam, The Netherlands; [18]IRCCS Istituto Romagnolo per lo Studio dei Tumori "Dino Amadori" (IRST), Meldola, Italy, Meldola, Italy; [19]Kantonsspital Winterthur, Winterthur, Switzerland; [20]Salzburg Cancer Research Institute-Center for Clinical Cancer and Immunology Trials (SCRI-CCCIT); Paracelsus Medical University Salzburg; Cancer Cluster, Salzburg, Austria; [21]Center for Thoracic Oncology, Tisch Cancer Institute at Icahn School of Medicine, Mount Sinai, New York, NY, USA; [22]Huntsman Cancer Institute, University of Utah, Salt Lake City, UT, USA; [23]St Francis Hospital, Indianapolis, IN, USA; [24]College of Medicine, University of Saskatchewan, Saskatoon, Canada; [25]Abramson Cancer Center, Perelman School of Medicine, University of Pennsylvania, PA, USA

  PRESENTED BY: Ticiana Leal, MD, Winship Cancer Institute - Emory University
Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

Scan for presentation slides

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Background

2

- Metastatic NSCLC remains largely incurable

- Platinum-based chemotherapy with immune checkpoint inhibitors (ICIs) are standard first line therapy for metastatic NSCLC lacking actionable driver mutations[1–3]

- Unfortunately, most patients develop disease progression[4–7] and 5-year survival is only 9%[8]

- Treatment options that extend survival beyond progression are limited

- Current approaches in the second line include chemotherapy regimens, mainly docetaxel (DTX) with or without ramucirumab, or ICI (if eligible)[2]

- Phase 3 studies demonstrated that ICIs (OS of 10–14 months) are superior to DTX (OS of 8–9 months) for NSCLC progressing on platinum therapy[9–11]

- Unmet need remains high for new, well-tolerated and effective options for second-line treatment and beyond

DTX, docetaxel; ICI, immune checkpoint inhibitor; NSCLC, non-small cell lung cancer; OS, overall survival.
1. Hendriks LE et al. *Ann Oncol.* 2023;34(4):358–376; 2. National Comprehensive Cancer Network. Version 3. 2022; 3. Owen DH et al. *J Clin Oncol.* 2023;41(5):e1–e9;
4. de Castro G et al. *J Clin Oncol.* 2023;41(11):1986–1991; 5. Reck M et al. *J Clin Oncol.* 2021;39(21):2339–2349; 6. Brahmer JR et al. *J Clin Oncol.* 2023;41(6):1200–1212;
7. Herbst RS et al. *N Engl J Med.* 2020;383(14):1328–1339; 8. www.cancer.net/cancer-types/lung-cancer-non-small-cell/statistics; 9. Herbst RS et al. *J Thorac Oncol.* 2021;16(10):1718–1732.
10. Borghaei H et al. *J Clin Oncol.* 2021;39(7):723–733. 11. Rittmeyer A et al. *Lancet.* 2017;389(10066):255–265.

  PRESENTED BY: Ticiana Leal, MD, Winship Cancer Institute - Emory University
Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.  Scan for presentation slides

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Tumor Treating Fields (TTFields) Mechanism of Action



- TTFields are electric fields that exert physical forces on electrically charged components in dividing cancer cells, leading to an antimitotic effect[1,2]

- Downstream effects include cell stress-induced immunogenic cell death (ICD), triggering a systemic anti-tumor immune response[3,4]

ATP, adenosine triphosphate; ER, endoplasmic reticulum; HMGB1, high mobility group box 1 protein; ICD, immunogenic cell death; TTFields, Tumor Treating Fields.

1. Mun EJ et al. *Clin Cancer Res.* 2018;24(2):266–275; 2. Giladi M et al. *Sci Rep.* 2015;5:18046; 3. Voloshin T et al. *Cancer Immunol Immunother.* 2020;69(7):1191–1204; 4. Barsheshet Y et al. *Int J Mol Sci.* 2022;23(22):14073. Figure adapted from: Shteingauz A et al. *Cell Death Dis.* 2018;9(11):1074.

