# Exhibit 13



# ClinicalTrials.gov

Go to the classic website



ACTIVE, NOT RECRUITING  ⓘ

# Effect of Tumor Treating Fields (TTFields) (150 kHz) Concurrent With Standard of Care Therapies for Treatment of Stage 4 Non-small Cell Lung Cancer (NSCLC) Following Platinum Failure (LUNAR)

**ClinicalTrials.gov ID** ⓘ   NCT02973789

**Sponsor** ⓘ   NovoCure GmbH

**Information provided by** ⓘ   NovoCure Ltd. (NovoCure GmbH) (Responsible Party)

**Last Update Posted** ⓘ   2023-09-28

# Study Details Tab

## Study Overview

### Brief Summary

The study is a prospective, randomized controlled phase III trial aimed to test the efficacy and safety of TTFields, using the NovoTTF-200T device, concurrent with standard therapies for stage 4 NSCLC patients, following progression while on or after platinum based treatment. The device is an experimental, portable, battery operated device for chronic administration of alternating electric fields (termed TTFields or TTF) to the region of the malignant tumor, by means of surface, insulated electrode arrays.

### Detailed Description

PAST PRE-CLINICAL AND CLINICAL EXPERIENCE:

The effect of the electric fields (TTFields, TTF) has demonstrated significant activity in in vitro and in vivo NSCLC pre-clinical models both as a single modality treatment and in combination with



chemotherapies and PD-1 inhibitors. TTFields have been demonstrated to act synergistically with taxanes and have been shown to be additive when combined with PD-1 inhibitors. In addition, TTFields have shown to inhibit metastatic spread of malignant melanoma in in vivo experiment.

In a pilot study, 42 patients with advanced NSCLC who had had tumor progression after at least one line of prior chemotherapy, received pemetrexed together with TTFields (150 kHz) applied to the chest and upper abdomen until disease progression (Pless M., et al., Lung Cancer 2011). The combination was well tolerated and the only device-related adverse event was mild to moderate contact dermatitis. Efficacy endpoints were remarkably high compared to historical data for pemetrexed alone.

In addition, a phase III trial of Optune® (200 kHz) as monotherapy compared to active chemotherapy in recurrent glioblastoma patients showed TTFields to be equivalent to active chemotherapy in extending survival, associated with minimal toxicity, good quality of life, and activity within the brain (14% response rate) (Stupp R., et al., EJC 2012). Finally, a phase III trial of Optune® combined with maintenance temozolomide compared to maintenance temozolomide alone has shown that combined therapy led to a significant improvement in both progression free survival and overall survival in patients with newly diagnosed glioblastoma without the addition of high grade toxicity and without decline in quality of life (Stupp R., et al., JAMA 2015).

DESCRIPTION OF THE TRIAL:

All patients included in this trial are patients with squamous or non-squamous, stage 4 NSCLC who had disease progression on or after receiving platinum based chemotherapy. In addition, all patients must meet all eligibility criteria.

Eligible patients will be randomly assigned to one of two groups:

Patients receive docetaxel or immune checkpoint inhibitor in combination with TTFields using the NovoTTF-100L System.

Patients receive docetaxel or immune checkpoint inhibitor without TTFields. Patients will be randomized at a 1:1 ratio. Baseline tests will be performed in patients enrolled in both arms. If assigned to the NovoTTF-100L group, the patients will be treated continuously with the device until disease progression in the thorax and/or liver according to RECIST or irRECIST (Immune-Related Response Evaluation Criteria In Solid Tumors) (depending if the patient is receiving docetaxel or immune checkpoint inhibitor, respectively).

On both arms, patients who have disease progression according to RECIST or irRECIST (depending if the patient is receiving docetaxel or immune checkpoint inhibitor, respectively) will switch to a third line treatment according to local practice.

SCIENTIFIC BACKGROUND:

Electric fields exert forces on electric charges similar to the way a magnet exerts forces on metallic particles within a magnetic field. These forces cause movement and rotation of electrically charged biological building blocks, much like the alignment of metallic particles seen along the lines of force radiating outwards from a magnet.

