# Exhibit 16

# Evercore ISI

**Flash Note**                                    **Health Care | Medical Supplies & Devices**

**January 17, 2023**

**NovoCure Limited**
NVCR | $93.99
**Underperform | Target Price/Base Case: $42.00**
**Commentary**

**Vijay Kumar**
212-653-9033
Vijay.Kumar@EvercoreISI.com
**Jordan Adler**
646-784-7769
jordan.adler@evercoreisi.com

**Kevin Joaquin**
212-446-9493
kevin.joaquin@evercoreisi.com
**Alexandra Higashi-Howard**
(929) 334-5572
alexandra.howard@evercoreisi.com

## LUNAR trial case study & conclusions; Webinar at 12 noon ET

NVCR shares were up ~60% upon the company's announcement of its 2L NSCLC LUNAR trial having hit primary efficacy end point (*of median overall survival or mOS*). Since then, shares have given back ~half the gains as the Bull vs Bear debate rages on.

We conducted a case study to get physician perspective on the trial… tried to present the case facts in an unbiased manner (*click below for case study design*). 8 oncologists (*1 Rad Onc, 1 Community Oncologist and 6 Academic Oncologists*) responded to a series of questions we asked.

Please join us for a webinar today at 12 noon ET to go through the responses, numerous investor feedback we have gotten and company's response to some of the questions.

**Overall conclusion**: It is impossible for us to draw a conclusion on efficacy without knowledge of PD1 status. The Bull vs Bear chasm is too wide to bridge, and this battle will be decided by the FDA and its views on trial changes, and the fact that patients were not randomized based on PD1/mutation profile. The labeling will also be interesting as the trial was run in chemo failure patients, and most patients in US are now given IO drugs as 1st line (*meaning there are no chemo failure 2nd line patients*). Our case study pointed to penetration of ~10%, which would imply ~$5 of value per share…as against this, the Bulls clearly have high expectations, which is hard for us to justify based on what we know.

**Please see the analyst certification and important disclosures on page 48 of this report.** Evercore ISI and affiliates do and seek to do business with companies covered in its research reports. Investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
© 2023. Evercore Group L.L.C. All rights reserved.

# EVERCORE ISI

**Medical Supplies & Devices**
*January 2023*

# NVCR – Diving into the LUNAR trial debate

**Vijay "Doc" Kumar**
Kevin Joaquin
Alexandra Higashi-Howard
Jordan Adler

*See the last page of this report for an important disclosure regarding the stocks and this report.*

# Table of Contents

I. Context: NVCR shares up on LUNAR headline efficacy…but shares have been volatile

II. Background: Why are Bulls optimistic about TTFs working in all solid cancers?

III. LUNAR study design & case study

IV. Case Study responses

V. What can explain the superiority vs IO? Synergistic effect with IO

VI. Other questions from Investors

VII. Other tidbits from company / responses to investor questions

VIII. Our Views & Conclusions

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

# I. Context: NVCR shares up on LUNAR headline efficacy…but shares have been volatile

## NVCR announced that LUNAR trial met primary efficacy end pt on Jan 5



NVCR was up +70% on the day of announcement…since then shares have given up ~half the gains as the debate continues on what the results mean

*Source: FactSet*

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

## But this isn't the first time we have seen this volatility on LUNAR



In April 2021, the DMC recommended reducing sample size & cutting short follow up period. We saw a similar +50% move, only to give it all back

*Source: FactSet*

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

## Interim language around Control Arm patients was seen as positive

"The DMC also stated that it is likely **unnecessary** and **possibly unethical** for patients randomized to the control arm to continue accrual to 534 patients with 18 months follow-up. The DMC recommended a reduced sample size of approximately 276 patients with 12 months follow-up which it believes will provide sufficient overall power for both primary and secondary endpoints."

NVCR press release – April 13, 2021

The Bulls pointed to DMC as specifically calling out that it was unethical for Control Arm patients to continue as a sign that TTFs work…and work incredibly well for them to use such strong language

*Source: FactSet*

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

Evercore ISI

## Bullish scenario… $2.5bn oppty for TTF in NSCLC?

| | |
|---|---|
| 2nd line NSCLC pool (*as per NVCR*) | 46,000 |
| Peak penetration | 50.0% |
| Potential peak patients on therapy | 23,000 |
| | |
| Cost of therapy per month | $13,000 |
| Duration of therapy | 8 months |
| Rev per patient | $104,000 |
| | |
| **Peak NSCLC rev oppty (*in MM USD*)** | **$2,392** |
| *EV at 3x EV/Revs (peak revs in 2035)* | *$7,176* |
| *Current EV (discounted back at 9% WACC)* | *2,551* |

NVCR shares have added ~2.5 Bn to market cap since the Jan 5th announcement…implying that the mkt is pricing in a peak rev of ~2.4 Bn by 2035, applying a ~3x rev multiple and discounted back at ~9% WACC

*Source: EVRISI*

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

# NVCR is working on multiple trials

**Potentially applicable to all solid cancers…**



Approvals in GBM, mesothelioma & positive LUNAR results, imply the pipeline is derisked. Bulls argue that the current ~10Bn mkt cap isn't pricing in pipeline oppty

*Source: Company Data*

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

# II. Background: Why are Bulls optimistic about TTFs working in all solid cancers?

## TTFs disrupt cell division in all cells, including cancer



Cancer cells die… leaving proteins that the immune system learn to recognize and later kill (*similar to how vaccines*)

TT Field is an anti-mitotic therapy …alternating electrical fields pull on charged spindles/proteins and disrupt cell division

*Source: Rominiyi O. et al. Tumor treating fields therapy for glioblastoma: current advances and future directions. Br J Cancer. 2020 Nov 4.*

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

EVERCORE ISI

# Patients need to wear arrays, which are connected to a battery



Battery pack weighs ~2.7 pounds…and patients need to wear the arrays for ~18 hours a day

*Source: Rominiyi O. et al. Tumor treating fields therapy for glioblastoma: current advances and future directions. Br J Cancer. 2020 Nov 4.*

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

## Why do Bulls think TTFs can work in all cancers?

➤ Cancerous cells are larger than 'normal' cells

➤ Effect of TTFs can be 'tuned' to target larger sized cells (*i.e. cancerous cells*)

➤ TTFs can be 'tuned' based on frequency of electrical fields…and ~150 kHz frequency targets larger sized cells (*i.e. cancerous cells*)

> Because TTFs act on large cells that are dividing and don't target a specific pathway / genomic target, Bulls believe TTFs can work on all cancers

*Source: FactSet*

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

Evercore ISI



III. LUNAR study design & case study

# LUNAR trial background



**Trial changes in early 2021**

Lowered to 276 (*after enrollment of 210 pts in 3 yrs*)

