# Exhibit 17

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use KEYTRUDA safely and effectively. See full prescribing information for KEYTRUDA.**

**KEYTRUDA® (pembrolizumab) for injection, for intravenous use**
**KEYTRUDA® (pembrolizumab) injection, for intravenous use**
**Initial U.S. Approval: 2014**

---------------------------RECENT MAJOR CHANGES -------------------------
| | |
|---|---|
| Indications and Usage (1) | 01/2020 |
| Dosage and Administration (2) | 01/2020 |
| Warnings and Precautions (5) | 01/2020 |

---------------------------INDICATIONS AND USAGE----------------------------
KEYTRUDA is a programmed death receptor-1 (PD-1)-blocking antibody indicated:

Melanoma
- for the treatment of patients with unresectable or metastatic melanoma. (1.1)
- for the adjuvant treatment of patients with melanoma with involvement of lymph node(s) following complete resection. (1.1)

Non-Small Cell Lung Cancer (NSCLC)
- in combination with pemetrexed and platinum chemotherapy, as first-line treatment of patients with metastatic nonsquamous NSCLC, with no EGFR or ALK genomic tumor aberrations. (1.2)
- in combination with carboplatin and either paclitaxel or paclitaxel protein-bound, as first-line treatment of patients with metastatic squamous NSCLC. (1.2)
- as a single agent for the first-line treatment of patients with NSCLC expressing PD-L1 [Tumor Proportion Score (TPS) ≥1%] as determined by an FDA-approved test, with no EGFR or ALK genomic tumor aberrations, and is:
  o stage III where patients are not candidates for surgical resection or definitive chemoradiation, or
  o metastatic. (1.2, 2.1)
- as a single agent for the treatment of patients with metastatic NSCLC whose tumors express PD-L1 (TPS ≥1%) as determined by an FDA-approved test, with disease progression on or after platinum-containing chemotherapy. Patients with EGFR or ALK genomic tumor aberrations should have disease progression on FDA-approved therapy for these aberrations prior to receiving KEYTRUDA. (1.2, 2.1)

Small Cell Lung Cancer (SCLC)
- for the treatment of patients with metastatic SCLC with disease progression on or after platinum-based chemotherapy and at least one other prior line of therapy.[1] (1.3)

Head and Neck Squamous Cell Cancer (HNSCC)
- in combination with platinum and FU for the first-line treatment of patients with metastatic or with unresectable, recurrent HNSCC. (1.4)
- as a single agent for the first-line treatment of patients with metastatic or with unresectable, recurrent HNSCC whose tumors express PD-L1 [Combined Positive Score (CPS) ≥1] as determined by an FDA-approved test. (1.4, 2.1)
- as a single agent for the treatment of patients with recurrent or metastatic HNSCC with disease progression on or after platinum-containing chemotherapy. (1.4)

Classical Hodgkin Lymphoma (cHL)
- for the treatment of adult and pediatric patients with refractory cHL, or who have relapsed after 3 or more prior lines of therapy.[1] (1.5)

Primary Mediastinal Large B-Cell Lymphoma (PMBCL)
- for the treatment of adult and pediatric patients with refractory PMBCL, or who have relapsed after 2 or more prior lines of therapy.[1] (1.6)
- Limitations of Use: KEYTRUDA is not recommended for treatment of patients with PMBCL who require urgent cytoreductive therapy.

Urothelial Carcinoma
- for the treatment of patients with locally advanced or metastatic urothelial carcinoma who are not eligible for cisplatin-containing chemotherapy and whose tumors express PD-L1 [Combined Positive Score (CPS) ≥10] as determined by an FDA-approved test, or in patients who are not eligible for any platinum-containing chemotherapy regardless of PD-L1 status.[1] (1.7, 2.1)
- for the treatment of patients with locally advanced or metastatic urothelial carcinoma who have disease progression during or following platinum-containing chemotherapy or within 12 months of neoadjuvant or adjuvant treatment with platinum-containing chemotherapy. (1.7)
- for the treatment of patients with Bacillus Calmette-Guerin (BCG)-unresponsive, high-risk, non-muscle invasive bladder cancer (NMIBC) with carcinoma in situ (CIS) with or without papillary tumors who are ineligible for or have elected not to undergo cystectomy. (1.7)

