# **Exhibit 18**

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use OPDIVO safely and effectively. See full prescribing information for OPDIVO.**

**OPDIVO (nivolumab) injection, for intravenous use**
**Initial U.S. Approval: 2014**

--------------------------RECENT MAJOR CHANGES--------------------------
| | |
|---|---|
| Indications and Usage (1) | 3/2019 |
| Dosage and Administration (2) | 4/2019 |
| Warnings and Precautions (5) | 7/2018 |
| Warnings and Precautions (5.10) | 11/2018 |
| Warnings and Precautions (5.12) | 2/2019 |

--------------------------INDICATIONS AND USAGE--------------------------
OPDIVO is a programmed death receptor-1 (PD-1) blocking antibody indicated for the treatment of:
- patients with unresectable or metastatic melanoma, as a single agent or in combination with ipilimumab. (1.1)
- patients with melanoma with lymph node involvement or metastatic disease who have undergone complete resection, in the adjuvant setting. (1.2)
- patients with metastatic non-small cell lung cancer and progression on or after platinum-based chemotherapy. Patients with EGFR or ALK genomic tumor aberrations should have disease progression on FDA-approved therapy for these aberrations prior to receiving OPDIVO. (1.3)
- patients with metastatic small cell lung cancer with progression after platinum-based chemotherapy and at least one other line of therapy.[a] (1.4)
- patients with advanced renal cell carcinoma who have received prior anti-angiogenic therapy. (1.5)
- patients with intermediate or poor risk, previously untreated advanced renal cell carcinoma, in combination with ipilimumab. (1.5)
- adult patients with classical Hodgkin lymphoma that has relapsed or progressed after[a]: (1.6)
  - autologous hematopoietic stem cell transplantation (HSCT) and brentuximab vedotin, or
  - 3 or more lines of systemic therapy that includes autologous HSCT.
- patients with recurrent or metastatic squamous cell carcinoma of the head and neck with disease progression on or after a platinum-based therapy. (1.7)
- patients with locally advanced or metastatic urothelial carcinoma who[a]:
  - have disease progression during or following platinum-containing chemotherapy
  - have disease progression within 12 months of neoadjuvant or adjuvant treatment with platinum-containing chemotherapy. (1.8)
- adult and pediatric (12 years and older) patients with microsatellite instability-high (MSI-H) or mismatch repair deficient (dMMR) metastatic colorectal cancer that has progressed following treatment with a fluoropyrimidine, oxaliplatin, and irinotecan, as a single agent or in combination with ipilimumab.[a] (1.9)
- patients with hepatocellular carcinoma who have been previously treated with sorafenib.[a] (1.10)

[a] This indication is approved under accelerated approval based on overall response rate and duration of response. Continued approval for this indication may be contingent upon verification and description of clinical benefit in confirmatory trials.

----------------------DOSAGE AND ADMINISTRATION--------------------
Administer OPDIVO as an intravenous infusion over 30 minutes.
- Unresectable or metastatic melanoma
  - OPDIVO 240 mg every 2 weeks or 480 mg every 4 weeks. (2.1)
  - OPDIVO 1 mg/kg, followed by ipilimumab on the same day, every 3 weeks for 4 doses, then OPDIVO 240 mg every 2 weeks or 480 mg every 4 weeks. (2.1)
- Adjuvant treatment of melanoma
  - OPDIVO 240 mg every 2 weeks or 480 mg every 4 weeks. (2.2)
- Metastatic non-small cell lung cancer
  - OPDIVO 240 mg every 2 weeks or 480 mg every 4 weeks. (2.3)
- Small cell lung cancer
  - OPDIVO 240 mg every 2 weeks. (2.4)
- Advanced renal cell carcinoma
  - OPDIVO 240 mg every 2 weeks or 480 mg every 4 weeks. (2.5)

