# Exhibit 19

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use TECENTRIQ safely and effectively. See full prescribing information for TECENTRIQ.**

**TECENTRIQ® (atezolizumab) injection, for intravenous use**
**Initial U.S. Approval: 2016**

————————————————RECENT MAJOR CHANGES————————————————

| | |
|---|---|
| Indications and Usage, Triple-Negative Breast Cancer – Accelerated Approval Indication Removed | 10/2021 |
| Indications and Usage, Urothelial Carcinoma – Accelerated Approval Indication Removed  (1.1) | 4/2021 |
| Indications and Usage, Non-Small Cell Lung Cancer (1.2) | 10/2021 |
| Dosage and Administration (2.1) | 1/2022 |
| Dosage and Administration (2.2) | 2/2021 |

————————————————INDICATIONS AND USAGE————————————————
TECENTRIQ is a programmed death-ligand 1 (PD-L1) blocking antibody indicated:

Urothelial Carcinoma
- for the treatment of adult patients with locally advanced or metastatic urothelial carcinoma who:
  - are not eligible for cisplatin-containing chemotherapy and whose tumors express PD-L1 (PD-L1 stained tumor-infiltrating immune cells [IC] covering $\geq$ 5% of the tumor area), as determined by an FDA-approved test, or
  - are not eligible for any platinum-containing chemotherapy regardless of PD-L1 status

This indication is approved under accelerated approval based on tumor response rate and duration of response. Continued approval for this indication may be contingent upon verification and description of clinical benefit in a confirmatory trial(s). (1.1)

Non-Small Cell Lung Cancer (NSCLC)
- as adjuvant treatment following resection and platinum-based chemotherapy for adult patients with Stage II to IIIA  NSCLC whose tumors have PD-L1 expression on $\geq$ 1% of tumor cells, as determined by an FDA-approved test. (1.2, 14.2)
- for the first-line treatment of adult patients with metastatic NSCLC whose tumors have high PD-L1 expression (PD-L1 stained $\geq$ 50% of tumor cells [TC $\geq$ 50%] or PD-L1 stained tumor-infiltrating immune cells [IC] covering $\geq$ 10% of the tumor area [IC $\geq$ 10%] ), as determined by an FDA-approved test, with no EGFR or ALK genomic tumor aberrations. (1.2)
- in combination with bevacizumab, paclitaxel, and carboplatin, for the first-line treatment of adult patients with metastatic non-squamous NSCLC with no EGFR or ALK genomic tumor aberrations. (1.2)
- in combination with paclitaxel protein-bound and carboplatin for the first-line treatment of adult patients with metastatic non-squamous NSCLC with no EGFR or ALK genomic tumor aberrations (1.2)
- for the treatment of adult patients with metastatic NSCLC who have disease progression during or following platinum-containing chemotherapy. Patients with EGFR or ALK genomic tumor aberrations should have disease progression on FDA-approved therapy for NSCLC harboring these aberrations prior to receiving TECENTRIQ. (1.2)

Small Cell Lung Cancer (SCLC)
- in combination with carboplatin and etoposide, for the first-line treatment of adult patients with extensive-stage small cell lung cancer (ES-SCLC). (1.3)

Hepatocellular Carcinoma (HCC)
- in combination with bevacizumab for the treatment of patients with unresectable or metastatic HCC who have not received prior systemic therapy. (1.4)

Melanoma
- in combination with cobimetinib and vemurafenib for the treatment of patients with BRAF V600 mutation-positive unresectable or metastatic melanoma. (1.5)

————————————————DOSAGE AND ADMINISTRATION————————————————
Administer TECENTRIQ intravenously over 60 minutes. If the first infusion is tolerated, all subsequent infusions may be delivered over 30 minutes.
Urothelial Carcinoma
- Administer TECENTRIQ as a single agent as 840 mg every 2 weeks, 1200 mg every 3 weeks, or 1680 mg every 4 weeks. (2.2)
NSCLC
- In the adjuvant setting, administer TECENTRIQ following resection and up to 4 cycles of platinum-based chemotherapy as 840 mg every 2 weeks, 1200 mg every 3 weeks or 1680 mg every 4 weeks for up to 1 year. (2.2)

- In the metastatic setting, administer TECENTRIQ as 840 mg every 2 weeks, 1200 mg every 3 weeks, or 1680 mg every 4 weeks. (2.2)
- When administering with chemotherapy with or without bevacizumab, administer TECENTRIQ prior to chemotherapy and bevacizumab when given on the same day. (2.2)

Small Cell Lung Cancer
- Administer TECENTRIQ as 840 mg every 2 weeks, 1200 mg every 3 weeks, or 1680 mg every 4 weeks. When administering with carboplatin and etoposide, administer TECENTRIQ prior to chemotherapy when given on the same day. (2.2)

Hepatocellular Carcinoma
- Administer TECENTRIQ as 840 mg every 2 weeks, 1200 mg every 3 weeks, or 1680 mg every 4 weeks. Administer TECENTRIQ prior to bevacizumab when given on the same day. Bevacizumab is administered at 15 mg/kg every 3 weeks. (2.2)

