UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

WILLIAM E. BAZZELLE, SR., Individually : Civil Action No. 1:23-cv-05146-GHW
and on Behalf of All Others Similarly Situated, :

             : CLASS ACTION

      Plaintiff,  :

             :

  vs.         :

             :

NOVOCURE LIMITED, WILLIAM DOYLE, :
ASAF DANZIGER and ASHLEY  :
CORDOVA,        :

             :

      Defendants. :

             :

———————————————————— x

**DECLARATION OF ERIN W. BOARDMAN IN SUPPORT
OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Erin W. Boardman, declare under penalty of perjury as follows:

1.      I am a partner at the law firm Robbins Geller Rudman & Dowd LLP, counsel to Lead Plaintiff Clendon T. Rice ("Plaintiff") in the above-captioned action, and am admitted to practice before this Court.  As such, I have personal knowledge of this matter and am familiar with the facts and documents referenced herein and in the accompanying Memorandum of Law.  I respectfully submit this Declaration in Support of Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint.

2.      Attached hereto as Exhibit 1 is a true and correct copy of Appendix A, Plaintiff's responses to Defendants' Appendix A attached to Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Amended Complaint.

3.      Attached hereto as Exhibit 2 is a true and correct copy of an article by Jonathan Vallejo, Harpreet Singh, *et al.*, published in THE ONCOLOGIST entitled, "Impact of Increasing PD-L1 Levels on Outcomes to PD-1/PD-L1 Inhibition in Patients With NSCLC: A Pooled Analysis of 11 Prospective    Clinical    Trials,"    dated    February    13,    2024,    available    at https://academic.oup.com/oncolo/advance-article/doi/10.1093/oncolo/oyae006/7607157?login=false.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 6, 2024, at Melville, New York.

DATED:  May 6, 2024

*/s/ Erin W. Boardman*
ERIN W. BOARDMAN