UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

WILLIAM E. BAZZELLE, SR., Individually  :  Civil Action No. 1:23-cv-05146-GHW
and on Behalf of All Others Similarly Situated, :

                :  CLASS ACTION

          Plaintiff,  :

                :

   vs.             :

                :

NOVOCURE LIMITED, WILLIAM DOYLE,  :
ASAF DANZIGER and ASHLEY      :
CORDOVA,             :

                :

        Defendants.  :

——————————————————————— x

### PLAINTIFF'S NOTICE OF MOTION TO STRIKE EXHIBITS SUBMITTED WITH DEFENDANTS' MOTION TO DISMISS

PLEASE TAKE NOTICE that Lead Plaintiff Clendon T. Rice ("Plaintiff") will move this Court before the Honorable Gregory H. Woods at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 12C, New York, NY 10007, on a date and time to be determined by the Court, for an Order striking: (i) the disputed exhibits—Exhibits 5-6, 10-24—submitted by defendants NovoCure Limited, William F. Doyle, Asaf Danziger and Ashley Cordova ("Defendants") in support of Defendants' motion to dismiss, which exhibits are attached to the Memorandum of Law and Declaration of Francesca Brody, dated March 4, 2024, respectively; and (ii) all references to, and assertions and arguments based on, the disputed exhibits and appendices in Defendants' memorandum of law submitted with their motion, and granting such other relief as the Court deems just and proper.

In support of this motion, Plaintiff respectfully submits herewith a Memorandum of Law, dated May 6, 2024; and a [Proposed] Order (attached herewith).

DATED:  May 6, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
ERIN W. BOARDMAN
MAGDALENE ECONOMOU

*/s/ Erin W. Boardman*

ERIN W. BOARDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
eboardman@rgrdlaw.com
meconomou@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*