UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
                                        x
WILLIAM E. BAZZELLE, SR., Individually  :   Civil Action No. 1:23-cv-05146-GHW
and on Behalf of All Others Similarly Situated, :
                                        :   CLASS ACTION
                        Plaintiff,      :
                                        :
                                        :
        vs.                             :
                                        :
NOVOCURE LIMITED, WILLIAM DOYLE,        :
ASAF DANZIGER, and ASHLEY               :
CORDOVA,                                :
                                        :
                        Defendants.     :
                                        :
                                        x
```

**DECLARATION OF ERIN W. BOARDMAN IN FURTHER SUPPORT OF
PLAINTIFF'S MOTION TO STRIKE EXHIBITS SUBMITTED
WITH DEFENDANTS' MOTION TO DISMISS**

I, Erin W. Boardman, declare under penalty of perjury as follows:

1.      I am a partner at the law firm Robbins Geller Rudman & Dowd LLP, counsel to Lead Plaintiff Clendon T. Rice ("Plaintiff") in the above-captioned action, and am admitted to practice before this Court.  As such, I have personal knowledge of this matter and am familiar with the facts and documents referenced herein and in the accompanying Memorandum of Law.  I respectfully submit this Declaration in Further Support of Plaintiff's Motion to Strike Exhibits Submitted with Defendants' Motion to Dismiss.

2.      Attached hereto as Exhibit A is a true and correct copy of a receipt dated October 6, 2023 for the purchase of the 2023 ASCO Annual Meeting Video and Slide Bundle PowerPoint.

3.      Attached hereto as Exhibit B is a true and correct copy of the NovoCure ASCO Investor Event PowerPoint, dated June 6, 2023.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 11, 2024, at Melville, New York.



*/s/ Erin W. Boardman*
ERIN W. BOARDMAN