# EXHIBIT A

# Your order has been sent

Your Order Number : 743313

Your Order Has Been Sent
- Go to home page

## Order Details

### Order Id: #743313 *(Web)*
Placed at: 10/06/2023 - 02:02:59 PM

### Order Summary

| | |
|---|---|
| Subtotal | $750.00 |
| Shipping | $0.00 |
| **Total** | **$750.00** |

### Billing Address

**Erin Boardman**
655 West Broadway, Suite 1900
San Diego, California 11804
United States

### Shipping Address

There is no shipping information available.
Order does not contain shippable items

## Order Content

### Shipment #1 -

| | | |
|---|---|---|
| 1 x 2023 ASCO Annual Meeting Video and Slide Bundle | $750.00 | $750.00 |
| Product ID: AMSLV23 | Not Taxable | |

**About ASCO**    **ASCO Store**    **Contact Us**    **Licensing, Advertising & Exhibits**

ASCO Overview    Press Center    Careers at ASCO    Awards & Recognitions    Digital Product Orders    Mobile Apps
Conference Center Rental    Association for Clinical Oncology



Cookies    Legal    Privacy Policy    Terms of Service    Site Map

© 2023 American Society of Clinical Oncology. All Rights Reserved Worldwide.