```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
WILLIAM E. BAZZELLE, SR., *individually and on behalf* :
*of all others similarly situated*, :
: 1:23-cv-5146-GHW
                                  Plaintiffs, :
:
              -against- : <u>ORDER</u>
:
NOVOCURE LIMITED, *et al.*, :
:
                                 Defendants. :
-----------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

       On March 18, 2025, the Court issued an order granting Defendants' motion to dismiss the Amended Complaint in this case. Dkt. No. 80. The order granted Plaintiff leave to file a second amended complaint to cure the deficiencies identified therein. *Id.* at 57.

       On April 8, 2025, Lead Plaintiff submitted a letter informing the Court that he will not file a second amended complaint. Dkt. No. 81. Accordingly, the Clerk of Court is directed to enter judgment in favor of NovoCure Limited, William Doyle, Asaf Danziger, and Ashley Cordova, and to close this case.

       SO ORDERED.

Dated: April 8, 2025
New York, New York
                                                          GREGORY H. WOODS
                                                    United States District Judge