**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WILLIAM E. BAZZELLE, SR., individually and
on behalf of all others similarly situated,

                 Plaintiff,

  -against-                                       23 **CIVIL** 5146 (GHW)

                                                              **<u>JUDGMENT</u>**

NOVOCURE LIMITED, et al.,

                 Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated April 8, 2025 and Memorandum Opinion and Order dated March 18, 2025, Plaintiffs motion to strike is DENIED and Defendants' motion to dismiss is GRANTED. Judgment is entered in favor of NovoCure Limited, William Doyle, Asaf Danziger, and Ashley Cordova and the case is closed.

**Dated:**  New York, New York

     April 09, 2025

                                                             **TAMMI M HELLWIG**

                                                                **Clerk of Court**

                                **BY:**

                                                                **Deputy Clerk**