  PRESENTED BY: Ticiana Leal, MD, Winship Cancer Institute - Emory University

Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

Scan for presentation slides

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Preclinical Evidence

4

TTFields application together with ICIs or taxanes demonstrated efficacy in preclinical NSCLC models[1–3]

### *In Vitro* Model[1]

PTX

PTX + TTFields

Relative Cell Viability (% of Control) vs Paclitaxel (nM)

### *In Vivo* Model[2]

Tumor Volume (mm³)

*** ** *

Control + Isotype    Control + Anti-PD-1    TTFields + Isotype    TTFields + Anti-PD-1

\*, \*\*, \*\*\* indicate p<0.05, 0.01, 0.001, respectively.
ICI, immune checkpoint inhibitor; NSCLC, non-small cell lung cancer; PD-1, programmed cell death protein 1; PTX, paclitaxel; TTFields, Tumor Treating Fields.

1. Giladi M et al. *Semin Oncol.* 2014;41(suppl 6):S35–S41; 2. Voloshin T et al. *Cancer Immunol Immunother.* 2020;69(7):1191–1204; 3. Barsheshet Y et al. *Int J Mol Sci.* 2022;23(22):14073.

 

PRESENTED BY: Ticiana Leal, MD, Winship Cancer Institute - Emory University
Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

Scan for presentation slides

 

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# TTFields Therapy

- Noninvasive anticancer treatment modality

- Delivered locoregionally to the chest by a wearable medical device and 2 pairs of arrays (adhesive bandages with biocompatible insulated ceramic discs covered by hydrogel)[1]

- Delivered to the patient's home with 24/7 phone support by a device technician; continuous use (~18 h/day)

- FDA-approved* for glioblastoma and malignant pleural mesothelioma[2–4]

- Pilot study demonstrated safety and feasibility of TTFields therapy with pemetrexed in advanced NSCLC[5]

### TTFields Device



### Array Placement



*TTFields for glioblastoma was approved via the Premarket Approval (PMA) pathway. TTFields for malignant pleural mesothelioma was approved via the Humanitarian Device Exemption (HDE) pathway. NSCLC, non-small cell lung cancer; TTFields, Tumor Treating Fields. Image shows an actor. Used with permission from Novocure GmbH.
1. Novocure. NovoTTF™-100L system: instructions for use for unresectable pleural malignant mesothelioma; 2. Stupp R et al. *Eur J Cancer*. 2012;48(14):2192–2202; 3. Stupp R et al. *JAMA*. 2017;318(23):2306–2316; 4. Ceresoli GL et al. *Lancet Oncol*. 2019;20(12):1702–1709; 5. Pless M et al. *Lung Cancer*. 2013;81(3):445–450.

  PRESENTED BY: Ticiana Leal, MD, Winship Cancer Institute - Emory University
Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

 Scan for presentation slides

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# LUNAR Phase 3 Study Design

6

**Objective:** To evaluate safety and efficacy of TTFields therapy with standard of care (SOC) compared to SOC alone in metastatic NSCLC progressing on or after platinum-based therapy

**Key eligibility criteria**
- ≥22 years of age
- Metastatic NSCLC
- Progression on/after platinum-based therapy
- ECOG PS 0–2

Baseline evaluation (incl. MRI)

N=276

Randomized (1:1)

Stratified by region, SOC treatment, and histology

**TTFields therapy\* and SOC** (Investigator's choice ICI[†] or docetaxel)

Q6W follow-up until progression

**SOC** (Investigator's choice ICI[†] or docetaxel)

Q6W follow-up until progression

3 post-progression follow-up visits

Survival follow-up

**Data cut-off:** November 26, 2022
**Study sites:** 124 in 17 countries (North America, Europe, Asia)

\*150 kHz; ≥18 h/day; †pembrolizumab, nivolumab, or atezolizumab.
ECOG PS, Eastern Cooperative Oncology Group performance status; ICI, immune checkpoint inhibitor; MRI, magnetic resonance imaging; NSCLC, non-small cell lung cancer; Q6W, every 6 weeks; SOC, standard of care; TTFields, Tumor Treating Fields.