Electric fields can also cause muscles to twitch and if strong enough may heat tissues. TTFields are alternating electric fields of low intensity. This means that they change their direction repetitively many

3/1/24, 1:55 PM        Study Details: Tumor Treating Fields (TTFields, 150 kHz) Concurrent With Standard of Care Therapies for Treatment of S…

Case 1:23-cv-05146-GHW   Document 55-18   Filed 03/04/24   Page 4 of 16

times a second. Since they change direction very rapidly (150 thousand times a second), they do not cause muscles to twitch, nor do they have any effects on other electrically activated tissues in the body (brain, nerves and heart). Since the intensities of TTFields in the body are very low, they do not cause heating.

The breakthrough finding made by Novocure was that finely tuned alternating fields of very low intensity, now termed TTFields (Tumor Treating Fields), cause a significant slowing in the growth of cancer cells. Due to the unique geometric shape of cancer cells when they are multiplying, TTFields cause electrically-charged cellular components of these cells to change their location within the dividing cell, disrupting their normal function and ultimately leading to cell death. In addition, cancer cells also contain miniature building blocks which act as tiny motors in moving essential parts of the cells from place to place. TTFields interfere with the normal orientation of these tiny motors related to other cellular components since they are electrically-charged as well. As a result of these two effects, tumor cell division is slowed, results in cellular death or reverses after continuous exposure to TTFields.

Other cells in the body (normal healthy tissues) are affected much less than cancer cells since they multiply at a much slower rate if at all. In addition TTFields can be directed to a certain part of the body, leaving sensitive areas out of their reach. Finally, the frequency of TTFields applied to each type of cancer is specific and may not damage normally dividing cells in healthy tissues.

In conclusion, TTFields hold the promise of serving as a brand new treatment for NSCLC with very few side effects.

**Official Title**

LUNAR: Pivotal, Randomized, Open-label Study of Tumor Treating Fields (TTFields) Concurrent With Standard of Care Therapies for Treatment of Stage 4 Non-small Cell Lung Cancer (NSCLC) Following Platinum Failure

**Conditions** ℹ️

Nonsmall Cell Lung Cancer        NSCLC

**Intervention / Treatment** ℹ️

- Device: NovoTTF-200T

- Drug: Immune checkpoint inhibitors or docetaxel

**Other Study ID Numbers** ℹ️

- EF-24

3/1/24, 1:55 PM    Study: Delay-Effect of Tumor Treating Fields (TTFields, 150 kHz) Concurrent With Standard of Care Therapies for Treatment of S…

Case 1:23-cv-05146-GHW   Document 65-18   Filed 03/04/24   Page 5 of 16

**Study Start** ⓘ

2016-12

**Primary Completion (Estimated)** ⓘ

2023-09

**Study Completion (Estimated)** ⓘ

2023-09

**Enrollment (Actual)** ⓘ

276

**Study Type** ⓘ

Interventional

**Phase** ⓘ

Phase 3

---

### Resource links provided by the National Library of Medicine

MedlinePlus Genetics (https://medlineplus.gov/genetics/) related topics: Lung cancer (https://medlineplus.gov/genetics/condition/lung-cancer)

MedlinePlus (https://medlineplus.gov/) related topics: Lung Cancer (https://medlineplus.gov/lungcancer.html)

Drug Information (https://dailymed.nlm.nih.gov/dailymed/) available for: Docetaxel (https://dailymed.nlm.nih.gov/dailymed/search.cfm?labeltype=human&query=Docetaxel)

Other U.S. FDA Resources (https://classic.clinicaltrials.gov/ct2/info/fdalinks)

---

## Contacts and Locations

This section provides the contact details for those conducting the study, and information on where this study is being conducted.

Case 1:23-cv-05146-GHW Document 65-18 Filed 03/04/24 Page 6 of 16

## United States

### Alabama Locations

📍 **Birmingham, Alabama, United States, 35209**
Central Alabama Research

### Arizona Locations

📍 **Chandler, Arizona, United States, 85224**
Ironwood Cancer & Research Center

📍 **Phoenix, Arizona, United States, 85004**
Cancer Center at St. Joseph Hospital and

Click to view interactive map

## Participation Criteria

Researchers look for people who fit a certain description, called eligibility criteria. Some examples of these criteria are a person's general health condition or prior treatments.