Lowered to 12 mon

Trial has **4 sub groups** (chemo vs chemo+TTF, IO vs IO+TTF) which are relatively equal sized. Implies **each arm** was **roughly ~69 patients**

*Source: Company Filings, IASLC 2018, ClinicalTrials.gov*

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

# LUNAR results – Management sees headline results as positive

- "LUNAR study met its primary endpoint, demonstrating a statistically significant and clinically meaningful improvement in overall survival over standard therapies alone"

- "…also showed a statistically significant and clinically meaningful improvement in overall survival when patients were treated with TTFields and immune checkpoint inhibitors (ICI), as compared to those treated with immune checkpoint inhibitors alone"

- "…and a positive trend in overall survival when patients were treated with TTFields and docetaxel versus docetaxel alone"

- "Patient enrollment was well balanced between the ICI and docetaxel cohorts of the experimental and control arms"

- "control arms performed in line with prior studies"

- "TTFields therapy was well tolerated by patients enrolled in the experimental arm of the study"

- "release the full results of the LUNAR study at a future medical conference" & file with the FDA in 2H'2023

"pleased with the positive readout of the LUNAR study…pleased by the profound performance of the TTFields together with immunotherapy" – Bill Doyle, Exec Chairman

*Source: Company Data*

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

# Case Study (1/2) – We presented the case facts as shown below

**Clinical trial design – Trial started enrollment in 2017**
- An experimental therapy (lets call it XT) is to be tested as 2nd line therapy in NSCLC (*non small cell lung cancer*) patients who had failed 1st line platinum therapies (*check point inhibitor naïve patients*)
- Statistical plan: To show a 4 mon OS (overall survival) benefit at 0.75 HR (hazard ratio), a sample size of 534 was needed
  - o 1:1 into randomization, with 18 months follow up
  - o Trail had 4 arms: Docetaxel (n=134) vs XT+ docetaxel (n=134), physician preferred PD1 check-point inhibitors (n=133) vs XT+ PD1 drug (n=133)
  - o Patients were not randomized based on PD1 status
- End points
  - o Primary end point: OS superiority in pooled treatment vs control arm
  - o Secondary end point included OS superiority for sub groups (vs PD1 and docetaxel)

**DSMB recommended trial design changes after 3.5 years (in early 2021)**
- Enrollment was very slow and only ~210 patients were enrolled in 3.5 years
- An Independent data monitoring committee (DMC) recommended accelerating the interim analysis citing length of accrual (*i.e. slow enrollment*) and number of events observed (*i.e. mortality*)
- DMC noted that it was "likely unnecessary and possibly unethical for patients randomized to the control arm to continue accrual"
- Sample size was reduced to 276 and follow up to 12 months

**Headline results press release from company (early 2023)**
- Met primary end point – statistically significant & clinically meaningful improvement in OS
- vs PD1 subgroup – hit statistically significant & clinically meaningful improvement in OS
- vs Docetaxel subgroup – positive trend in OS but NOT statistically significant
- No other information was given (*hazard ratio, p values, randomization details etc*)

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

## Case Study (2/2) – We asked 8 oncologists 6 open ended questions

**Questions (to be answered by respondents)**

1. If you were on an FDA AdCom panel looking at this trial (*long accrual, PD1 inhibitor naïve patients, trial design changes, hitting overall OS & vs PD1 but not showing superiority vs docetaxel*), what is your overall opinion / impression? Positive / negative and reasoning

   a. Given these were check point naïve patients (*received chemo s 1st line*), could that have biased trial in any way?

2. The headline results show efficacy vs PD1 subgroup but missed showing efficacy vs docetaxel. Does this concern you? If a new therapy showed efficacy against PD1 inhibitors, and PD1 inhibitors have shown superiority vs docetaxel, why wouldn't this new therapy miss vs docetaxel? What could be reasonable explanation to explain these results?

3. Given patients were not randomized on PD1 status, could an imbalance in PD1 enrollment have impacted the PD1 subgroup results? If you were on the FDA panel, how important is this to you?

4. In the PD1 subgroup, patients in the control and treatment arms were given physician preferred check point inhibitors…meaning different drugs were given to treatment and control arm patients (*eg: pembrolizumab with new therapy for a patient in treatment arm vs atezolizumab in control arm*). Does this concern you / does it matter? How will the FDA look at this? How will you as a clinician interpret the superiority of TX?

5. If you were the FDA, would you approve this drug for a 2nd line therapy in treating chemo failure NSCLC patients? What would your recommendation be – rerun trial?

6. The device needs to be worn for atleast 18 hours a day, with a series of arrays covering the chest and the patient needs to carry a battery pack weighing 2.7 pounds. If you were the treating physician, and assuming the device is FDA approved, would you recommend to your patients? What % of 2nd line NSCLC patients that you see would you recommend it?

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

# Profile of respondents

| Profile | Workplace | NSCLC patients under care |
|---|---|---|
| Radiation Oncologist | Assistant Professor, The University of Chicago | 100 |
| Community Oncologist | Kentucky | 135 |
| Academic Oncologist | The University of Utah | 250 |
| Academic Oncologist | University Of Mississippi Medical Center | 150 |
| Academic Oncologist | Assistant Professor, Stanford University | 100 |
| Academic Oncologist | Assistant Professor, Baylor College of Medicine | 200 |
| Academic Oncologist | Assistant Professor, NYU Langone | 600 |
| Academic Oncologist | Assistant Professor, The University of California | 100 |

Of the 8 respondents, 6 were from the Academic setting

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com



IV. Case Study responses

# Question 1 -  Overall opinion based on the case facts as presented

If you were on an FDA AdCom panel looking at this trial (*long accrual, PD1 inhibitor naïve patients, trial design changes, hitting overall OS & vs PD1 but not showing superiority vs docetaxel*), what is your overall opinion / impression? Positive / negative and reasoning; given these were check point naïve patients (*received chemo s 1ˢᵗ line*), could that have biased trial in any way?