Microsatellite Instability-High Cancer
- for the treatment of adult and pediatric patients with unresectable or metastatic, microsatellite instability-high (MSI-H) or mismatch repair deficient
  o solid tumors that have progressed following prior treatment and who have no satisfactory alternative treatment options,[1] or
  o colorectal cancer that has progressed following treatment with a fluoropyrimidine, oxaliplatin, and irinotecan.[1] (1.8)
- Limitations of Use: The safety and effectiveness of KEYTRUDA in pediatric patients with MSI-H central nervous system cancers have not been established. (1.8)

Gastric Cancer
- for the treatment of patients with recurrent locally advanced or metastatic gastric or gastroesophageal junction adenocarcinoma whose tumors express PD-L1 [Combined Positive Score (CPS) ≥1] as determined by an FDA-approved test, with disease progression on or after 2 or more prior lines of therapy including fluoropyrimidine- and platinum-containing chemotherapy and if appropriate, HER2/neu-targeted therapy.[1] (1.9, 2.1)

Esophageal Cancer
- for the treatment of patients with recurrent locally advanced or metastatic squamous cell carcinoma of the esophagus whose tumors express PD-L1 [Combined Positive Score (CPS) ≥10] as determined by an FDA-approved test, with disease progression after one or more prior lines of systemic therapy. (1.10, 2.1)

Cervical Cancer
- for the treatment of patients with recurrent or metastatic cervical cancer with disease progression on or after chemotherapy whose tumors express PD-L1 [Combined Positive Score (CPS) ≥1] as determined by an FDA-approved test.[1] (1.11, 2.1)

Hepatocellular Carcinoma (HCC)
- for the treatment of patients with HCC who have been previously treated with sorafenib.[1] (1.12)

Merkel Cell Carcinoma (MCC)
- for the treatment of adult and pediatric patients with recurrent locally advanced or metastatic Merkel cell carcinoma.[1] (1.13)

Renal Cell Carcinoma (RCC)
- in combination with axitinib, for the first-line treatment of patients with advanced RCC. (1.14)

Endometrial Carcinoma
- in combination with lenvatinib, for the treatment of patients with advanced endometrial carcinoma that is not MSI-H or dMMR, who have disease progression following prior systemic therapy and are not candidates for curative surgery or radiation.[1] (1.15)

[1] This indication is approved under accelerated approval based on tumor response rate and durability of response. Continued approval for this indication may be contingent upon verification and description of clinical benefit in the confirmatory trials.

---------------------- DOSAGE AND ADMINISTRATION ----------------------
- Melanoma: 200 mg every 3 weeks. (2.2)
- NSCLC: 200 mg every 3 weeks. (2.3)
- SCLC: 200 mg every 3 weeks (2.4)
- HNSCC: 200 mg every 3 weeks. (2.5)
- cHL or PMBCL: 200 mg every 3 weeks for adults; 2 mg/kg (up to 200 mg) every 3 weeks for pediatrics. (2.6, 2.7)
- Urothelial Carcinoma: 200 mg every 3 weeks. (2.8)

- MSI-H Cancer: 200 mg every 3 weeks for adults and 2 mg/kg (up to 200 mg) every 3 weeks for pediatrics. (2.9)
- Gastric Cancer: 200 mg every 3 weeks. (2.10)
- Esophageal Cancer: 200 mg every 3 weeks. (2.11)
- Cervical Cancer: 200 mg every 3 weeks. (2.12)
- HCC: 200 mg every 3 weeks. (2.13)
- MCC: 200 mg every 3 weeks for adults; 2 mg/kg (up to 200 mg) every 3 weeks for pediatrics. (2.14)
- RCC: 200 mg every 3 weeks with axitinib 5 mg orally twice daily. (2.15)
- Endometrial Carcinoma: 200 mg every 3 weeks with lenvatinib 20 mg orally once daily for tumors that are not MSI-H or dMMR. (2.16)

Administer KEYTRUDA as an intravenous infusion over 30 minutes.