- OPDIVO 3 mg/kg followed by ipilimumab 1 mg/kg on the same day every 3 weeks for 4 doses, then OPDIVO 240 mg every 2 weeks or 480 mg every 4 weeks. (2.5)
- Classical Hodgkin lymphoma
  - OPDIVO 240 mg every 2 weeks or 480 mg every 4 weeks. (2.6)
- Recurrent or metastatic squamous cell carcinoma of the head and neck
  - OPDIVO 240 mg every 2 weeks or 480 mg every 4 weeks. (2.7)
- Locally advanced or metastatic urothelial carcinoma
  - OPDIVO 240 mg every 2 weeks or 480 mg every 4 weeks. (2.8)
- Microsatellite instability-high (MSI-H) or mismatch repair deficient (dMMR) metastatic colorectal cancer
  - Adult and pediatric patients ≥ 40 kg: OPDIVO 240 mg every 2 weeks or 480 mg every 4 weeks. (2.9)
  - Pediatric patients < 40 kg: OPDIVO 3 mg/kg every 2 weeks. (2.9)
  - Adult and pediatric patients ≥ 40 kg: OPDIVO 3 mg/kg followed by ipilimumab 1 mg/kg on the same day every 3 weeks for 4 doses, then OPDIVO 240 mg every 2 weeks or 480 mg every 4 weeks. (2.9)
  - Pediatric patients < 40 kg: OPDIVO 3 mg/kg followed by ipilimumab 1 mg/kg on the same day every 3 weeks for 4 doses, then OPDIVO 3 mg/kg every 2 weeks. (2.9)
- Hepatocellular carcinoma
  - OPDIVO 240 mg every 2 weeks or 480 mg every 4 weeks. (2.10)

--------------------DOSAGE FORMS AND STRENGTHS--------------------
Injection: 40 mg/4 mL, 100 mg/10 mL, and 240 mg/24 mL solution in a single-dose vial. (3)

------------------------------CONTRAINDICATIONS------------------------------
None. (4)

----------------------WARNINGS AND PRECAUTIONS----------------------
- Immune-mediated pneumonitis: Withhold for moderate and permanently discontinue for severe or life-threatening pneumonitis. (5.1)
- Immune-mediated colitis: Withhold OPDIVO when given as a single agent for moderate or severe and permanently discontinue for life-threatening colitis. Withhold OPDIVO when given with ipilimumab for moderate and permanently discontinue for severe or life-threatening colitis. (5.2)
- Immune-mediated hepatitis: Monitor for changes in liver function. Withhold for moderate and permanently discontinue for severe or life-threatening transaminase or total bilirubin elevation. (5.3)
- Immune-mediated endocrinopathies: Withhold for moderate or severe and permanently discontinue for life-threatening hypophysitis. Withhold for moderate and permanently discontinue for severe or life-threatening adrenal insufficiency. Monitor for changes in thyroid function. Initiate thyroid hormone replacement as needed. Monitor for hyperglycemia. Withhold for severe and permanently discontinue for life-threatening hyperglycemia. (5.4)
- Immune-mediated nephritis and renal dysfunction: Monitor for changes in renal function. Withhold for moderate or severe and permanently discontinue for life-threatening serum creatinine elevation. (5.5)
- Immune-mediated skin adverse reactions: Withhold for severe and permanently discontinue for life-threatening rash. (5.6)
- Immune-mediated encephalitis: Monitor for changes in neurologic function. Withhold for new-onset moderate to severe neurological signs or symptoms and permanently discontinue for immune-mediated encephalitis. (5.7)
- Infusion reactions: Discontinue OPDIVO for severe and life-threatening infusion reactions. Interrupt or slow the rate of infusion in patients with mild or moderate infusion reactions. (5.9)
- Complications of allogeneic HSCT: Monitor for hyperacute, acute, and chronic graft-versus-host-disease (GVHD), hepatic veno-occlusive disease, and steroid-requiring febrile syndrome. (5.10)
- Embryo-Fetal toxicity: Can cause fetal harm. Advise of potential risk to a fetus and use of effective contraception. (5.11, 8.1, 8.3)
- Treatment of patients with multiple myeloma with a PD-1 or PD-L1 blocking antibody in combination with a thalidomide analogue plus dexamethasone is not recommended outside of controlled clinical trials. (5.12)

--------------------------ADVERSE REACTIONS--------------------------
Most common adverse reactions (≥20%) in patients were:
- OPDIVO as a single agent: fatigue, rash, musculoskeletal pain, pruritus, diarrhea, nausea, asthenia, cough, dyspnea, constipation, decreased appetite,

1

back pain, arthralgia, upper respiratory tract infection, pyrexia, headache, abdominal pain, and vomiting. (6.1)

- Most common adverse reactions (≥20%) with OPDIVO in combination with ipilimumab are fatigue, rash, diarrhea, nausea, pyrexia, musculoskeletal pain, pruritus, abdominal pain, vomiting, cough, arthralgia, decreased appetite, dyspnea, and upper respiratory infection. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Bristol-Myers Squibb at 1-800-721-5072 or FDA at 1-800-FDA-1088 or *www.fda.gov/medwatch*.**