Melanoma
- Following completion of a 28 day cycle of cobimetinib and vemurafenib, administer TECENTRIQ 840 mg every 2 weeks, 1200 mg every 3 weeks, or 1680 mg every 4 weeks with cobimetinib 60 mg orally once daily (21 days on /7 days off) and vemurafenib 720 mg orally twice daily. (2.2)

————————————————DOSAGE FORMS AND STRENGTHS————————————————
Injection: 840 mg/14 mL (60 mg/mL) and 1200 mg/20 mL (60 mg/mL) solution in a single-dose vial. (3)

————————————————CONTRAINDICATIONS————————————————
None. (4)

————————————————WARNINGS AND PRECAUTIONS————————————————
- Immune-Mediated Adverse Reactions (5.1)
  - Immune-mediated adverse reactions, which may be severe or fatal, can occur in any organ system or tissue, including the following: immune-mediated pneumonitis, immune-mediated colitis, immune-mediated hepatitis, immune-mediated endocrinopathies, immune-mediated dermatologic adverse reactions,  immune-mediated nephritis and renal dysfunction, and solid organ transplant rejection.
  - Monitor for early identification and management.  Evaluate liver enzymes, creatinine, and thyroid function at baseline and periodically during treatment.
  - Withhold or permanently discontinue based on severity and type of reaction.
- Infusion-Related Reactions: Interrupt, slow the rate of infusion, or permanently discontinue based on severity of infusion reactions. (5.2)
- Complications of Allogeneic HSCT: Fatal and other serious complications can occur in patients who receive allogeneic HSCT before or after being treated with a PD-1/PD-L1 blocking antibody. (5.3)
- Embryo-Fetal Toxicity: Can cause fetal harm. Advise females of reproductive potential of the potential risk to a fetus and use of effective contraception. (5.4, 8.1, 8.3)

————————————————ADVERSE REACTIONS————————————————
- Most common adverse reactions ($\geq$ 20%) with TECENTRIQ as a single-agent were fatigue/asthenia, decreased appetite, nausea, cough, and dyspnea. (6.1)
- Most common adverse reactions ($\geq$ 20%) with TECENTRIQ in combination with other antineoplastic drugs in patients with NSCLC and SCLC were fatigue/asthenia, nausea, alopecia, constipation, diarrhea, and decreased appetite. (6.1)
- The most common adverse reactions ($\geq$ 20%) with TECENTRIQ in combination with bevacizumab in patients with HCC were hypertension, fatigue and proteinuria. (6.1)
- The most common adverse reactions ($\geq$ 20%) with TECENTRIQ in combination with cobimetinib and vemurafenib in patients with melanoma were rash, musculoskeletal pain, fatigue, hepatotoxicity, pyrexia, nausea, pruritus, edema, stomatitis, hypothyroidism, and photosensitivity reaction. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Genentech at 1-888-835-2555 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

————————————————USE IN SPECIFIC POPULATIONS————————————————
Lactation: Advise not to breastfeed. (8.2)

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide.**

**Revised: 1/2022**

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**1   INDICATIONS AND USAGE**
    1.1   Urothelial Carcinoma
    1.2   Non-Small Cell Lung Cancer
    1.3   Small Cell Lung Cancer
    1.4   Hepatocellular Carcinoma
    1.5   Melanoma
**2   DOSAGE AND ADMINISTRATION**
    2.1   Patient Selection for Treatment of Urothelial Carcinoma,  Non-Small Cell Lung Cancer and Melanoma
    2.2   Recommended Dosage
    2.3   Dosage Modifications for Adverse Reactions
    2.4   Preparation and Administration
**3   DOSAGE FORMS AND STRENGTHS**
**4   CONTRAINDICATIONS**
**5   WARNINGS AND PRECAUTIONS**
    5.1   Severe and Fatal Immune-Mediated Adverse Reactions
    5.2   Infusion-Related Reactions
    5.3   Complications of Allogeneic HSCT after PD-1/PD-L1 Inhibitors
    5.4   Embryo-Fetal Toxicity
**6   ADVERSE REACTIONS**
    6.1   Clinical Trials Experience
    6.2   Immunogenicity

**8   USE IN SPECIFIC POPULATIONS**
    8.1   Pregnancy
    8.2   Lactation
    8.3   Females and Males of Reproductive Potential
    8.4   Pediatric Use
    8.5   Geriatric Use
**11   DESCRIPTION**
**12   CLINICAL PHARMACOLOGY**
    12.1   Mechanism of Action
    12.3   Pharmacokinetics
**13   NONCLINICAL TOXICOLOGY**
    13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility
    13.2   Animal Toxicology and/or Pharmacology
**14   CLINICAL STUDIES**
    14.1   Urothelial Carcinoma
    14.2   Non-Small Cell Lung Cancer
    14.3   Small Cell Lung Cancer
    14.4   Hepatocellular Carcinoma
    14.5   Melanoma
**16   HOW SUPPLIED/STORAGE AND HANDLING**
**17   PATIENT COUNSELING INFORMATION**

\* Sections or subsections omitted from the full prescribing information are not listed

Reference ID: 4924266