 

PRESENTED BY: Ticiana Leal, MD, Winship Cancer Institute - Emory University
Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

Scan for presentation slides



Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# LUNAR Study Endpoints and Statistical Analysis

| Primary | Key Secondary | Other Secondary |
|---|---|---|
| • OS with TTFields + SOC vs SOC alone | • OS in ICI-treated subgroup<br>• OS in docetaxel-treated subgroup | • PFS<br>• ORR<br>• PFS/OS by histology<br>• QoL (EORTC QLQ C30/LC13)<br>• Safety |

## Statistical Analysis

- Targeted hazard ratio <0.75 using 2-sided proportional hazards testing ($\alpha$=0.05) with 80% power, stratified by SOC treatment and histology

- Key secondary endpoints were tested hierarchically if the primary endpoint was met

- March 2021 planned interim analysis: DMC recommended a reduced patient accrual (534–276 patients) and follow-up (18–12 months) would be sufficient to evaluate endpoints while retaining statistical power

DMC, Data Monitoring Committee; ICI, immune checkpoint inhibitor; ORR, overall response rate; OS, overall survival, PFS, progression-free survival; QoL, quality of life; SOC, standard of care; TTFields, Tumor Treating Fields.

 

PRESENTED BY:
Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

Scan for presentation slides

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Baseline Demographics and Characteristics

| | TTFields + SOC (n=137) | SOC (n=139) | Overall (N=276) |
|---|---|---|---|
| Age, yr — median (range) | 63 (36–85) | 65 (22–86) | 64 (22–86) |
| Sex, male | 66% | 63% | 65% |
| **Race** | | | |
| White | 81% | 80% | 80% |
| Asian | 12% | 9% | 10% |
| Black or African American | 2% | 2% | 2% |
| Other/unknown | 5% | 8% | 6% |
| **Region** | | | |
| North America | 30% | 31% | 30% |
| W. Europe and Israel | 31% | 30% | 30% |
| Eastern Europe | 30% | 31% | 30% |
| East Asia | 10% | 9% | 9% |
| **ECOG PS** | | | |
| 0 | 28% | 29% | 28% |
| 1 | 68% | 68% | 68% |
| 2 | 4% | 3% | 4% |
| **Smoking history*** | | | |
| Current or former | 85% | 83% | 84% |
| Never | 15% | 17% | 16% |

Baseline demographics were similar across both arms of the study

*Percentages rounded to nearest integer; totals may not equal 100%*

*Missing data from 1 patient in the TTFields + DTX group.
DTX, docetaxel; ECOG PS, Eastern Cooperative Oncology Group performance status; ICI, immune checkpoint inhibitor; SOC, standard of care; TTFields, Tumor Treating Fields.

 PRESENTED BY: Ticiana Leal, MD, Winship Cancer Institute - Emory University
Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

Scan for presentation slides

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Baseline Disease Characteristics

9

|  | TTFields + SOC (n=137) | SOC (n=139) | Overall (N=276) |
|---|---|---|---|
| **Histology** | | | |
| Non-squamous/squamous | 58%/42% | 55%/45% | 56%/44% |
| **PD-L1** | | | |
| <1% | 17% | 17% | 17% |
| 1–49% | 27% | 29% | 28% |
| ≥50% | 7% | 13% | 10% |
| Unknown* | 49% | 42% | 45% |
| **Prior lines of systemic therapy**** | | | |
| 1 | 89% | 89% | 89% |
| 2+ | 11% | 10% | 11% |
| **Prior ICI** | 31% | 31% | 31% |
| **Best response to any prior therapy** | | | |
| Complete response | 6% | 4% | 5% |
| Partial response | 23% | 26% | 25% |
| Stable disease | 34% | 32% | 33% |
| Progressive disease | 21% | 26% | 24% |
| Unknown | 15% | 13% | 14% |
| **Liver metastasis†** | 15% | 16% | 16% |
| **CNS metastasis‡** | 0 | 1% | 1% |

- Available PD-L1 data showed no differences between arms

- 58% of patients in the TTFields + docetaxel subgroup received a prior ICI vs 2% in the TTFields + ICI subgroup

*Percentages rounded to nearest integer; totals may not equal 100%*

*PD-L1 status reporting was optional and was available for 83% of patients in the United States; **Missing data for 1 patient in the ICI group. †1 patient had liver and CNS metastasis. ‡Patients with CNS metastases were excluded under the original study design; later amended to allow stable CNS metastases.

CNS, central nervous system; ICI, immune checkpoint inhibitor; PD-L1, programmed cell death ligand 1; SOC, standard of care; TTFields, Tumor Treating Fields.