For general information about clinical research, read Learn About Studies (https://www.clinicaltrials.gov/study-basics/learn-about-studies).

## Eligibility Criteria

**Description**

___

Inclusion Criteria:

1. 22 years of age and older (some regional variations to inclusion age exist)
2. Life expectancy of ≥ 3 months
3. Histological diagnosis of squamous or non-squamous, inoperable, metastatic NSCLC
4. Diagnosis of radiological progression while on or after first platinum-based systemic therapy administered for advanced or metastatic disease.

    1. Patients who received adjuvant or neoadjuvant platinum-based chemotherapy (after surgery and/or radiation therapy) and developed metastatic disease within 6 months of completing therapy are eligible.
    2. Patients with metastatic disease more than 6 months after adjuvant or neoadjuvant platinum-based chemotherapy, who also subsequently progressed during or after a platinum- based regimen given to treat the advanced or metastatic disease, are eligible.
    3. Patients should not receive any systemic therapy after platinum failure before enrollment into the study. Maintenance therapy after platinum based therapy and prior to progression is allowed.

5. ECOG Score of 0-2
6. Assigned by the physician to receive either docetaxel or immune checkpoint inhibitor per standard of care regimen
7. Able to operate the NovoTTF-200T device independently or with the help of a caregiver
8. Signed informed consent for the study protocol

Exclusion Criteria:

1. Metastases to central nervous system (CNS) with clinical symptoms or evidence of new metastases to CNS during screening. Patients who previously received treatments for the metastases to CNS, are stable and meet the following requirements are allowed to be enrolled:

    1. The patients are neurologically returned to baseline (except for residual signs or symptoms related to CNS treatment).
    2. No treatment for the metastases to CNS during the screening period (e.g. surgery, radiotherapy, corticosteroid therapy- prednisone > 10 mg/day or equivalent).
    3. No progress in CNS lesions as indicated by MRI within 14 days prior to randomization.
    4. No meningeal metastasis or spinal cord compression.

2. Patients planned to receive immune checkpoint inhibitor with contra-indications to receive immunotherapy
3. Patients planned to receive docetaxel with contra-indications to receive docetaxel
4. Severe comorbidities:

Case 1:23-cv-05146-GHW  Document 65-18  Filed 03/04/24  Page 8 of 16

1. Clinically significant (as determined by the investigator) hematological, hepatic and renal dysfunction, defined as: Neutrophil count < 1.5 x 10^9/L and platelet count < 100 x 10^9/L; bilirubin > 1.5 x ULN; AST and/or ALT > 2.5 x ULN or > 5 x ULN if patient has documented liver metastases; and serum creatinine > 1.5 x ULN

2. History of significant cardiovascular disease unless the disease is well controlled. Significant cardiac disease includes second/third degree heart block; significant ischemic heart disease; poorly controlled hypertension; congestive heart failure of the New York Heart Association (NYHA) Class II or worse (slight limitation of physical activity; comfortable at rest, but ordinary activity results in fatigue, palpitation or dyspnea)

3. History of arrhythmia that is symptomatic or requires treatment. Patients with atrial fibrillation or flutter controlled by medication are not excluded from participation in the trial

4. History of pericarditis

5. History of interstitial lung disease

6. History of cerebrovascular accident (CVA) within 6 months prior to randomization or that is not stable

7. Active infection or serious underlying medical condition that would impair the ability of the patient to received protocol therapy

8. History of any psychiatric condition that might impair patient's ability to understand or comply with the requirements of the study or to provide consent

9. Any other malignancy requiring anti-tumor treatment in the past three years, excluding treated stage I prostate cancer, in situ cervical cancer, in situ breast cancer and non-melanomatous skin cancer

5. Concurrent treatment with other experimental treatments for NSCLC while on the study

6. Implantable electronic medical devices (e.g. pacemaker, defibrillator) in the upper torso

7. Known allergies to medical adhesives or hydrogel

8. Pregnancy or breast-feeding (patients with reproductive potential must use effective contraception methods throughout the entire study period, as determined by their investigator/gynecologist)