| RadOne 1 | Community Onc 1 | Acad Onc 1 | Acad Onc 2 | Acad Onc 3 | Acad Onc 4 | Acad Onc 5 | Acad Onc 6 |
|---|---|---|---|---|---|---|---|
| Definitely have concerns about the fact that the novel drug is improved vs IO but not improved vs docetaxel, raises questions about patient selection as well as the importance of the findings, especially given how long it took for accrual.  It doesn't mean that the drug couldn't be approved, but it raises some questions that would need further evaluation of the data. I can only assume that most of the enrollment occurred in a country where immunotherapy is not readily available, as it is hard to imaging a significant population in the US or other western medical settings that would not have received immunotherapy as first line or wouldn't just get it second line as SOC instead of enrolling on this trial. It raises some questions about the applicability and usefulness of XT. | It is concerning that this regimen did not show superiority over docetaxel, but positivity over IO therapy, possibly due to pdl1 score differences among subgroups, which may explain these differences. | No bias | Negative impression Yes has bias | This sounds like the NovoCure data.  I would say my perception is positive still given this is an area of high unmet need. | Unfortunately, this trial design is years behind at this point since everybody (who is driver-mutation negative) gets CPI in 1L. If you don't get CPI in 1L, having docetaxel as a 2L arm is unethical | i. Sure, would need to see the PD-L1 expression in both subgroups; as well as mutational profile (EGFR, ALK, KRAS etc). If there are imbalances in those arms (TTF + Pembro vs Pembro or TTF+Doce vs Doce) that would affect the results substantially. ii. The fact that study met primary endpoint of OS in all subgroups is exciting, however, PD-1 naïve patients do not exist anymore in the 2nd line setting. | For sure because it is unlikely that in 2017 these patients were stratified according to PD-L1 so an imbalance in the PD-L1 levels in the two arms that received IO and IO + XT could have biased the results.  Also, we don't know if the patients who got docetaxel went on to receive any IO.  If so, and likely they did, this could also biased the OS in those two arms. |

> 6 of the 8 respondents expressed concerns about the trial. Only one was positive given a high unmet need; One wanted to know mutation profile (*EGFR, KRAS, ALK*) of the sub groups (*these can impact therapy efficacy*)

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

# Question 2 - Efficacy in IO but not chemo…explanation?

The headline results show efficacy vs PD1 subgroup but missed showing efficacy vs docetaxel. Does this concern you? If a new therapy showed efficacy against PD1 inhibitors, and PD1 inhibitors have shown superiority vs docetaxel, why wouldn't this new therapy miss vs docetaxel? What could be reasonable explanation to explain these results?

| RadOnc 1 | Community Onc 1 | Acad Onc 1 | Acad Onc 2 | Acad Onc 3 | Acad Onc 4 | Acad Onc 5 | Acad Onc 6 |
|---|---|---|---|---|---|---|---|
| Exactly, it raises concerns. However, we know that the transitive property sometimes breaks down once we start subsetting patient cohorts further. For example with enrollment dropped to 276 and with 4 arms, it means that only 69 patients were in each of these arms (roughly). It is possible with these small cohorts that we may see strange things, I would want to see the stats and see how strong the benefit in the XT arm was over PD1. | We are talking about combo therapy here of XT plus CPI, or Docetaxel plus XT, or XT , so maybe there is more synergy with CPI, with XT than Docetaxel. | It does not concern me. My best guess is XT is syngeristic with PDL-1 while redundant with docetaxel. So XT and PD-1 kill cancer in different ways that can be synergistic whereas XT and docetaxel use a similar mechanisms of actual that is not additive but rather redunadant. | Yes it does. They need to redo the trial to separate PD1 inhibitor from docetaxel, don't try to cut corner. The sample size is small and they did not finish the trial properly | This tends to suggest that the result was a statistical fluke vs. real effect<br><br>**EVR interpretation**: Seems like this physician is asking us a rhetorical question | Unclear exactly why but if results are not strongly positive then some could be due to chance. There may also be bias in who is enrolled on the study – maybe only pts felt to be less likely to benefit from CPI even got on the study, since otherwise they may have just gotten CPI in 1L. | i. Only relevant subgroup is the docetaxel treated group (likely ~120 patients, half in TTF + doce and hald in doce alone) – we know that this group missed endpoint, but trended toward positivity for OS. If this group (docetaxel) was IO pretreated (>80%) and well balance in both arms – that would be clinically relevant.<br>ii. Would need to see PD-L1 expression balance across both group and would need to see treatments received pre and post docetaxel, if there is an imbalance in doce + TTF patients going on to receive PD1 inhibitor – this could affect outcomes | Patient don't really receive PD1 inhibitors in the second anymore so it's not really relevant whether PD1 inhibitor is better than docetaxel in the second line. As mentioned in one, patient who get docetaxel can go on to get PD1 inhibitor in this trial which could confound the results. |

5 of the 8 were skeptical; Two hypothesized synergistic effect w IO could explain

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

## Question 3 – Imbalance of PD1 status in the trial

Given patients were not randomized on PD1 status, could an imbalance in PD1 enrollment have impacted the PD1 subgroup results? If you were on the FDA panel, how important is this to you?

| RadOne 1 | Community Onc 1 | Acad Onc 1 | Acad Onc 2 | Acad Onc 3 | Acad Onc 4 | Acad Onc 5 | Acad Onc 6 |
|---|---|---|---|---|---|---|---|
| Yes this could have been relevant given that this was IO monotherapy, and thus if there were not that many patients with PDL1>50 in the IO arm, it could have meant that the PD1 arm underperformed than would in clinical practice. | Critical question, about imbalance in PDL1 scores among the different arms, knowing what we know about the correlation between pdl1 and response to PDL1 inhibitors. | Absolutely. If there was way higher PD-L1 % in the experimental arm rather than control, this alone could explain the difference in survival, and XT could have absolutely nothing to do with it. If there was such an imbalance the FDA should definitely not approve XT in this setting. | Yes negatively | I would ask that they do a follow-up study but would not let this hold up approval, provided this is Novocure | Yes and very important since every important trial of CPI now stratifies for CPI since it is well established that PDL1 status affects CPI responses | i. Yes, but this is not a therapeutic, it's a device. It would not replace a therapeutic, the device would be used in combination with a therapeutic. That being said, it would need to show benefit in a generalizable patient population and the LUNAR study is not generalizable in 2023. | Yes, I would at least ask for this done and the company have to retrospectively go back and look at it. |

The LUNAR **trial did not randomize** patients based on **PD1 expression** status…patients with higher PD1 expression will respond to check point inhibitors better. Given this, it was not a surprise to see **all 8 respondents** noting this was important and a potential **PD1 imbalance could have influenced**

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

Evercore ISI

## Question 4 – Physician preferred IO drugs (*diff IO in Rx & Control*)

In the PD1 subgroup, patients in the control and treatment arms were given physician preferred check point inhibitors…meaning different drugs were given to treatment and control arm patients (eg: pembrolizumab with new therapy for a patient in treatment arm vs atezolizumab in control arm). Does this concern you / does it matter? How will the FDA look at this? How will you as a clinician interpret the superiority of TX?