--------------------DOSAGE FORMS AND STRENGTHS---------------------
- For injection: 50 mg lyophilized powder in single-dose vial for reconstitution (3)
- Injection: 100 mg/4 mL (25 mg/mL) solution in a single-dose vial (3)

-------------------------------CONTRAINDICATIONS-----------------------------
None. (4)

-----------------------WARNINGS AND PRECAUTIONS------------------------
- Immune-mediated pneumonitis: Withhold for moderate, and permanently discontinue for severe, life-threatening or recurrent moderate pneumonitis. (5.1)
- Immune-mediated colitis: Withhold for moderate or severe, and permanently discontinue for life-threatening colitis. (5.2)
- Immune-mediated hepatitis (KEYTRUDA) and hepatotoxicity (KEYTRUDA in combination with axitinib): Monitor for changes in hepatic function. Based on severity of liver enzyme elevations, withhold or discontinue KEYTRUDA, axitinib, or KEYTRUDA and axitinib. Consider corticosteroid therapy. (2.17, 5.3)
- Immune-mediated endocrinopathies (5.4):
  - Adrenal insufficiency: Withhold for moderate and withhold or permanently discontinue for severe or life-threatening adrenal insufficiency.
  - Hypophysitis: Withhold for moderate and withhold or permanently discontinue for severe or life-threatening hypophysitis.
  - Thyroid disorders: Monitor for changes in thyroid function. Withhold or permanently discontinue for severe or life-threatening hyperthyroidism.
  - Type 1 diabetes mellitus: Monitor for hyperglycemia. Withhold KEYTRUDA in cases of severe hyperglycemia.
- Immune-mediated nephritis: Monitor for changes in renal function. Withhold for moderate, and permanently discontinue for severe or life-threatening nephritis. (5.5)
- Immune-mediated skin adverse reactions including, Stevens-Johnson syndrome (SJS) and toxic epidermal necrolysis (TEN): Withhold for severe and permanently discontinue for life-threatening skin reactions. (5.6)

- Other immune-mediated adverse reactions: In organ transplant recipients, consider the benefit of treatment with KEYTRUDA versus the risk of possible organ rejection. (5.7)
- Infusion-related reactions: Stop infusion and permanently discontinue KEYTRUDA for severe or life-threatening infusion reactions. (5.8)
- Complications of allogeneic HSCT (5.9):
  - Allogeneic HSCT after treatment with KEYTRUDA: Monitor for hepatic veno-occlusive disease, grade 3-4 acute GVHD including hyperacute GVHD, steroid-requiring febrile syndrome, and other immune-mediated adverse reactions. Transplant-related mortality has occurred.
  - Allogeneic HSCT prior to treatment with KEYTRUDA: In patients with a history of allogeneic HSCT, consider the benefit of treatment with KEYTRUDA versus the risk of GVHD.
- Treatment of patients with multiple myeloma with a PD-1 or PD-L1 blocking antibody in combination with a thalidomide analogue plus dexamethasone is not recommended outside of controlled clinical trials. (5.10)
- Embryo-Fetal toxicity: Can cause fetal harm. Advise females of reproductive potential of the potential risk to a fetus and to use effective method of contraception. (5.11, 8.1, 8.3)

------------------------------ ADVERSE REACTIONS -----------------------------
Most common adverse reactions (reported in ≥20% of patients) were:
- KEYTRUDA as a single agent: fatigue, musculoskeletal pain, decreased appetite, pruritus, diarrhea, nausea, rash, pyrexia, cough, dyspnea, constipation, pain, and abdominal pain. (6.1)
- KEYTRUDA in combination with chemotherapy: fatigue/asthenia, nausea, constipation, diarrhea, decreased appetite, rash, vomiting, cough, dyspnea, pyrexia, alopecia, peripheral neuropathy, mucosal inflammation, and stomatitis. (6.1)
- KEYTRUDA in combination with axitinib: diarrhea, fatigue/asthenia, hypertension, hepatotoxicity, hypothyroidism, decreased appetite, palmar-plantar erythrodysesthesia, nausea, stomatitis/mucosal inflammation, dysphonia, rash, cough, and constipation. (6.1)
- KEYTRUDA in combination with lenvatinib: fatigue, hypertension, musculoskeletal pain, diarrhea, decreased appetite, hypothyroidism, nausea, stomatitis, vomiting, decreased weight, abdominal pain, headache, constipation, urinary tract infection, dysphonia, hemorrhagic events, hypomagnesemia, palmar-plantar erythrodysesthesia, dyspnea, cough, and rash. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Merck Sharp & Dohme Corp., a subsidiary of Merck & Co., Inc., at 1-877-888-4231 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

-----------------------USE IN SPECIFIC POPULATIONS ----------------------
Lactation: Advise not to breastfeed. (8.2)