-----------------------USE IN SPECIFIC POPULATIONS----------------------
Lactation: Discontinue breastfeeding. (8.2)

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide.**

**Revised: 4/2019**

---

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**1    INDICATIONS AND USAGE**
  1.1    Unresectable or Metastatic Melanoma
  1.2    Adjuvant Treatment of Melanoma
  1.3    Metastatic Non-Small Cell Lung Cancer
  1.4    Small Cell Lung Cancer
  1.5    Advanced Renal Cell Carcinoma
  1.6    Classical Hodgkin Lymphoma
  1.7    Squamous Cell Carcinoma of the Head and Neck
  1.8    Urothelial Carcinoma
  1.9    Microsatellite Instability-High (MSI-H) or Mismatch Repair Deficient (dMMR) Metastatic Colorectal Cancer
  1.10    Hepatocellular Carcinoma
**2    DOSAGE AND ADMINISTRATION**
  2.1    Recommended Dosage for Unresectable or Metastatic Melanoma
  2.2    Recommended Dosage for Adjuvant Treatment of Melanoma
  2.3    Recommended Dosage for NSCLC
  2.4    Recommended Dosage for SCLC
  2.5    Recommended Dosage for RCC
  2.6    Recommended Dosage for cHL
  2.7    Recommended Dosage for SCCHN
  2.8    Recommended Dosage for Urothelial Carcinoma
  2.9    Recommended Dosage for MSI-H/dMMR CRC
  2.10    Recommended Dosage for HCC
  2.11    Dose Modifications
  2.12    Preparation and Administration
**3    DOSAGE FORMS AND STRENGTHS**
**4    CONTRAINDICATIONS**
**5    WARNINGS AND PRECAUTIONS**
  5.1    Immune-Mediated Pneumonitis
  5.2    Immune-Mediated Colitis
  5.3    Immune-Mediated Hepatitis
  5.4    Immune-Mediated Endocrinopathies
  5.5    Immune-Mediated Nephritis and Renal Dysfunction
  5.6    Immune-Mediated Skin Adverse Reactions
  5.7    Immune-Mediated Encephalitis
  5.8    Other Immune-Mediated Adverse Reactions
  5.9    Infusion Reactions
  5.10    Complications of Allogeneic Hematopoietic Stem Cell Transplantation
  5.11    Embryo-Fetal Toxicity
  5.12    Increased Mortality in Patients with Multiple Myeloma when OPDIVO Is Added to a Thalidomide Analogue and Dexamethasone
**6    ADVERSE REACTIONS**
  6.1    Clinical Trials Experience
  6.2    Postmarketing Experience
  6.3    Immunogenicity
**7    DRUG INTERACTIONS**
**8    USE IN SPECIFIC POPULATIONS**
  8.1    Pregnancy
  8.2    Lactation
  8.3    Females and Males of Reproductive Potential
  8.4    Pediatric Use
  8.5    Geriatric Use
  8.6    Renal Impairment
  8.7    Hepatic Impairment
**10    OVERDOSAGE**
**11    DESCRIPTION**
**12    CLINICAL PHARMACOLOGY**
  12.1    Mechanism of Action
  12.3    Pharmacokinetics
**13    NONCLINICAL TOXICOLOGY**
  13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility
  13.2    Animal Toxicology and/or Pharmacology
**14    CLINICAL STUDIES**
  14.1    Unresectable or Metastatic Melanoma
  14.2    Adjuvant Treatment of Melanoma
  14.3    Metastatic Non-Small Cell Lung Cancer (NSCLC)
  14.4    Small Cell Lung Cancer
  14.5    Advanced Renal Cell Carcinoma
  14.6    Classical Hodgkin Lymphoma
  14.7    Recurrent or Metastatic Squamous Cell Carcinoma of the Head and Neck (SCCHN)
  14.8    Urothelial Carcinoma
  14.9    Microsatellite Instability-High (MSI-H) or Mismatch Repair Deficient (dMMR) Metastatic Colorectal Cancer
  14.10    Hepatocellular Carcinoma
**16    HOW SUPPLIED/STORAGE AND HANDLING**
**17    PATIENT COUNSELING INFORMATION**

\*Sections or subsections omitted from the full prescribing information are not listed.

2

Reference ID: 4421379