 PRESENTED BY: Ticiana Leal, MD, Winship Cancer Institute - Emory University
Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

Scan for presentation slides

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Overall Survival in the ITT Population



Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Overall Survival in ICI-Treated Patients



CI, confidence interval; HR, hazard ratio; ICI, immune checkpoint inhibitor; OS, overall survival; TTFields, Tumor Treating Fields.

2023 ASCO ANNUAL MEETING    #ASCO23    PRESENTED BY: Ticiana Leal, MD, Winship Cancer Institute - Emory University
Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

Scan for presentation slides

ASCO AMERICAN SOCIETY OF CLINICAL ONCOLOGY
KNOWLEDGE CONQUERS CANCER

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Overall Survival in DTX-Treated Patients

| | TTFields + DTX (n=71) | DTX (n=71) |
|---|---|---|
| Median OS (95% CI), months | 11.1 (8.2–14.1) | 8.7 (6.3–11.3) |
| 1-year survival (95% CI) | 46% (33–57) | 38% (27–49) |
| 3-year survival (95% CI) | 9% (3–20) | 5% (0–18) |

HR (95% CI): 0.81 (0.55–1.19)
P=0.28

**No. at Risk:**

| | 0 | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 | 54 |
|---|---|---|---|---|---|---|---|---|---|---|
| TTFields + DTX | 71 | 50 | 27 | 12 | 6 | 4 | 3 | 3 | 3 | 2 |
| DTX | 71 | 47 | 25 | 11 | 5 | 1 | 0 | 0 | 0 | 0 |

CI, confidence interval; DTX, docetaxel; HR, hazard ratio; OS, overall survival; TTFields, Tumor Treating Fields.



PRESENTED BY: Ticiana Leal, MD, Winship Cancer Institute - Emory University
Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

Scan for presentation slides



Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Overall Survival by Histology Subgroups

## Non-squamous

| | TTFields + SOC (n=79) | SOC (n=77) |
|---|---|---|
| Median OS (95% CI), months | 12.6 (8.8–19.8) | 9.9 (6.9–16.4) |

## Squamous

| | TTFields + SOC (n=58) | SOC (n=62) |
|---|---|---|
| Median OS (95% CI), months | 13.9 (9.7–17.1) | 10.1 (8.3–14.3) |



HR (95% CI): 0.80 (0.54–1.16)
*P*=0.28

**No. at Risk**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TTFields + SOC | 79 | 57 | 34 | 21 | 11 | 7 | 4 | 4 | 3 | 2 |
| SOC | 77 | 50 | 31 | 19 | 12 | 6 | 2 | 0 | 0 | 0 |



HR (95% CI): 0.67 (0.44–1.01)
*P*=0.05

**No. at Risk**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TTFields + SOC | 58 | 43 | 28 | 15 | 11 | 9 | 7 | 5 | 2 | 1 |
| SOC | 62 | 46 | 23 | 13 | 4 | 1 | 1 | 0 | 0 | 0 |

CI, confidence interval; HR, hazard ratio; OS, overall survival; SOC, standard of care; TTFields, Tumor Treating Fields.

 PRESENTED BY: Ticiana Leal, MD, Winship Cancer Institute - Emory University
Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

Scan for presentation slides

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Progression-free Survival in the ITT Population




| | TTFields + SOC (n=137) | SOC (n=139) |
|---|---|---|
| Median PFS (95% CI), months | 4.8 (4.1–5.7) | 4.1 (3.1–4.6) |

HR (95% CI): 0.85 (0.67–1.11)
*P*=0.23

No. at risk:

| | | | | |
|---|---|---|---|---|
| TTFields + SOC | 137 | 44 | 17 | 9 |
| SOC | 139 | 40 | 21 | 9 |

PFS was defined as the time from date of randomization until date of disease progression, or death by any cause.
CI, confidence interval; HR, hazard ratio; ITT, intent-to-treat; PFS, progression-free survival; SOC, standard of care; TTFields, Tumor Treating Fields.