9. Admitted to an institution by administrative or court order

**Ages Eligible for Study**

22 Years and older (Adult,  Older Adult )

**Sexes Eligible for Study**

All

**Accepts Healthy Volunteers**

No

# Study Plan

This section provides details of the study plan, including how the study is designed and what the study is measuring.

| How is the study designed? |
| --- |

| What is the study measuring? |
| --- |

**Primary Outcome Measures** ⓘ

| Outcome Measure | Measure Description | Time Frame |
| --- | --- | --- |
| Overall survival of patients treated with TTFields + docetaxel or immune checkpoint inhibitors vs. docetaxel or immune checkpoint inhibitors alone (superiority analysis) | | 4 years |

**Secondary Outcome Measures** ⓘ

| Outcome Measure | Measure Description | Time Frame |
| --- | --- | --- |
| Overall survival of patients | | 4 years |

Case 1:23-cv-05146-GHW Document 65-13 Filed 03/04/24 Page 10 of 16

| | | |
|---|---|---|
| treated with TTFields + docetaxel vs. docetaxel alone (superiority analysis) | | |
| Overall survival of patients treated with TTFields + immune checkpoint inhibitors vs. immune checkpoint inhibitors alone (superiority) | | 4 years |
| Overall Survival of patients treated with TTFields + docetaxel Vs. immune checkpoint inhibitors alone (non-inferiority analysis) | | 4 years |
| Progression-free survival of patients treated with docetaxel or immune checkpoint inhibitors + | | 4 years |

| | | |
|---|---|---|
| TTFields vs. docetaxel or immune checkpoint inhibitors alone, based on RECIST Criteria | | |
| Overall radiological response rate (based on RECIST criteria) of patients treated with docetaxel or Immune checkpoint inhibitors + TTFields vs. docetaxel or immune checkpoint inhibitors alone. | | 4 years |
| Quality of life using the EORTC QLQ C30 questionnaire with LC13 addendum | | 4 years |
| Analyses of the effects of NovoTTF-200T | | 4 years |

Case 1:23-cv-05146-GHW Document 65-13 Filed 03/04/24 Page 12 of 16

| | | |
|---|---|---|
| with each type of immune checkpoint inhibitor on overall survival and progression free survival | | |
| Analysis of the effects of NovoTTF-200T on overall survival and progression free survival within each histological subgroup (squamous and non-squamous) | | 4 years |
| The effect of treatment compliance with NovoTTF-200T on overall survival and progression free survival outcomes | | 4 years |
| Adverse events, severity and frequency based on Common | | 4 years |

Case 1:23-cv-05146-GHW Document 65-13 Filed 03/04/24 Page 13 of 16

Terminology
Criteria for
Adverse Events
(CTCAE) V4.03

## Collaborators and Investigators

This is where you will find people and organizations involved with this study.

**Sponsor** ⓘ

**NovoCure GmbH**

**Collaborators** ⓘ

No information provided

**Investigators** ⓘ

No information provided

## Publications

The person responsible for entering information about the study voluntarily provides these publications. These may be about anything related to the study.

**General Publications**

- Kirson ED, Gurvich Z, Schneiderman R, Dekel E, Itzhaki A, Wasserman Y, Schatzberger R, Palti Y. Disruption of cancer cell replication by alternating electric fields. Cancer Res. 2004 May 1;64(9):3288-95. doi: 10.1158/0008-5472.can-04-0083. (https://pubmed.ncbi.nlm.nih.gov/15126372).