| RadOnc 1 | Community Onc 1 | Acad Onc 1 | Acad Onc 2 | Acad Onc 3 | Acad Onc 4 | Acad Onc 5 | Acad Onc 6 |
|---|---|---|---|---|---|---|---|
| No major concern here as there have been multiple approved PD1 drugs, generally speaking they tend to work in the right populations as monotherapy (PDL1 > 50) | Again with different CPI use , comparison may be difficult here to make definitive conclusions. | Not too concerned we think they are all fairly equivalent in terms of efficacy and toxicity. Would be interesting to see subgroup analysis of PD1 vs PDL1 inhibitors. But what I discussed in Q3 is way way more important than this. | Yes, it is a concern. I would view it negatively. | This was designed at a time when CPI were used in 2nd line and so it meets the criteria that they were using the SOC. I wouldn't let this be a barrier but I would require further follow-up | I don't think it matters a huge amount as a clinician, but from an FDA standpoint it would matter quite a bit since obviously the FDA requires each individual CPI to have its own registrational trials. Also if you want to nitpick even the original 2L CPI trials (nivo and pembro) were run differently and have different indications based on PD-L1 scores… again, from a registrational trial standpoint, huge mess | i. What a patient received after doce + TTF (if IO naïve) is critical. Any FDA approved PD-1/PD-L1 inhibitor would be sufficient (pembrolizumab, nivolumab, atezolizumab, etc). The bigger issues, is that no patients with NSCLC are PD1/PD-L1 naïve after front line anymore (ever since approval of KN024 2016, KN189 2018). | I think the type of PD1 used is less of a concern as the potential imbalance in PD1 control and treatment groups. |

Most of them were not concerned about treatment & control arm pts receiving different IO drugs…& 1 noted whether IO was given post Doce+TTF as critical

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

# Question 5 – If you were the FDA, would you approve?

If you were the FDA, would you approve this drug for a 2nd line therapy in treating chemo failure NSCLC patients? What would your recommendation be – rerun trial?

| RadOnc 1 | Community Onc 1 | Acad Onc 1 | Acad Onc 2 | Acad Onc 3 | Acad Onc 4 | Acad Onc 5 | Acad Onc 6 |
|---|---|---|---|---|---|---|---|
| The FDA could consider approving it for patients ineligible for immunotherapy who progress after chemotherapy, but it is hard to imagine this is a significant population of patients who this could be used for in the US. It would behoove the company to perhaps retool this drug, if it really is better than PD1, then should be considered for post-IO progression which is a much more relevant clinical population and could really establish the drug in NSCLC space. As is, even if it got approved, don't see a major use for it. | I don't think I will approve this agent with this trial design, and I would repeat this trial with better control over using one CPI, and checking PDL1 score and looking at correlation of response and pdl1 score. | I would realizing its not going to be applicable to majority of patients. But that isn't something the FDA is allowed to consider. I would rerun the trial in the first line setting with PD-1 + XT alone as well as PD1 + chemo + XT | Yes (as in rerun trial), as stated earlier | Sure, because this is an area of high unmet need and something like NovoCure is realtively benign in terms of toxicity but financially toxic | No and rerun trial. Allow 1L CPI and run in 2L. Not clear what to combine XT with since the fact that it is only combined w/ other therapies in this trial suggests that it does not have great single agent activity. Another problem is that 2L is rapidly changing and the current SOC (docetaxel +/- ram) is likely going to be obsolete within a year | i. I would not approve. However, the FDA device approval criteria is far less restrictive than therapeutic approval and this may be approved in 2nd line. Whether or not this will be utilized in NSCLC is a separate question. Will need to see results of single arm B36 study + pemrbolizumab. | 50:50 chance for approval because FDA's main concern is safety and this device is safe and has precedent of approval in mesothelioma based on single arm trial but FDA could ask to rerun trial using docetaxel vs docetaxel + XT only or to use XT in the front line. |

➤ 4 (50%) said will not approve
➤ 1 supported approval
➤ 2 were conditional (*limited use* setting & *rerun trial*)
➤ 1 put the odds at 50% for approval (& *rerun trial*)

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

# Question 6 – If approved, what % of pts would you recommend?

The device needs to be worn for atleast 18 hours a day, with a series of arrays covering the chest and the patient needs to carry a battery pack weighing 2.7 pounds. If you were the treating physician, and assuming the device is FDA approved, would you recommend to your patients? What % of 2nd line NSCLC patients that you see would you recommend it?

| RadOnc 1 | Community Onc 1 | Acad Onc 1 | Acad Onc 2 | Acad Onc 3 | Acad Onc 4 | Acad Onc 5 | Acad Onc 6 |
|---|---|---|---|---|---|---|---|
| I would consider it if approved if there was a specific patient who failed platinum chemo and for some reason could not get immunotherapy (upfront or now), but like said above, this is a small population of patients (less than 10% certainly). However, I think the company is better off testing this in post-immunotherapy progression or as an adjunct to IO in order to be useful or gain market share. | I have no problem with this device, as long as the efficacy of this data is maintained and proven. | Depends on the strength of the data. Not worth it for most patients for 2 months increased survival, maybe worth it for 6 months increased survival | It is a tough sale to my patients 10% only | I would recommend it but pt uptake would be low, only the most motivated pts would use it. | There's a difference between FDA approved with messy trial data and FDA approved with very good and cleanly positive trial data. Forgetting the messy trial designs, if this device truly has efficacy with good trial data (not what is presented above) then I would at least discuss it as an option with patients. Strength of recommendation depends on strength of data. In mesothelioma where the data is lukewarm uptake has not been high… | a. No, I would not recommend this device b. 10% of patients will be offered this device in the 2nd line + setting and will mostly be driven by patient request/direct marketing to patients. | No, I think the trial design is messy and inconclusive. Adherence and compliance will be low as well. |

> ➤ **2** said they would **not recommend**
> ➤ **4** said they **would recommend**...but sees applicable **patient pool at ~10% or less**
> ➤ **2** said they would based on **strength of data** (*eg: 6 month survival benefit vs IO*)

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

# One Academic Oncologist who skewed +ve in his responses…

**Q1: Overall opinion? Was there a bias?**
No Bias

**Q2: Showed efficacy vs PD1 subgroup, but missed vs chemo…does this concern you?**
It does not concern me. My best guess is XT is syngeristic with PDL-1 while redundant with docetaxel. So XT and PD-1 kill cancer in different ways that can be synergistic whereas XT and docetaxel use a similar mechanisms of actual that is not additive but rather redunadant.

**Q3: Patients were not randomized based on PD1 status..how important is this to you?**
Absolutely. If there was way higher PD-L1 % in the experimental arm rather than control, this alone could explain the difference in survival, and XT could have absolutely nothing to do with it. If there was such an imbalance the FDA should definitely not approve XT in this setting.

**Q4: Patients in treatment & control arms could potentially have been given different IO drigs. Does it matter?**
Not too concerned we think they are all fairly equivalent in terms of efficacy and toxicity. Would be interesting to see subgroup analysis of PD1 vs PDL1 inhibitors. But what I discussed in Q3 is way way more important than this.