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide.**

**Revised: 01/2020**

---

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**1    INDICATIONS AND USAGE**
   1.1    Melanoma
   1.2    Non-Small Cell Lung Cancer
   1.3    Small Cell Lung Cancer
   1.4    Head and Neck Squamous Cell Cancer
   1.5    Classical Hodgkin Lymphoma
   1.6    Primary Mediastinal Large B-Cell Lymphoma
   1.7    Urothelial Carcinoma
   1.8    Microsatellite Instability-High Cancer
   1.9    Gastric Cancer
   1.10   Esophageal Cancer
   1.11   Cervical Cancer
   1.12   Hepatocellular Carcinoma
   1.13   Merkel Cell Carcinoma
   1.14   Renal Cell Carcinoma
   1.15   Endometrial Carcinoma
**2    DOSAGE AND ADMINISTRATION**
   2.1    Patient Selection for NSCLC, HNSCC, Urothelial Carcinoma, Gastric Cancer, Esophageal Cancer, or Cervical Cancer
   2.2    Recommended Dosage for Melanoma
   2.3    Recommended Dosage for NSCLC
   2.4    Recommended Dosage for SCLC
   2.5    Recommended Dosage for HNSCC
   2.6    Recommended Dosage for cHL
   2.7    Recommended Dosage for PMBCL
   2.8    Recommended Dosage for Urothelial Carcinoma
   2.9    Recommended Dosage for MSI-H Cancer
   2.10   Recommended Dosage for Gastric Cancer
   2.11   Recommended Dosage for Esophageal Cancer
   2.12   Recommended Dosage for Cervical Cancer
   2.13   Recommended Dosage for HCC
   2.14   Recommended Dosage for MCC
   2.15   Recommended Dosage for RCC
   2.16   Recommended Dosage for Endometrial Carcinoma
   2.17   Dose Modifications
   2.18   Preparation and Administration

Reference ID: 4543239

**3    DOSAGE FORMS AND STRENGTHS**
**4    CONTRAINDICATIONS**
**5    WARNINGS AND PRECAUTIONS**
  5.1    Immune-Mediated Pneumonitis
  5.2    Immune-Mediated Colitis
  5.3    Immune-Mediated Hepatitis (KEYTRUDA) and
         Hepatotoxicity (KEYTRUDA in Combination with Axitinib)
  5.4    Immune-Mediated Endocrinopathies
  5.5    Immune-Mediated Nephritis and Renal Dysfunction
  5.6    Immune-Mediated Skin Adverse Reactions
  5.7    Other Immune-Mediated Adverse Reactions
  5.8    Infusion-Related Reactions
  5.9    Complications of Allogeneic HSCT
  5.10   Increased Mortality in Patients with Multiple Myeloma when
         KEYTRUDA is Added to a Thalidomide Analogue and
         Dexamethasone
  5.11   Embryo-Fetal Toxicity
**6    ADVERSE REACTIONS**
  6.1    Clinical Trials Experience
  6.2    Immunogenicity
**8    USE IN SPECIFIC POPULATIONS**
  8.1    Pregnancy
  8.2    Lactation
  8.3    Females and Males of Reproductive Potential
  8.4    Pediatric Use
  8.5    Geriatric Use
**11   DESCRIPTION**
**12   CLINICAL PHARMACOLOGY**

  12.1   Mechanism of Action
  12.2   Pharmacodynamics
  12.3   Pharmacokinetics
**13   NONCLINICAL TOXICOLOGY**
  13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility
  13.2   Animal Toxicology and/or Pharmacology
**14   CLINICAL STUDIES**
  14.1   Melanoma
  14.2   Non-Small Cell Lung Cancer
  14.3   Small Cell Lung Cancer
  14.4   Head and Neck Squamous Cell Cancer
  14.5   Classical Hodgkin Lymphoma
  14.6   Primary Mediastinal Large B-Cell Lymphoma
  14.7   Urothelial Carcinoma
  14.8   Microsatellite Instability-High Cancer
  14.9   Gastric Cancer
  14.10  Esophageal Cancer
  14.11  Cervical Cancer
  14.12  Hepatocellular Carcinoma
  14.13  Merkel Cell Carcinoma
  14.14  Renal Cell Carcinoma
  14.15  Endometrial Carcinoma
**16   HOW SUPPLIED/STORAGE AND HANDLING**
**17   PATIENT COUNSELING INFORMATION**

*Sections or subsections omitted from the full prescribing information are not listed.

Reference ID: 4543239