PRESENTED BY: Ticiana Leal, MD, Winship Cancer Institute - Emory University
Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

Scan for presentation slides

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Response Rates in the ITT Population

| | TTFields + SOC (n=137) | SOC (n=139) |
|---|---|---|
| **Patients with a follow-up scan** | n=122 | n=127 |
| **ORR, % (95% CI)** | 20% (14–28) | 17% (11–25) |
| **Difference in ORR, % (95% CI)** | 3% (-8.5–15.0) P=0.5 | |
| **Best overall response, %** | | |
| Complete response | 3% | 1% |
| Partial response | 18% | 17% |
| Stable disease | 49% | 47% |
| Progressive disease | 18% | 26% |
| Not evaluable | 2% | 1% |

- All 5 complete responses occurred in patients receiving an ICI
  - 4 with TTFields therapy
  - 1 with ICI alone
- Analysis of patterns of progression (infield* vs outfield) is ongoing

*Infield=thorax and upper abdomen

CI, confidence interval; ICI, immune checkpoint inhibitor; ITT, intent-to-treat; ORR, overall response rate; SOC, standard of care; TTFields, Tumor Treating Fields.

  PRESENTED BY: Ticiana Leal, MD, Winship Cancer Institute - Emory University
Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.



Scan for presentation slides

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Safety and Tolerability

| | TTFields + SOC (n=133) | | SOC (n=134) | |
|---|---|---|---|---|
| | All grades | Grade ≥3 | All grades | Grade ≥3 |
| Any AE* | 97% | 59% | 91% | 56% |
| Most frequent AEs | | | | |
| Dermatitis | 43% | 2% | 2% | 0% |
| Fatigue | 28% | 4% | 37% | 8% |
| Musculoskeletal pain | 36% | 3% | 27% | 4% |
| Dyspnea | 20% | 7% | 25% | 3% |
| Anemia | 23% | 8% | 22% | 8% |
| Diarrhea | 19% | 2% | 19% | 0% |
| Cough | 18% | 0% | 19% | 1% |
| Nausea | 19% | 0% | 16% | 1% |
| Leukopenia | 17% | 14% | 18% | 14% |
| Pneumonia | 15% | 11% | 17% | 11% |
| Alopecia | 10% | 0% | 17% | 1% |
| Respiratory tract infection | 15% | 3% | 16% | 0% |
| Localized edema | 15% | 1% | 16% | 2% |
| Any serious AE | 53% | | 38% | |
| Any AE leading to discontinuation | 36% | | 20% | |
| Any AE leading to death | 10% | | 8% | |

- Majority of patients (94%) had ≥1 AE
- Comparable incidence of grade ≥3 AEs between arms
- No difference in rate of pneumonitis or other immune-related AEs
- No notable differences in HRQoL when TTFields therapy was added to SOC (detailed analysis ongoing)

*Any AE; not necessarily related to treatment.
AE, adverse event; SOC, standard of care; HRQoL. Health-related quality of life; TTFields, Tumor Treating Fields.

 

PRESENTED BY: Ticiana Leal, MD, Winship Cancer Institute - Emory University
Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

Scan for presentation slides

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# TTFields Adverse Device Effects (ADEs)

| Preferred term | TTFields + ICI (n=67) | TTFields + DTX (n=66) |
|---|---|---|
| Any ADE* | 73.1% | 69.7% |
| ADEs grade ≥3 | 4.5% | 7.6% |
| Dermatitis | 1.5% | 3.0% |
| Pruritus | 0 | 1.5% |
| Skin ulcer | 0 | 1.5% |
| Pain | 1.5% | 0% |
| Skin infection | 0 | 1.5% |
| Bronchopleural fistula | 1.5% | 0% |
| Serious ADEs | 1.5% | 4.5% |
| Dermatitis | 0 | 3.0% |
| Skin ulcer | 0 | 1.5% |
| Skin infection | 0 | 1.5% |
| Bronchopleural fistula | 1.5% | 0 |
| ADEs leading to device discontinuation | 11.9% | 16.7% |
| Dermatitis | 6.0% | 7.6% |
| Skin ulcer | 3.0% | 3.0% |
| Rash | 0 | 3.0% |
| Pain | 1.5% | 1.5% |
| Maculopapular rash | 0 | 1.5% |
| Skin infection | 0 | 1.5% |
| Bronchopleural fistula | 1.5% | 0 |
| ADEs leading to death | 0 | 0 |

*Adverse event deemed related to device use.
DTX, docetaxel; ICI, immune checkpoint inhibitor; ADE, adverse device effect; TTFields, Tumor Treating Fields.