- Kirson ED, Dbaly V, Tovarys F, Vymazal J, Soustiel JF, Itzhaki A, Mordechovich D, Steinberg-Shapira S, Gurvich Z, Schneiderman R, Wasserman Y, Salzberg M, Ryffel B, Goldsher D, Dekel E, Palti Y. Alternating electric fields arrest cell proliferation in animal tumor models and human brain tumors. Proc Natl Acad Sci U S A. 2007 Jun 12;104(24):10152-7. doi: 10.1073/pnas.0702916104. Epub 2007 Jun 5. (https://pubmed.ncbi.nlm.nih.gov/17551011)

3/1/24, 1:55 PM
Study Details | Effect of Tumor Treating Fields (TTFields) (150 kHz) Concurrent With Standard of Care Therapies for Treatment of S…

Case 1:23-cv-05146-GHW    Document 65-13    Filed 03/04/24    Page 14 of 16

- Stupp R, Wong ET, Kanner AA, Steinberg D, Engelhard H, Heidecke V, Kirson ED, Taillibert S, Liebermann F, Dbaly V, Ram Z, Villano JL, Rainov N, Weinberg U, Schiff D, Kunschner L, Raizer J, Honnorat J, Sloan A, Malkin M, Landolfi JC, Payer F, Mehdorn M, Weil RJ, Pannullo SC, Westphal M, Smrcka M, Chin L, Kostron H, Hofer S, Bruce J, Cosgrove R, Paleologous N, Palti Y, Gutin PH. NovoTTF-100A versus physician's choice chemotherapy in recurrent glioblastoma: a randomised phase III trial of a novel treatment modality. Eur J Cancer. 2012 Sep;48(14):2192-202. doi: 10.1016/j.ejca.2012.04.011. Epub 2012 May 18.    (https://pubmed.ncbi.nlm.nih.gov/22608262)

- Pless M, Droege C, von Moos R, Salzberg M, Betticher D. A phase I/II trial of Tumor Treating Fields (TTFields) therapy in combination with pemetrexed for advanced non-small cell lung cancer. Lung Cancer. 2013 Sep;81(3):445-450. doi: 10.1016/j.lungcan.2013.06.025. Epub 2013 Jul 23.    (https://pubmed.ncbi.nlm.nih.gov/23891283)

- Kirson ED, Giladi M, Gurvich Z, Itzhaki A, Mordechovich D, Schneiderman RS,    (https://pub

**\* Find Publications about Study Results and related Pubmed Publications in the "Results" section of the study record.**

## Study Record Dates

These dates track the progress of study record and summary results submissions to ClinicalTrials.gov. Study records and reported results are reviewed by the National Library of Medicine (NLM) to make sure they meet specific quality control standards before being posted on the public website.

### Study Registration Dates

**First Submitted** ⓘ
2016-11-22

**First Submitted that Met QC Criteria** ⓘ
2016-11-22

**First Posted (Estimated)** ⓘ
2016-11-25

### Study Record Updates

**Last Update Submitted that met QC Criteria** ⓘ
2023-09-26

**Last Update Posted** ⓘ

2023-09-28

**Last Verified** ⓘ

2023-09

# More Information

## Terms related to this study

**Keywords Provided by NovoCure Ltd. (NovoCure GmbH)**

Non-Small Cell Lung Cancer

NSCLC

Treatment

Minimal Toxicity

TTFields

TTF

Tumor Treating Fields

Novocure

Docetaxel

PD-1 inhibitor

PD-L1 inhibitor

Immune checkpoint inhibitor

**Additional Relevant MeSH Terms**

Respiratory Tract Neoplasms

Thoracic Neoplasms

Neoplasms by Site

Neoplasms

Lung Diseases

Respiratory Tract Diseases

Carcinoma, Bronchogenic

Bronchial Neoplasms

Lung Neoplasms

Carcinoma, Non-Small-Cell Lung

Antineoplastic Agents

Tubulin Modulators

Antimitotic Agents

Mitosis Modulators

Case 1:23-cv-05146-GHW Document 65-13 Filed 03/04/24 Page 16 of 16

Molecular Mechanisms of Pharmacological Action

Antineoplastic Agents, Immunological

Docetaxel

Immune Checkpoint Inhibitors

## Plan for Individual Participant Data (IPD)

**Plan to Share Individual Participant Data (IPD)?**

Undecided

## Drug and device information, study documents, and helpful links

**Studies a U.S. FDA-Regulated Drug Product**

No

**Studies a U.S. FDA-Regulated Device Product**

Yes

**Unapproved/Uncleared Device**

Yes

**Study Documents** ⓘ

No study documents available