**Q5: If you were the FDA, would you approve?**
I would realizing its not going to be applicable to majority of patients. But that isn't something the FDA is allowed to consider. I would rerun the trial in the first line setting with PD-1 + XT alone as well as PD1 + chemo + XT

**Q6: Would you recommend this device?**
Depends on the strength of the data. Not worth it for most patients for 2 months increased survival, maybe worth it for 6 months increased survival

…saw limited opportunity in the real world setting (*relevant only to minority of patients*)…and wanted to see 6 month survival benefit before recommending

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

## Conclusion / Takeaways from Case Study

➢ Most physicians seemed skeptical…wanted to see more data

➢ PD1 status across both arms was a crucial data that physicians wanted

➢ Some also wanted to know the mutation profile of tumors

➢ For physicians who said they would recommend, they thought the relevant patient pool was 10% or less

➢ About half the respondents said they would not recommend

*Source: ClinicalTrials.gov*

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com



V. What can explain the superiority vs IO?
Synergistic effect with IO

# Clinical Evidence (1/3): TTF+PD1 benefit in mouse NSCLC model

**Data presented at SNO in 2018 evaluated whether TTF would effectively be combined with αPD-1 therapy**



Statistically significant reduction in tumor volume with TTF + αPD-1 vs αPD-1 alone

**Study Design:** αPD-1+TTF vs αPD-1 vs control (*no treatment*) on lung carcinoma cell lines

**Methods:** Immunhistochemistry, ELISA, flow cytometry

*Along with demonstration of TTF + taxane (Paclitaxel) efficacy, preclinical TTF + αPD-1 efficacy served as background for the LUNAR trial*

The mouse model showed a significant reduction in tumor volume for TTF+PD1 vs PD1 alone, further supporting a synergistic effect

*Source: EVRISI, Voloshin et al.(2018), Company*

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

## Clinical Evidence (2/3): 2 the Top, Ph 2 nGBM supported synergy w ICI

### CTIM-16. PHASE 2 STUDY OF PEMBROLIZUMAB PLUS TTFields PLUS TEMOZOLOMIDE IN PATIENTS WITH NEWLY DIAGNOSED glioblastoma (2-THE-TOP) FREE

David Tran, Ashley Ghinaseddin, Dongjiang Chen, Maryam Rahman

**Hypothesis:** Emerging data indicate that TTFields, the new anti-mitotic treatment for GBM, stimulate immunity via the type-1 interferon (T1IFN) pathway of STING and AIM2 inflammasomes. Thus, we hypothesize that TTFields synergize with immune checkpoint inhibitors to induce anti-tumor immunity in GBM.

**Methods:** phase 2 study combining pembrolizumab, TTFields and maintenance TMZ in 25 patients with newly diagnosed GBM (ndGBM). To distinguish immune effects of TTFields from pembrolizumab, TTFields is started at cycle 1 of TMZ and pembrolizumab (200mg Q3Wks) at cycle 2. The primary endpoint is PFS vs. the historical control of TTFields plus TMZ (JAMA/318:2306-2316).

**Sample size**: 25 nGBM patients (of which 18 had unmethylated MGMT)

**Results**: Of 19 patients with follow-up >=9 months, the **median PFS was >=11.2 months** vs. 6.7 months in the control.

2 The TOP showed a difference of ~4.5 months in mPFS vs historical control data. Recall the prior Ph 3 trial (*TTF+temozolomide*) in nGBM had shown a mPFS difference of ~3.1 months (*7.1 mon for TTF vs 4 mon for TMZ alone*), which was statistically significant

Source: https://academic.oup.com/neuro-oncology/article/23/Supplement_6/vi53/6426304

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

# Clinical Evidence (3/3): Mechanism of action to support PD1 synergy



" TTFields induced focal **disruption of the nuclear envelope**, leading to cytosolic release of large micronuclei clusters…" and activate STING and AIM2 inflammasomes

*Source: EVRISI, Silginer et al.(2018), Weinberg et al. (2019) Company*

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

## Case Study: 2 physicians thought PD1 synergy could explain LUNAR

| | Community Oncologist | Academic Oncologist |
|---|---|---|
| How do you explain superiority vs PD1 but not chemo? | We are talking about combo therapy here of XT plus CPI, or Docetaxel plus XT, or XT , so maybe there is more synergy with CPI, with XT than Docetaxel. | My best guess is XT is syngeristic with PDL-1 while redundant with docetaxel. So XT and PD-1 kill cancer in different ways that can be synergistic |
| A potential imbalance in PD1 status in treatment & control arms | Critical question, about imbalance in PDL1 scores among the different arms, knowing what we know about the correlation between pdl1 and response to PDL1 inhibitors. | Absolutely. If there was way higher PD-L1 % in the experimental arm rather than control, this alone could explain the difference in survival, |
| If you were the FDA, would you approve? | I don't think I will approve this agent with this trial  design, and I would repeat this trial with better control.. | I would realizing its not going to be applicable to majority of patients. But that isn't something the FDA is allowed to consider. I would rerun the trial in the first line setting with PD-1 + XT alone as well as PD1 + chemo + XT |
| If approved, what % of pts would you recommend? | I have no problem with this device, as long as the efficacy of this data is maintained and proven. | Depends on the strength of the data. Not worth it for most patients for 2 months increased survival, maybe worth it for 6 months increased survival |

But their usage depended on PD1 expression status & strength of clinical data …and one of them was against approval based on current trial design

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com



# VI. Other questions from Investors

## Investor questions (1/3): Randomization, treatment protocol & stats

**Q1: Were IO drugs given before or after treatment with docetaxel?**

- IO drugs are standard of care and is relevant

- If IO drugs were given post doce, could that explain the results?

**Q2: PD1 expression / mutation profile of patients in control & treatment arms**

- PDL1 status is determined by tumor proportion score (TPS)…higher TPS score is associated with better response

- EGFR, KRAS & ALK mutation profiles is important…can have a bearing on efficacy to PD1 treatments

**Q3: What is the power of the study?**

- Original power of the study was ~80%...with sample size being cut, how could power have not changed?

*Source: EVR*

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

## Investor questions (2/3): Patient enrollment

### Q4: What % of patients were enrolled from China?

- JPM '23, ZLAB comment on LUNAR: "We don't give the exact number of patients. But in general, I think if you look at our Phase III studies, we typically provide somewhere between 10% and 20% of the patients"

### Q5: Was the IO / check point inhibitor arm skewed to pts from China?

- JPM '23, ZLAB comment on enrollment: "our patients that participated a probably representative of current standard of care, which I think in first line tends to be checkpoint plus chemo"….at ~10%, China contributed ~29 patients, who were mostly given ICI as 1st line…or within IO subgroup of 138 patients,  potential ~29 patients implies ~20% from China.