- Median device usage was 15 weeks with ICI; 13 weeks with DTX

- Most device-related effects were grade 1–2 dermatitis

- Dermatitis resolved in 87% of cases; median duration was 3 weeks

- No grade 4 toxicities and no deaths were attributable to TTFields therapy





PRESENTED BY: Ticiana Leal, MD, Winship Cancer Institute - Emory University
Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

Scan for presentation slides





Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Conclusions

- Pivotal, phase 3 LUNAR study met its primary endpoint

- TTFields therapy with SOC provided a statistically significant and clinically meaningful 3-month improvement in median OS vs SOC (HR: 0.74, $P$=0.035) with no added systemic toxicities

  - Statistically significant ~8-month increase in median OS (from 10.8 to 18.5 months) was demonstrated with TTFields therapy and an ICI (HR: 0.63, $P$=0.030)

  - There was a 2.4-month difference in median OS (from 8.7 to 11.1) for TTFields therapy and docetaxel vs docetaxel alone (HR: 0.81, $P$=0.28)

- TTFields therapy should be considered part of SOC for metastatic NSCLC following progression on or after platinum-based therapy

- Additional studies evaluating TTFields therapy with current SOC for first-line metastatic and locally advanced NSCLC are underway

- TTFields therapy is a potentially paradigm shifting new treatment modality

HR, hazard ratio; ICI, immune checkpoint inhibitor; NSCLC, non-small cell lung cancer; OS, overall survival; SOC, standard of care; TTFields; Tumor Treating Fields.

 

PRESENTED BY: Ticiana Leal, MD, Winship Cancer Institute - Emory University
Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

Scan for presentation slides

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Acknowledgements

## Special thank you to all participating patients, their families, and clinical research teams for your commitment and contributions

### Thank you to all participating sites around the world:

**Austria**: Medical University Salzburg; **Belgium**: Institut Jules Bordet, Hospital AZ Sint Maarten; **Canada**: McGill University Health Centre, Universitaire de Sherbrooke (CIUSSS de l'Estrie - CHUS), Allan Blair Cancer Centre; **Czech Republic**: Thomayer Hospital, General University Hospital in Prague, Vitkovice Hospital; **China**: Beijing Cancer Hospital, Sun Yat-sen University Cancer Center (SYSUCC), Affiliated Cancer Hospital and Institute of Guangzhou Medical University, Henan Provincial People's Hospital, Henan Cancer Hospital, PKUCare Luzhong Hospital, Zhejiang Cancer Hospital, Sir Run Run Shaw Hospital, Zhejiang University School of Medicine; **France**: Institut Bergonié, Institut de Cancérologie du Gard, Hôpital Saint-Louis; **Hong Kong**: Queen Mary Hospital; **Hungary**: Tolna County Hospital, Jasz-Nagykun-Szolnok County Hospital; **Italy**: IRCCS – Istituto Scientifico Romagnolo per lo Studio e la Cura dei Tumori (IRST), Ospedale S.Maria delle Croci; **Netherlands**: St Jansdal Ziekenhuis, Erasmus MC; **Poland**: Non-Invasive Medicine Center, Center of Modern Therapy, Medical University of Lublin, University Hospital in Poznań; **Serbia**: Clinical Hospital Center, Bezanijska Kosa, Clinical Center Kragujevac; **Spain**: Hospital Quirón Teknon, Hospital Universitario Arnau de Vilanova, Hospital Universitario Gregorio Marañón, Hospital Universitario 12 de Octubre, Hospital Regional Universitario Carlos Haya, Hospital Universitari i Politécnic La Fe; **Switzerland**: KS Winterthur; **United States**: Central Alabama Research, Ironwood Cancer & Research Centers, St. Joseph Hospital and Medical Center, Beverly Hills Cancer Center, Compassionate Cancer Care, California Cancer Associates for Research and Excellence, Inc (cCARE), St. Joseph Heritage Healthcare, Long Beach Memorial Medical Center, Sutter Medical Group, Mercy Cancer Center, Emad Ibrahim, MD, Inc, The Oncology Institute of Hope & Innovation, McKee Medical Center, Associated Neurologists of Southern Connecticut, MedStar Washington Hospital Center, GenesisCare, Miami Cancer Institute, Mount Sinai Comprehensive Cancer Center, AdventHealth Neuro Oncology, UF Health Cancer Center at Orlando Health, South Florida Oncology & Hematology Consultants LLC, The University of Kansas Cancer Center, University of Louisville, Norton Cancer Institute, University of Illinois Hospital, Illinois CancerCare PC, Southern Illinois University School of Medicine, Franciscan Health Indianapolis, University Medical Center, Tulane Cancer Center, CHRISTUS Highland Cancer Treatment Center, Tufts Medical Center, Beth Israel Deaconess Medical Center, Central Maine Medical Center, University of Maryland, St. Joseph Mercy Hospital, Karmanos Cancer Institute, Clinical Oncology Associates, Memorial Healthcare, Regions Cancer Care Center, Saint Luke's Hospital, Washington University School of Medicine, Oncology Specialists of Charlotte, WG "Bill" Hefner VA Medical Center, Piedmont Radiation Oncology PA, Nebraska Medical Center, Oncology Hematology West, PC dba Nebraska Cancer Specialists, CHI Health Creighton University Medical Center - Bergan Mercy, New Jersey Hematology Oncology Associates, Presbyterian Cancer Care at Kaseman, OptumCare Cancer Center, Renown Regional Medical Center, Northern Westchester Hospital, New York Presbyterian/Queens Center for Research and Education, Stony Brook Cancer Center, Summa Health System, Toledo Clinic Cancer Center, Vita Medical Associates, PC, Geisinger Medical Center, University of Tennessee/Erlanger Oncology and Hematology, Texas Oncology – Amarillo, Texas Oncology – Arlington North, Christus Spohn Cancer Center, VA North Texas Health Care System, Texas Oncology – Baylor Charles A Sammons Cancer Center, UT Southwestern Medical Center, Oncology Consultants, PA, Texas Oncology – McKinney, Texas Oncology – Paris, Texas Oncology – Plano West, Texas Oncology – Waco, McClinton Cancer Center, University of Utah, Overlake Hospital Medical Center, University of Wisconsin