How will the FDA look at this (potential ~20% of ICI arm from China)

*Source: EVR*

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

## Investor questions (3/3): Insider Stock sale

### Q6: Timing of stock sales

- CEO Asaf Danziger executed a 10b5 stock sale on Jan 9th  sold 212.5k shares

| | 2Q21 (post DMC's interim recommendation) | 1Q23 (post LUNAR headline results) |
|---|---|---|
| CEO (# of shares & dollar value) | 98 k (~$19 M) | 212.5 k (~$23 M) |
| President | -- | ~36k (~4 M) |
| Bill Doyle (Exec Chairman) | 95 k (~$19 M) | -- |
| Chief Commercial Officer | ~24.8k (~$5 M) | -- |

*Source: EVR*

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com



VII. Other tidbits from company / responses to investor questions

## Company tidbits (1/3): Clinically meaningful & control performance

**Q1: What is meant by clinically meaningful?**

- Feedback from KOLs - 3 months plus is clinically meaningful

**Q2: Control arms performed inline with historical data…what does it mean?**

- Across a number of trials, docetaxel mOS was ~9 months

- Keyruda mOS was ~11.8 month ish

A 3.5 month mOS benefit over historical Keytruda data implies IO+TTF mOS was ~15 months, and doce+TTF was close to 12 months (*assuming 3 month benefit over historical 9 month*)

*Source: EVR*

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

## Company tidbits (2/3): Enrollment & treatment protocol

### Q3: What % of patients were enrolled from China?

- Enrollment in China began after DMC interim analysis (*i.e. enrollment of 210 patients had been completed*)

- Given final enrollment was 276, ~66 pts were enrolled after Interim analysis, implying enrollment from China was a minority…vast majority was US & EU

### Q4: Were patients in docetaxel arm given IO drugs?

- Actual treatment as per protocol was through progression…post progression, therapy could have been changed

> ➤ Once patients progressed (*radiological examination*), patients in docetaxel arm could have been given IO drugs…does this explain why docetaxel arm missed?
>
> ➤ And it is possible 20 to 30 pts were from China…but we don't know if all of them were in the IO arm

*Source: EVR*

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

## Company tidbits (3/3): PD1 status & Insider Stock sales

**Q5: Pts not stratified on PD1 status…could there have been an imbalance?**

- Pts were randomized in treatment and control arm…there is no reason to believe there was an imbalance

- NVCR has PD1 expression data for majority of patients…and will present this

**Q6: Timing of insider stock sales**

- All were 10b5 programs

- The plans were likely put in place several months in advance given restrictions around blackout periods

*Source: EVR*

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com



VIII. Our Views & Conclusions

## Our View (1/3): Final verdict on LUNAR

➢ Pretty much impossible to make a call without PD1 expression data…4 month swing in mOS survival data in Keynote 010 study based on TPS scores

| median Overall Survival in months | | | |
|---|---|---|---|
| | Keytruda 2 mg/kg Q3 | Keytruda 10 mg/kg Q3 | Docetaxel 75 mg/m2 Q3 |
| TPS ≥ 50% | 14.9 | 17.3 | 8.2 |
| TPS ≥ 1% | 10.4 | 12.7 | 8.5 |
| *Difference* | *4.5* | *4.6* | |

➢ Progression free survival (PFS) was 4 months for docetaxel arm in Keynote 010 study…assuming LUNAR PFS was comparable, then patients in docetaxel arm could have been started on IO drugs after 4 months. This raises the question whether IO played a role and had an impact on median overall survival (mOS) and hence docetaxel missed?

➢ Mutation profile of NSCLC patients – there is debate on prognostic significance

Given what we know (*pts not stratified on PD1 status*), we cannot rule out a potential imbalance of treatment vs control arms which could have skewed results

Source: EVRISI

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

# Our View (2/3): Power of study…did it change?

➢ Power of a test is the probability of rejecting Null when it is false

➢ Or said differently, power of a trial is the probability of detecting a difference when such a difference exists in reality

➢ In LUNAR, an 80% power is the probability of showing TTF showing a diff in mOS when such a difference exists in reality

| Actual Truth | | LUNAR trial | |
| --- | --- | --- | --- |
| | | **Accept Null** | **Reject Null** |
| | **Null hypothesis** (there is no difference in mOS) is **true** | | Type 1 error $p = 0.05$ |
| | **Null hypothesis** (*no diff in mOS*) is **false** (*meaning TTFs improve mOS*) | Type 2 error or Beta | **Power = 1 - Beta** |

➢ Power of test can be increased by increasing sample size, smaller standard error, larger treatment size and increasing alpha levels

➢ In LUNAR, alpha of 5% was fixed, treatment size effect was inline with stat plan of ~3.5 months…reducing sample size should reduce power of the test

*Source: EVRISI*

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

## Our View (3/3): What is LUNAR worth to NVCR shares?

➢ Assuming an FDA approval & ~10% penetration based on case study responses, peak NSCLC 2nd line revs could be ~$500 M

| | |
|---|---|
| 2nd line NSCLC pool (*as per NVCR*) | 46,000 |
| Peak penetration (*based on case study*) | 10.0% |
| Potential peak patients on therapy | 4,600 |
| | |
| Cost of therapy per month | $13,000 |
| Duration of therapy | 8 months |
| Rev per patient | $104,000 |
| | |
| **Peak NSCLC rev oppty (*in MM USD*)** | **$478** |
| *EV at 3x EV/Revs (peak revs in 2035)* | *$1,435* |
| *Current EV (discounted back at 9% WACC)* | *510* |
| **Contribution to per NVCR share** | **$4.9** |

Based on a ~10% penetration, LUNAR is worth ~$5 per NVCR share (*vs the $23 jump n share price at current levels*)

Source: EVRISI

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

## Overall Conclusions

➢ LUNAR saga is far from over

➢ The Bull vs Bear divide is a pretty big chasm…that seems unlikely to be bridged

➢ It is impossible for us to draw a conclusion without PD1 data

➢ The conclusion to this Bull vs Bear debate rests with the FDA in our mind…and how the FDA will view the data based on PD1 expression status and whether there was any imbalance

➢ Even if approved, physicians seem to want a very high level of evidence. Based on what we know so far, peak revs could be far lesser than what the Bulls see as upside potential

vijay.kumar@evercoreisi.com | kevin.joaquin@evercoreisi.com | alexandra.howard@evercoreisi.com | jordan.adler@evercoreisi.com

**VALUATION METHODOLOGY**

Our valuation methodology is based on a mix of discounted cash flow analysis and relative valuation (multiples).

**RISKS**

Clinical data raises any potential concerns / red flags about use outside of brain; Reimbursement in the U.S. or other parts of the world might be denied; Physician acceptance of Optune as necessary treatment (versus optional) could remain a bottleneck for growth; NVCR's intellectual property could be challenged or revoked

## TIMESTAMP

**(Article 3(1)e and Article 7 of MAR)**

Time of dissemination: January 16 2023 7:52 PM ET

## ANALYST CERTIFICATION

The analysts, Kevin Joaquin, Jordan Adler, Alexandra Higashi-Howard, Vijay Kumar, primarily responsible for the preparation of this research report attest to the following: (1) that the views and opinions rendered in this research report reflect his or her personal views about the subject companies or issuers; and (2) that no part of the research analyst's compensation was, is, or will be directly related to the specific recommendations or views in this research report.