### This study was sponsored by Novocure

Statistical analysis performed by Gitit Lavy-Shahaf, PhD (Novocure)

Editorial assistance from Chelsea Higgins, PhD (Novocure), Rose Goodchild, PhD and Melissa Purves, CMPP, PhD (Prime); Editorial support funded by Novocure

  PRESENTED BY: Ticiana Leal, MD, Winship Cancer Institute - Emory University
Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

Scan for presentation slides

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Baseline Demographics and Characteristics

Baseline demographics were similar across all subgroups

| | TTFields + SOC (n=137) | SOC (n=139) | TTFields + ICI (n=66) | ICI (n=68) | TTFields + DTX (n=71) | DTX (n=71) |
|---|---|---|---|---|---|---|
| **Age, yr — median (range)** | 63 (36–85) | 65 (22–86) | 64 (36–85) | 65 (23–86) | 63 (43–81) | 65 (22–81) |
| **Sex, male** | 66% | 63% | 67% | 66% | 66% | 59% |
| **Race** | | | | | | |
| White | 81% | 80% | 82% | 78% | 80% | 82% |
| Asian | 12% | 9% | 11% | 7% | 13% | 10% |
| Black or African American | 2% | 2% | 2% | 3% | 3% | 1% |
| Other/unknown | 5% | 8% | 6% | 12% | 4% | 7% |
| **Region** | | | | | | |
| North America | 30% | 31% | 21% | 25% | 38% | 37% |
| W. Europe and Israel | 31% | 30% | 38% | 35% | 24% | 24% |
| Eastern Europe | 30% | 31% | 32% | 32% | 28% | 30% |
| East Asia | 10% | 9% | 9% | 7% | 10% | 10% |
| **ECOG PS\*** | | | | | | |
| 0 | 28% | 29% | 30% | 32% | 25% | 25% |
| 1 | 68% | 68% | 67% | 68% | 69% | 69% |
| 2 | 4% | 3% | 3% | 0 | 6% | 6% |
| **Smoking history†** | | | | | | |
| Current or former | 85% | 83% | 85% | 82% | 85% | 84% |
| Never | 15% | 17% | 15% | 18% | 14% | 16% |

*Percentages rounded to nearest integer; totals may not equal 100%*

\*2 patients had ECOG PS defined at the first follow up visit in the TTFields + ICI group. †Missing data from 1 patient in the TTFields + DTX group.
DTX, docetaxel; ECOG PS, Eastern Cooperative Oncology Group performance status; ICI, immune checkpoint inhibitor; SOC, standard of care; TTFields, Tumor Treating Fields.