## IMPORTANT DISCLOSURES

This report is approved and/or distributed  by Evercore Group L.L.C. ("Evercore Group"), a U.S. licensed broker-dealer regulated by the Financial Industry Regulatory  Authority ("FINRA"), and Evercore ISI International Limited ("ISI UK"), which is authorised and regulated in the United Kingdom by the Financial Conduct Authority. The institutional sales, trading and research businesses of Evercore Group and ISI UK collectively operate under the global marketing brand name Evercore ISI ("Evercore ISI"). Both Evercore Group and ISI UK are subsidiaries of Evercore Inc. ("Evercore "). The trademarks, logos and service marks shown on this report are registered trademarks of Evercore.

The analysts and associates responsible for preparing this report receive compensation based on various factors, including Evercore's Partners' total revenues, a portion of which is generated by affiliated investment banking transactions. Evercore ISI seeks to update its research as appropriate, but various regulations may prevent this from happening in certain instances.  Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Evercore ISI generally prohibits analysts, associates and members of their households from maintaining a financial interest in the securities of any company in the analyst's area of coverage.  Any exception to this policy requires specific approval by a member of our Compliance Department. Such ownership is subject to compliance with applicable regulations and disclosure.  Evercore ISI also prohibits analysts, associates and members of their households from serving as an officer, director, advisory board member or employee of any company that the analyst covers.

This report may include a Tactical Call, which describes a near-term event or catalyst affecting the subject company or the market overall and which is expected to have a short-term price impact on the equity shares of the subject company. This Tactical Call is separate from the analyst's long-term recommendation (Outperform, In Line or Underperform) that reflects a stock's forward 12-month expected return, is not a formal rating and may differ from the target prices and recommendations reflected in the analyst's long-term view.

**Applicable current disclosures regarding the subject companies covered in this report are available at the offices of Evercore ISI: 55 East 52nd Street, New York, NY 10055, and at the following site: https://evercoreisi.mediasterling.com/disclosure.**

Evercore and its affiliates, and I or their respective directors, officers, members and employees, may have, or have had, interests or qualified holdings on issuers mentioned in this report. Evercore and its affiliates may have, or have had, business relationships with the companies mentioned in this report.

Additional information on securities or financial instruments mentioned in this report is available upon request.

---

### Ratings Definitions

#### Current Ratings Definition

Evercore ISI's recommendations are based on a stock's total forecasted return over the next 12 months. Total forecasted return is equal to the expected percentage price return plus gross dividend yield. We divide our stocks under coverage into three primary ratings categories, with the following return guidelines:

**Outperform**- the total forecasted return is expected to be greater than the expected total return of the analyst's coverage sector.
**In Line**- the total forecasted return is expected to be in line with the expected total return of the analyst's coverage sector.
**Underperform**- the total forecasted return is expected to be less than the expected total return of the analyst's coverage sector.
**Coverage  Suspended**- the rating and target price have been removed pursuant  to Evercore  ISI policy when Evercore is acting in an advisory capacity in a merger or strategic transaction  involving this company  and in certain other circumstances.*
**Rating Suspended**- Evercore ISI has suspended the rating and target price for this stock because there is not sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, a rating or target price. The previous rating and target price, if any, are no longer in effect for this company  and should not be relied upon.*

*Prior to October 10, 2015, the "Coverage Suspended" and "Rating Suspended" categories were included in the category "Suspended."

**FINRA requires that members who use a ratings system with terms other than "Buy," "Hold/Neutral" and "Sell" to equate their own ratings to these categories.  For this purpose, and in the Evercore ISI ratings distribution below, our Outperform, In Line, and Underperform ratings can be equated to Buy, Hold and Sell, respectively.**

#### Historical Ratings Definitions

Prior to March 2, 2017, Evercore ISI's recommendations were based on a stock's total forecasted return over the next 12 months:

**Buy**- the total forecasted return is expected to be greater than 10%
**Hold**- the total forecasted return is expected to be greater than or equal to 0% and less than or equal to 10%

**Sell** -the total forecasted return is expected to be less than 0%

On October 31, 2014, Evercore Partners acquired International Strategy & Investment Group LLC ("ISI Group") and ISI UK (the "Acquisition") and transferred Evercore Group's research, sales and trading businesses to ISI Group. On December 31, 2015, the combined research, sales and trading businesses were transferred back to Evercore Group in an internal reorganization. Since the Acquisition, the combined research, sales and trading businesses have operated under the global marketing brand name Evercore ISI.

**ISI Group and ISI UK:**

Prior to October 10, 2014, the ratings system of ISI Group LLC and ISI UK which was based on a 12-month risk adjusted total return:

Strong Buy- Return > 20%
Buy- Return 10% to 20%
Neutral - Return 0% to 10%
Cautious- Return -10% to 0%
Sell-  Return< -10%

For disclosure purposes, ISI Group and ISI UK ratings were viewed as follows: Strong Buy and Buy equate to Buy, Neutral equates to Hold, and Cautious and Sell equate to Sell.

**Evercore Group:**

Prior to October 10, 2014, the rating system of Evercore Group was based on a stock's expected total return relative to the analyst's coverage universe over the following 12 months. Stocks under coverage were divided into three categories:

Overweight- the stock is expected to outperform the average total return of the analyst's coverage universe over the next 12 months.
Equal-Weight- the stock is expected to perform in line with the average total return of the analyst's coverage universe over the next 12 months.
Underweight -the stock is expected to underperform the average total return of the analyst's coverage universe over the next 12 months.
Suspended- the company rating, target price and earnings estimates have been temporarily suspended.

For disclosure purposes, Evercore Group's prior "Overweight," "Equal-Weight" and "Underweight" ratings were viewed as "Buy," "Hold" and "Sell," respectively.

**Ratings Definitions for Portfolio-Based Coverage**

Evercore ISI utilizes an alternate rating system for companies covered by analysts who use a model portfolio-based approach to determine a company's investment recommendation. Covered companies are included or not included as holdings in the analyst's Model Portfolio, and have the following ratings:

**Long**- the stock is a positive holding in the model portfolio; the total forecasted return is expected to be greater than 0%.
**Short**- the stock is a negative holding in the model portfolio; the total forecasted return is expected to be less than 0%.
**No Position**- the stock is not included in the model portfolio.
**Coverage Suspended**- the rating and target price have been removed pursuant to Evercore ISI policy when Evercore is acting in an advisory capacity in a merger or strategic transaction involving this company, and in certain other circumstances; a stock in the model portfolio is removed.
**Rating Suspended** - Evercore ISI has suspended the rating and/or target price for this stock because there is not sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, a rating or target price. The previous rating and target price, if any, are no longer in effect for this company and should not be relied upon; a stock in the model portfolio is removed.