 
PRESENTED BY: Ticiana Leal, MD, Winship Cancer Institute - Emory University
Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

Scan for presentation slides

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# Baseline Disease Characteristics

| | TTFields + SOC (n=137) | SOC (n=139) | TTFields + ICI (n=66) | ICI (n=68) | TTFields + DTX (n=71) | DTX (n=71) |
|---|---|---|---|---|---|---|
| **Histology** | | | | | | |
| Non-squamous/squamous | 58%/42% | 55%/45% | 56%/44% | 54%/46% | 59%/41% | 56%/44% |
| **PD-L1** | | | | | | |
| <1% | 17% | 17% | 18% | 24% | 16% | 10% |
| 1–49% | 27% | 29% | 26% | 27% | 28% | 31% |
| ≥50% | 7% | 13% | 8% | 12% | 7% | 14% |
| Unknown* | 49% | 42% | 49% | 38% | 49% | 45% |
| **Prior lines of systemic therapy** ** | | | | | | |
| 1 | 89% | 89% | 97% | 94% | 82% | 85% |
| 2+ | 11% | 10% | 3% | 4% | 18% | 15% |
| **Prior ICI** | 31% | 31% | 2% | 3% | 58% | 58% |
| **Best response to any prior therapy** | | | | | | |
| Complete response | 6% | 4% | 6% | 4% | 6% | 3% |
| Partial response | 23% | 26% | 29% | 19% | 18% | 32% |
| Stable disease | 34% | 32% | 38% | 31% | 31% | 32% |
| Progressive disease | 21% | 26% | 15% | 29% | 27% | 23% |
| Unknown | 15% | 13% | 12% | 16% | 18% | 10% |
| **Liver metastasis†** | 15% | 16% | 14% | 12% | 17% | 20% |
| **CNS metastasis‡** | 0 | 1% | 0 | 0 | 0 | 3% |

*Percentages rounded to nearest integer; totals may not equal 100%*

*PD-L1 status reporting was optional and was available for 83% of patients in the United States; **Missing data for 1 patient in the ICI group. †One patient had liver and CNS metastasis. ‡Patients with CNS metastases were excluded under the original study design; later amended to allow stable CNS metastases.

CNS, central nervous system; DTX, docetaxel; ICI, immune checkpoint inhibitor; PD-L1, Programmed Cell Death Ligand 1; SOC, standard of care; TTFields, Tumor Treating Fields.

  PRESENTED BY: Ticiana Leal, MD, Winship Cancer Institute - Emory University
Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

Scan for presentation slides

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.

# TTFields Therapy in the Clinic and Daily Life

- The patient is prescribed TTFields therapy by the treating oncologist

- Novocure team generates a recommended personalized array layout based on disease burden and torso size to maximize field intensity at the tumor location

- TTFields system delivered directly to patient's home by device support technician

- Training and 24/7 telephone support for system provided to patient and caregivers by device support technician

- Arrays changed at home by patient/caregiver every 3–4 days

- Treating oncologist continues to provide all standard medical therapy/patient care during TTFields therapy



TTFields Therapy in Daily Life




Images show actors. Used with permission from Novocure GmbH.
TTFields, Tumor Treating Fields.

2023 ASCO ANNUAL MEETING  #ASCO23

PRESENTED BY: Ticiana Leal, MD, Winship Cancer Institute - Emory University
Presentation is property of the author and ASCO. Permission required for reuse; contact permissions@asco.org.

Scan for presentation slides

ASCO® AMERICAN SOCIETY OF CLINICAL ONCOLOGY
KNOWLEDGE CONQUERS CANCER

Content of this presentation is the property of the author, licensed by ASCO. Permission required for reuse.