Stocks included in the model portfolio will be weighted from 0 to 100% for Long and 0 to -100% for Short. A stock's weight in the portfolio reflects the analyst's degree of conviction in the stock's rating relative to other stocks in the portfolio. The model portfolio may also include a cash component. At any given time the aggregate weight of the stocks included in the portfolio and the cash component must equal100%.

Stocks assigned ratings under the alternative model portfolio-based coverage system cannot also be rated by Evercore ISI's Current Ratings definitions of Outperform, In Line and Underperform.

**FINRA requires that members who use a ratings system with terms other than "Buy," "Hold/Neutral" and "Sell," to equate their own ratings to these categories. For this purpose, and in the Evercore ISI ratings distribution below, our Long, No Position and Short ratings can be equated to Buy, Hold and Sell respectively.**

**Evercore ISI rating (as of 16 January 2023)**

| Coverage Universe | | | Investment Banking Services I Past 12 Months | | |
|---|---|---|---|---|---|
| Ratings | Count | Pct. | Ratings | Count | Pct. |
| Buy | 490 | 59 | Buy | 58 | 12 |
| Hold | 301 | 36 | Hold | 21 | 7 |
| Sell | 16 | 2 | Sell | 0 | 0 |
| Coverage Suspended | 17 | 2 | Coverage Suspended | 3 | 18 |
| Rating Suspended | 7 | 1 | Rating Suspended | 2 | 29 |

**Issuer-Specific Disclosures** 16 January 2023

**Price Charts**

49



**Ratings Key**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B | Buy | OP | Outperform | L | Long | CS | Coverage Suspended |
| H | Hold | IL | In Line | NP | No Position | RS | Rating Suspended |
| S | Sell | UP | Underperform | S | Short | | |

## GENERAL DISCLOSURES

This report is approved and/or distributed by Evercore Group L.L.C. ("Evercore Group"), a U.S. licensed broker-dealer regulated by the Financial Industry Regulatory Authority ("FINRA") and by International Strategy & Investment Group (UK) Limited ("ISI UK"), which is authorised and regulated in the United Kingdom by the Financial Conduct Authority. The institutional sales, trading and research businesses of Evercore Group and ISI UK collectively operate under the global marketing brand name Evercore ISI ("Evercore ISI"). Both Evercore Group and ISI UK are subsidiaries of Evercore Inc. ("Evercore"). The trademarks, logos and service marks shown on this report are registered trademarks of Evercore Inc.

This report is provided for informational purposes only. It is not to be construed as an offer to buy or sell or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy in any jurisdiction. The information and opinions in this report were prepared by employees of affiliates of Evercore. The information herein is believed by Evercore ISI to be reliable and has been obtained from public sources believed to be reliable, but Evercore ISI makes no representation as to the accuracy or completeness of such information. Opinions, estimates and projections in this report constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Evercore or its affiliates and are subject to change without notice. In addition, opinions, estimates and projections in this report may differ from or be contrary to those expressed by other business areas or groups of Evercore and its affiliates. Evercore ISI has no obligation to update, modify or amend this report or to otherwise notify a reader thereof in the event that any matter stated herein, or any opinion, projection, forecast or estimate set forth herein, changes or subsequently becomes inaccurate. Facts and views in Evercore ISI research reports and notes have not been reviewed by, and may not reflect information known to, professionals in other Evercore affiliates or business areas, including investment banking personnel.

Evercore ISI does not provide individually tailored investment advice in research reports. This report has been prepared without regard to the particular investments and circumstances of the recipient. The financial instruments discussed in this report may not suitable for all investors and investors must make their own investment decisions using their own independent advisors as they believe necessary and based upon their specific financial situations and investment objectives. Securities and other financial instruments discussed in this report, or recommended or offered by Evercore ISI, are not insured by the Federal Deposit Insurance Corporation and are not deposits of or other obligations of any insured depository institution. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the price or value of, or the income derived from the financial instrument, and such investor effectively assumes such currency risk. In addition, income from an investment may fluctuate and the price or value of financial instruments described in this report, either directly or indirectly, may rise or fall. Estimates of future performance are based on assumptions that may not be realized. Furthermore, past performance is not necessarily indicative of future performance.

Recipients who are not institutional investors or market professionals should seek the advice of their independent financial advisor before considering information in this report in connection with any investment decision, or for a necessary explanation of its contents.

Evercore ISI salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in this research. Our asset management affiliates and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

Electronic research is simultaneously available to all clients. This report is provided to Evercore ISI clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Evercore ISI. Receipt and review of this research report constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion or

information contained in this report (including any investment recommendations, estimates or target prices) without first obtaining express permission from Evercore ISI.

This report is not intended for distribution to, or use by any person or entity in any jurisdiction or country where such distribution or use would be contrary to local law or regulation.

For investors in the UK: In making this report available, Evercore makes no recommendation to buy, sell or otherwise deal in any securities or investments whatsoever and you should neither rely or act upon, directly or indirectly, any of the information contained in this report in respect of any such investment activity. This report is being directed at or distributed to, (a) persons who fall within the definition of Investment Professionals (set out in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order")); (b) persons falling within the definition of high net worth companies, unincorporated associations, etc. (set out in Article 49(2) of the Order); (c) other persons to whom it may otherwise lawfully be communicated (all such persons together being referred to as "relevant persons"). This report must not be acted on or relied on by persons who are not relevant persons.

The distribution of these materials to persons or entities in Switzerland is not intended to, and does not, constitute a financial service under the Swiss Financial Services Act (FinSA).  In particular, the distribution of these materials does not constitute the provision of personal recommendations on transactions with financial instruments (investment advice) within the meaning of Article 3(c)(4) of FinSA.

This material has been prepared by Evercore Group L.L.C. for distribution in New Zealand to financial advisers and wholesale clients only and is not intended for retail clients (as those terms are defined in the Financial Markets Conduct Act 2013 ('FMCA')). Evercore Group L.L.C. is not, and is not required to be, registered or licensed under the FMCA, and unless otherwise stated any financial products referred to in this material are generally only available in New Zealand for issue to those satisfying the wholesale investor criteria in the FMCA.

**Applicable current disclosures regarding the subject companies covered in this report are available at the offices of Evercore ISI: 55 East 52nd Street, New York, NY 10055, and at the following site: https://evercoreisi.mediasterling.com/disclosure.**

In compliance with the European Securities and Markets Authority's Market Abuse Regulation, a list of all Evercore ISI recommendations disseminated in the preceding 12 months for the subject companies herein, may be found at the following site: https://evercoreisi.mediasterling.com/disclosure..

*© 2023. Evercore Group L.L.C. All rights reserved.*